JUDGE CROTTY

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

COPY

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | : | 08 CIV 4520 |
| Plaintiff, | : | |
| v. | : | Civil Action No._____ |
| CRISTIAN DE COLLI | : | |
| Defendant. | : | |

## DECLARATION OF E. LAURITA FINCH

I, E. Laurita Finch, pursuant to 28 U.S.C. § 1746, declare as follows:

1.      I am an attorney in the Division of Enforcement of the United States Securities and Exchange Commission (the "SEC" or the "Commission"). I am currently a member in good standing of the Bar for the District of Columbia. As part of my daily activities I investigate possible violations of the securities laws.

2.      I submit this Declaration in support of the SEC's Emergency Application for an *ex parte* Temporary Restraining Order Freezing Assets, and granting other relief and For an Order to Show Cause Why a Preliminary Injunction Should Not Be Issued.

3.      The SEC commenced this investigation concerning suspicious trading by Cristian De Colli on Friday, May 9, 2008, and continues to investigate this matter. During the course of this investigation, I have been an attorney working on the matter. The facts set forth herein are based upon my personal knowledge or upon information contained in the files of the Commission.

4.       On May 8, 2008 the Wall Street Journal reported that Finmeccanica SpA, an Italian aerospace and defense company, was in advanced negotiations to acquire DRS Technologies Inc., a defense company headquartered in New Jersey. While the Journal provided no details on the terms, it stated that the offer could be at a greater than 25 percent premium over DRS's closing price of $63.74 the previous day.   [See the May 8, 2008 Wall Street Journal article attached hereto as Exhibit 1.]

5.       At 9:57 am EST that same day DRS issued a statement, through Business Wire, that it is "engaged in discussions contemplating a potential strategic transaction involving the company," and that there was no assurance that any agreement would be reached. [See DRS Press Release and Business Wire article, both dated May 8, 2008, attached hereto as Exhibit 2.]

6.       DRS's General Counsel's Office informed the staff on May 13, 2008 that all individuals and entities involved in negotiation of the DRS- Finmeccanica deal had been advised and understood that all information relating to the potential acquisition was confidential, nonpublic information.

7.       At the close of trading on May 8th, the price of DRS common stock was up 15.9% from the previous day, at $73.89, on volume of 8,572,800 shares, compared with an average daily volume over the past three months of 738,948 shares. DRS stock had traded between $44.11 and $65 during the 52 weeks prior to the May 8th announcement.

8.       In the weeks prior to the Wall Street Journal publication on May 8, 2008, no major news organization reported either advanced discussions of an acquisition of DRS by Finmeccanica or speculation that DRS was a takeover target. Furthermore,

2

during this time, the Commission is unaware of any article or indication of these negotiations available on the Internet or otherwise.

9.      Headquartered in Parsippany, New Jersey, DRS is a Delaware corporation that supplies integrated products, services, and support to military forces, government agencies, and prime contractors worldwide. Shares of DRS common stock trade on the New York Stock Exchange under the ticker symbol "DRS." Options for the purchase or sale of DRS common stock trade on the Chicago Board Options Exchange, the Philadelphia Stock Exchange and the New York Stock Exchange's Arca. DRS's common stock is registered with the Commission pursuant to Section 12(b) of the Securities Exchange Act of 1934 ("Exchange Act").

10.     Finmeccanica, which is headquartered in Rome, Italy, designs and manufactures, among other things, helicopters, civil and military aircraft, satellites, missiles, and defense electronics. Shares of Finmeccanica are listed on the Milan Exchange and also trade on the "Pink Sheets" in the United States under the ticker symbol "FINMF.PK."

11.     Defendant Cristian De Colli, 28, resides in Rome, Italy and is proficient in the English language. During the Commission staff's May 9, 2008 telephone interview of De Colli, at which I was present, he stated that he had earned a five year degree in engineering in 2004. He also told the staff that for the past three years he has worked as a technician in the machinery department of Technip Italy SpA, a subsidiary of Technip, a Paris-based provider of engineering, technological, and project management services for the oil and gas industry. De Colli further stated in the interview that his annual pre-tax salary from Technip Italy is about 34,000 euros, or approximately $53,000. However, in

his application to open a margin account with the U.S. brokerage firm, E*Trade, De Colli listed his annual pretax income as $100,000 to $199,000, nearly two to four times what he told the staff.

12.     De Colli told the staff that he became interested in investing in DRS after reading on the web within the past few months that DRS might be a potential takeover target for Finmeccanica and EADS N.V. ("EADS"), a major European aerospace company. He produced several articles to support his assertions. One of the documents produced by Cristian did cite DRS, EDO Corp., and L-3 Communications Holdings, Inc. as potential takeover targets by EADS N.V. [See GLG News article attached as Exhibit 3.] However, that was an opinion piece dated May 18, 2007, almost a year ago. The remainder of his documents do not bear out his assertion that Finmeccanica and EADS were interested in acquiring DRS. He also cited as reasons for his investment the financials of DRS in comparison with its peers and increased buying activity and volume in the days before May 9.

13.     On April 4, 2008 De Colli opened a margin account with E*Trade. In his account application De Colli listed his liquid net worth as between $50,000 and $99,999 in one section and as between $100,000 and $199,999 in another section of the application. He identified his total net worth as between $100,000 and $499,999. [See De Colli's E*Trade account documentation attached hereto as Exhibit 4.]

14.     On April 10, 16 and 18, DeColli wired money into the account in three tranches, $78,963, $240,963 and $101, 963 respectively. [See Exhibit 4.] This total of $421,889, according to De Colli's interview, and as indicated on his online account application, constitutes approximately 90% of his net worth. [See Exhibit 4.] However,

De Colli also said in his interview by the Commission staff that approximately $200,000 of the funds deposited in the account belonged to his brother, Gianluca De Colli.

15.    Although De Colli stated during his interview by the Commission staff that his brother had no connection with Finmeccanica, the staff learned, through a resume of Gianluca De Colli discovered through an internet search, that Gianluca De Colli worked at Finmeccanica between 2004 and 2005. [See Gianluca De Colli's resume (with English translation) attached hereto as Exhibit 5.]

16.    Beginning on April 15, 2008 and continuing through May 7th, De Colli systematically purchased May 2008 and June 2008 series DRS call options. [See Exhibit 4.] The strike price for certain of the May and June call options was $65 and for others was $70. [See Exhibit 4.] All of these options were, at various times between April 29th and May 7th, out of the money by between $1.26 and $6.71 per share. [See DRS stock prices attached hereto as Exhibit 6]. On May 8, following the announcement, De Colli liquidated all of his option positions and profited by approximately $2,130,845.

17.    Of the over 3,000 DRS call options purchased by De Colli, more than 2,400 were purchased between May 6 and May 7, including certain options that were out-of-the-money by over $6 and expired ten days after purchase. [See Exhibit 4]. Shortly after liquidating his interest in the DRS call options De Colli attempted to access the funds in the E-Trade account, but his access was prevented by a voluntary hold placed on the account by E-Trade.  De Colli told the Commission staff that he intends to use the illicit profits in the E-Trade account to purchase a home in Italy.

18.    De Colli's 3,116 purchases of call options for DRS common stock were as

follows:

| Cristian De Colli's Purchases of DRS Call Options | | | | |
|---|---|---|---|---|
| Trade Date | Option Series | Quantity | Strike Price | De Colli's Trading as Percent of CBOE Market Volume |
| 4/15/08 | June 2008 C | 100 | $65 | N/A |
| 4/29/08 | June 2008 C | 250 | $65 | 26.43% |
| 5/2/08 | May 2008 C | 76 | $70 | 71.7% |
| 5/2/08 | June 2008 C | 200 | $70 | 40.32% |
| 5/6/08 | May 2008 C | 1,421 | $65 | 47.9% |
| 5/6/08 | June 2008 C | 310 | $65 | 21.76% |
| 5/7/08 | May 2008 C | 100 | $70 | 28.9% |
| 5/7/08 | May 2008 C | 659 | $65 | 22.92% |

I declare under penalty of perjury that the foregoing is true and correct.

E. Laurita Finch

Executed on May 14, 2008
Washington, D.C.

# Exhibit 1



# MARKETPLACE

THE WALL STREET JOURNAL.

Thursday, May 8, 2008

© Copyright 2008 Dow Jones & Company, All Rights Reserved

**Ballmer's New Pal May Be Facebook**
MARKETPLACE B4

· · · ·

**Will Sports Help BNP's Global Goal?**
MEDIA & MARKETING B10

**Huawei to Bidders: A China-Tech Play**
TECHNOLOGY B8

B1

DIVISION EXHIBIT

## Italy's Finmeccanica in Talks with U.S. Defense Firm

### Deal for DRS Technologies Would Give Europeans More Edge in Biggest Market

By Matthew Karnitschnig, Dennis K. Berman and August Cole

Italian aerospace and defense company Finmeccanica SpA is in advanced talks to purchase New Jersey defense company DRS Technologies Inc., according to people familiar with the matter.

The deal would be a hefty addition for Finmeccanica, which has a range of interests, building everything from aircraft and missiles to underwater defense systems and air-traffic-control networks.

#### No Limits

♦ Defense firms see huge opportunities beyond the U.S.: safeguarding borders abroad ......... B7

Exact details of the offer could not be learned Wednesday, but the price is expected to be a significant premium to DRS's closing price, likely greater than 25%. Its shares sold for $63.74, up 67 cents, in 4 p.m. composite trading Wednesday on the New York Stock Exchange. DRS has a market capitalization of about $2.6 billion.

The deal would be the latest strategic move by European aerospace and defense companies maneuvering for better footholds in the world's biggest defense market. It also would be a big national-security test for U.S. regulators, given the Italian government's roughly one-third ownership of Finmeccanica.

DRS is a major supplier to the U.S. military, which uses its equipment in such frontline systems as the Aegis destroyer and Abrams tank. Law-enforcement agencies and the U.S. Department of Homeland Security also use its technologies. The company was founded in 1968 by two former Loral Corp. engineers. Through dozens of acquisitions, it has grown into a major aerospace supplier, with revenue of $2.82 billion last year.

Last month, DRS landed a big deal when it won a U.S. Army contract to provide Jordan with border-security systems, a milestone for the company in the Mideast.

Other European defense giants count on U.S.-focused operations, including European Aeronautic Defence & Space Co. and BAE Systems PLC, which also have recently made significant U.S. acquisitions.

Already, Finmeccanica is involved in high-profile defense contracts, including providing helicopters to replace the U.S. president's fleet. Finmeccanica is supplying a cargo plane to the U.S. Army and Air Force as part of a

contract led by L-3 Communications Holdings Inc.

In 2005, BAE's U.S.-based division bought armored-vehicle maker United Defense Industries for about $4 billion, followed by buying Armor Holdings, another maker of armored vehicles, for $4.5 billion in 2007.

Last month, EADS North America bought an emergency-response-systems company called PlantCML for $350 million.

Some businesses have set their sights on EADS after Northrop Grumman Corp. beat out Boeing Co. for a $40 billion Air Force jet contract. Northrop plans to bring Airbus jetliners to the U.S. and convert them into aerial-refueling tankers.

#### Strategic Target
DRS Technologies shares
Wednesday's close: $63.74
52-week change up 21.6%



Source: WSJ Market Data Group

## Sony's Newest Display Is a Culture Shift

### A Low-Cost TV Shows the Way To Better Profits



Sony's new Bravia M Series line

Innovative products and services. The ability of the consumer-electronics unit—which makes up 70% of Sony's total sales—to collaborate will be key in his quest to tion, doing the same thing as

ways. "I came back feeling like I had gone around the world, but at Sony, people were still in the same office, in their same position, doing the same thing as

Their answer: The no-frills Bravia M series sets had much of the look and feel of a Sony but don't have the resolution of a full high-definition TV set. They also

"Sony's starting to have a huge uptake at stores like Wal-Mart and Sears," says Riddhi Patel, an industry analyst at market watcher iSup-

## Oil Firms Settle Claims In MTBE Leak Cases

# Exhibit 2

**DRS** TECHNOLOGIES

Working together
we'll get it done

| Home | Corporate Info | Products | Investor Info | News | Facilities | Careers | Contact Us | SEARCH |

INVESTOR INFO

Stock Performance
SEC Filings
...ancials
Corpor...
...der Services
Request Info
...Email
...Q

## General News Release

🖨 View printer-friendly version | ✉ E-mail this page | 📶 RSS Feeds | 📧 Receive E-mail Alerts

<< Back

**DRS Technologies Issues Statement**

PARSIPPANY, N.J.--(BUSINESS WIRE)--May 8, 2008--DRS Technologies, Inc. (NYSE: DRS) today said in a statement that it is engaged in discussions contemplating a potential strategic transaction involving the company. There is no assurance that any agreement will be reached, and the company will have no further comment at this time.

DRS Technologies, headquartered in Parsippany, New Jersey, is a leading supplier of integrated products, services and support to military forces, government agencies and prime contractors worldwide. The company employs approximately 10,000 people.

For more information about DRS Technologies, please visit the company's web site at www.drs.com.

SAFE HARBOR STATEMENT UNDER THE PRIVATE SECURITIES LITIGATION REFORM ACT OF 1995: This press release contains forward-looking statements, within the meaning of Section 27A of the Securities Act of 1933, as amended, and Section 21E of the Securities Exchange Act of 1934, as amended, that are based on management's beliefs and assumptions, current expectations, estimates and projections. Such statements, including statements relating to DRS Technologies' expectations for future financial performance, are not considered historical facts and are considered forward-looking statements under the federal securities laws. These statements may contain words such as "may," "will," "intend," "plan," "project," "expect," "anticipate," "could," "should," "would," "believe," "estimate," "contemplate," "possible" or similar expressions. These statements are not guarantees of the company's future performance and are subject to risks, uncertainties and other important factors that could cause actual performance or achievements to differ materially from those expressed or implied by these forward-looking statements and include, without limitation, demand and competition for the Company's products and other risks or uncertainties detailed in the Company's Securities and Exchange Commission filings. Given these uncertainties, you should not rely on forward looking statements. Such forward-looking statements speak only as of the date on which they were made, and the Company undertakes no obligations to update any forward-looking statements, whether as a result of new information, future events or otherwise.

CONTACT: DRS Technologies, Inc.
Richard M. Goldberg, 973-451-3584
Vice President, Public Affairs
goldberg@drs.com
or
Patricia M. Williamson, 973-898-6025
Vice President, Investor Relations
p.williamson@drs.com

SOURCE: DRS Technologies, Inc.

**DIVISION EXHIBIT**

2

Yahoo!   My Yahoo!   Mail     Make Y! your home page                          Search:

**YAHOO! FINANCE**     Sign In
New User? Sign Up                    Finance Home - Help

GET QUOTES     Finance Search

TRADEKING     AMERITRADE     Scottrade     E*TRADE
$4.95 A TRADE | JOIN TODAY     Member FINRA/SIPC

**Press Release**                          Source: DRS Technologies, Inc.

# DRS Technologies Issues Statement

Thursday May 8, 9:57 am ET

PARSIPPANY, N.J.--(BUSINESS WIRE)--DRS Technologies, Inc. (NYSE: DRS - News) today said in a statement that it is engaged in discussions contemplating a potential strategic transaction involving the company. There is no assurance that any agreement will be reached, and the company will have no further comment at this time.

ADVERTISEMENT



Scottrade®
Member FINRA/SIPC

SWITCH NOW

DRS Technologies, headquartered in Parsippany, New Jersey, is a leading supplier of integrated products, services and support to military forces, government agencies and prime contractors worldwide. The company employs approximately 10,000 people.

For more information about DRS Technologies, please visit the company's web site at www.drs.com.

*SAFE HARBOR STATEMENT UNDER THE PRIVATE SECURITIES LITIGATION REFORM ACT OF 1995: This press release contains forward-looking statements, within the meaning of Section 27A of the Securities Act of 1933, as amended, and Section 21E of the Securities Exchange Act of 1934, as amended, that are based on management's beliefs and assumptions, current expectations, estimates and projections. Such statements, including statements relating to DRS Technologies' expectations for future financial performance, are not considered historical facts and are considered forward-looking statements under the federal securities laws. These statements may contain words such as "may," "will," "intend," "plan," "project," "expect," "anticipate," "could," "should," "would," "believe," "estimate," "contemplate," "possible" or similar expressions. These statements are not guarantees of the Company's future performance and are subject to risks, uncertainties and other important factors that could cause actual performance or achievements to differ materially from those expressed or implied by these forward-looking statements and include, without limitation, demand and competition for the Company's products and other risks or uncertainties detailed in the Company's Securities and Exchange Commission filings. Given these uncertainties, you should not rely on forward-looking statements. Such forward-looking statements speak only as of the date on which they were made, and the Company undertakes no obligations to update any forward-looking statements, whether as a result of new information, future events or otherwise.*

Related Q
DRS 14-May 3:4



79.5
79.0
78.5
78.0
77.5
            10am      12pm

DRS        79.25
View Detailed
Delayed 20
Providers - Dis

**Related News**

- Will the Army Buy Ferrari? - at Motley Fo
- UPDATE - EADS eyeing Thales link (2:49 pm)
- DRS not a priority senior official says (11:37 am)
- DRS Technologies Quarterly Dividend (9:25 am)

- By industry: Aerospace/Defens Services

WE'VE
IT COVE

**Top Stor**

- Stocks advance fo better-than-expect read - AP (6:17 pm)
- Merck says appea overturns verdict i AP (5:08 pm)

*Contact:*

DRS Technologies, Inc.
Richard M. Goldberg, 973-451-3584
Vice President, Public Affairs
goldberg@drs.com
or
Patricia M. Williamson, 973-898-6025
Vice President, Investor Relations
p.williamson@drs.com

_____

Source: DRS Technologies, Inc.

✉ Email Story     📢 Set News Alert     🖨 Print Story     Yahoo! Buzz

[                    ]     Search News

**Sponsor Results**

Get Your Start in the Forex Market
Free Forex Essentials Kit. Intro Guide & Practice Account Included.
www.GFTforex.com

Countrywide® Home Loans
No Closing Cost Refi. No Points. No Credit Report or Processing Fees.
www.Countrywide.com

3% Yields Have You Down?
Pocket Yields of 7%, 8%, Even 11% With These 16 Dividend Superstars.
MoneyAndMarkets.com
(What's This?)

· Inflation pressures
despite food price
pm)
· US foreclosure fili
percent in April - Al

_____

· Most-viewed articl

**Inside Yahoo!**
**Market Ove**
· M&A Calendar
· Upgrades/Downg
· Most Actives
· Stock Screener

**RSS Fee**
Add headlines to yo
personalized My Yal
( About My Yahoo! and

DRS Headlines

Mergers & Acquisition

Aerospace/Defense P
Services Headlines

More Finance RSS Fe

Copyright © 2008 Yahoo! Inc. All rights reserved. Privacy Policy - Terms of Service - Copyright Policy - Send Feedback
Copyright © 2008 Business Wire. All rights reserved. All the news releases provided by Business Wire are copyrighted. Any forms of copying other than an individual
user's personal reference without express written permission is prohibited. Further distribution of these materials by posting, archiving in a public web site or database, or
redistribution in a computer network is strictly forbidden.

# Exhibit 3

Search

| Accounting & Financial Analysis | Consumer Goods & Services | Energy & Industrials | Financial & Business Services | Healthcare | Legal, Economic & Regulatory Affairs | Real Estate |

Technology, Media & Telecom

Home > Energy & Industrials > GLG News > L-3, DRS, EDO cited as potential EADS takeover ta...

**Energy & Industrials**

Overview
Leading Experts
Study Groups
GLG News℠
  Industrial
  Natural Resources
  Transportation
GLG Educational Events
Industry Dictionary

**Popular Topics in Energy & Industrials**

Aerospace and Defense
Airlines
Alternative Energy
Coal
Engineering and Construction (E&C)
Intermodal Logistics
Metals
Mining
Nuclear
Oil and Gas

**Subscribe to Updates in Energy & Industrials**

🖷 By Email
🔲 By RSS

**The Expertise Imperative and Compliance Technology**

Access to a diverse array of specialized expert inputs drives superior decisions in every organizational context within corporations, by investors and consultancies, and within nonprofits. When decision makers are confident of their decision inputs, they can respond more quickly and creatively to challenges and opportunities.

This page may include content provided by Council Members, your access to which is subject to the Terms of Use.

**Find Out More**

Become a GLG Client
Become a GLG Council Member
Enroll Your Company

---

May 18, 2007
## L-3, DRS, EDO cited as potential EADS takeover targets

Analysis of: EADS has cash for deals: CEO | www.reuters.com

This analysis is solely the work of the author. It has not been edited or endorsed by GLG.

**Implications:** The word Commercial doesn't appear in the full version of the EADS name – the European Aeronautic, Defence & Space company. Yet the Airbus side of the business has dominated the Media since 2005. EADS co-ceo Tom Enders has now given a reminder that there's more to the company than just Airbus...

**Analysis By:**

Doug McVittie, MA
Founder & Chief Consultant, Arran Aerospace

📞 Request a Consultation with this Expert

**Analysis:**

No news is good news. But Airbus has been in the news rather a lot these past two years, while the other divisions which help comprise **EADS** – the space, defense, helicopters, military airplanes and security – have rarely hit the headlines. EADS' German ceo Tom Enders is mapping out his vision of the defense side of EADS' business in the US, where he says the company has money to spend and an open mind as to **potential takeover targets.**

**EADS will buy in the US market.** Nothing's surer. If it wants to compete with BAE Systems (and it does), then it has to go head-to-head in the biggest defense marketplace there is. And that's not Europe.

Tom Enders reckons EADS has around **$5.7 billion in cash** which could be used on the acquisition trail and already three potential targets have been identified by industry observers, starting with **L-3 Communications Holdings Inc.,** which makes military electronics and cockpit controls but is something of an outside bet in the takeover stakes right now.

Other mid-sized contractors which might get with EADS' operations include **DRS Technologies Inc.,** a specialist in military electronics, and **EDO Corp,** a leading defense systems manufacturer and integrator.

There are other unmarked targets too, but EADS will make some kind of a move if and when the strictures of its dual Franco-German management structure permit, and that's not going to be tomorrow despite a company-wide acceptance now that **change at the EADS top is inevitable.**

The German 'side' of EADS (EADS is 'German', Airbus is 'French') has already said it would like to dispose of the 46% holding the company has in French military manufacturer **Dassault Systems.** The French, for their part, disagree, no doubt in large part because M. Serge Dassault forms part of the power-circle around new president Nicolas Sarkozy and for France in relation to EADS, **power comes before profit.**

**EADS** has the backing of the German government to expand its defense activities in the domestic US marketplace, following the success of the company's LUH helicopter. Doors will be knocked on and takeover deals done, there's little doubt, as EADS and Germany seeks to strengthen the company's non-commercial activities and to distance itself from the negative connotations of its Airbus division.

🖷 ⧉ EDO... ▪22▪

Report a Concern

---

**More GLG News in Energy & Industrials**
Most Popular:

**Source Article | Expert Analyses**

Corn Ethanol Loses More Support
article.wn.com

Global steel prices - brace for a correction?
www.reuters.com

The Biofuels Backlash
online.wsj.com

Speculators knock OPEC off oil-price perch
www.afimes.com

Trucking Update: What Goes Around Comes Around
www.purchasing.com

**GLG News: What Experts Think Is Important**

Request a free trial of GLG News

Your email address

🔲 Submit

---

© 2008 Gerson Lehrman Group. All Rights Reserved    Terms of Use  |  Privacy Policy  |  Site Map  |  Site Index

GLG Councils  |  GLG Institute  |  GLG News  |  GLG Research Management Platform

**DIVISION EXHIBIT**

3

PDF created with FinePrint pdfFactory Pro trial version www.pdffactory.com

# Exhibit 4

# E✱TRADE
## FINANCIAL

**Online Account Application**

Status: Account Opened

# This section is for E✱TRADE Securities use only

**Type of account:**
individual account

**Account features:**
Margin account

**Between-investment fund:**
Cash Balance

**Investment Objective:**
Aggressive Growth

**Annual Income:**
$100,000 - $199,999

**Liquid Net Worth:**
$50,000 - $99,999

**Total Net Worth:**
$100,000 - $499,999

**Investment Experience:**
Excellent

**Name:**
CRISTIAN DE COLLI

**Mailing Address:**
VIA A BALABANOFF 63
ROME00155,
United States

**Citizenship:**
Non-resident alien

**Country of legal residence:**
Italy

**Date of Birth:**
09/03/1979

**Employer:**
TECHNIP ITALY SP.A
IT

**Occupation:**
Architecture, Engineering

**Employer a broker/dealer?**
No

**Director, or policy-making office of publicly-owned company?**
No

**10% shareholder of publicly-owned company?**
No

This tax information will be used for IRS reporting.

**Application ID:** 1290589927

**Account:** 70611161

**User Name:** NTY90900

**Source:** OTHER99

**DIVISION EXHIBIT**

4

**Account Agreement.**

I am of legal age to contract. I acknowledge that I have received, read, and agree to be bound by the terms and conditions as currently set forth in the E✱TRADE Securities Customer Agreement as amended from time to time. I acknowledge that I have had the opportunity to read the PRIVACY STATEMENT. I ACKNOWLEDGE THAT E✱TRADE SECURITIES LLC DOES NOT PROVIDE INVESTMENT, TAX, OR LEGAL ADVICE OR RECOMMENDATIONS.

Under penalty of perjury, I certify that (1) My Social Security (or taxpayer ID) number shown on this form is my correct number and (2) I am not subject to backup withholding because (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding (cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return), and (3) I am a U.S. person (including a U.S. resident alien).

I understand that my name will be supplied to issuers of any securities held in my account so that I might receive any important information from them, unless I notify you in writing not to do so.

I acknowledge that securities held in my Margin account may be pledged, re-pledged, hypothecated, or rehypothecated for any amount due E*TRADE SECURITIES LLC in my account(s) or for a greater amount. I UNDERSTAND THAT THIS ACCOUNT IS GOVERNED BY A PRE-DISPUTE ARBITRATION CLAUSE CONTAINED IN SECTION 7 OF THE E*TRADE SECURITIES CUSTOMER AGREEMENT.

**Account Agreement: AGREED    Apr/4/2008**

**The Internal Revenue Service does not require your consent to any provision of this document other than the certifications required to avoid backup withholding.**

**CONTINUE >**

# New US Account – E*Trade

**Date: April 2nd, 2008**
**New Acct Representative: Stefania Ciccarelli**
**E-mail: stefania.ciccarelli@etrade.com**
**Phone: +39/02/86337237**

**ACCOUNT NUMBER: XB70611161**
**NAME(s): CRISTIAN DE COLLI**

**Documents + Requirement Check List:**

- Application form completed, signed + dated

- W-8BEN with no abbreviations, signed + dated

- Proof of identity: copy of Passport, DL or government issued ID for each account holder

- Proof of address: Utility bill (but not a cellular phone bill ) or DL showing residential address, or government issued ID - for each account holder

- OFAC check – Result print out of results (Complinet)

- Risk assessment form

- W-8BEN checklist

- Sign off by local compliance representative below:

Compliance Signature: _____

Date: __D 2 APR. 2008_____

# E✳TRADE FINANCIAL

## US BROKERAGE ACCOUNT APPLICATION

E*TRADE
Via G.Mercalli 11
20122 - Milano - Italia

www.italia.etrade.com

**0 2 APR. 2008**

**HOW TO APPLY FOR A BROKERAGE ACCOUNT**
- Complete sections 1–5.
- Sign and date your completed application form.
- Sign, date and return your W-8BEN form if you're not a U.S. Citizen.
- Please also return the following documents to the address on the left:
  - A certified passport copy with your completed application form
  - Evidence of your residential address which can be a recent copy of your bank statement or utility bill
  - For joint account please submit an additional passport copy, W-8BEN form and evidence of

**IMPORTANT INFORMATION ABOUT PROCEDURES FOR OPENING A NEW ACCOUNT**
To help the government fight the funding of terrorism and money laundering activities, the USA Patriot Act requires all financial institutions to obtain, verify, and record information that identifies each person who opens an account. What this means for you: When you open an account, we will ask for your name, address, date of birth, and other information that will allow us to identify you. We may also ask to see your driver's license or other identifying documents.

---

### ① Choose Your Account Type

☒ Individual Account        ☐ Joint Account

---

### ② Enter Your Account Holder Information (please print)

| Primary Account Holder | Co-Account Holder (if applicable) |
|---|---|
| **Name (first, middle initial, last)** CRISTIAN DE COLLÌ | **Name (first, middle initial, last)** |
| **Home Street Address (cannot be a P.O. box)** VIA A. BALABANOFF, 63 | **Home Street Address (cannot be a P.O. box)** |
| **City, Postal Code, Country** ROME, 00155, ITALY | **City, Postal Code, Country** |
| **Mailing Address (if different from above; P.O. box may be used)** | **Mailing Address (if different from above; P.O. box may be used)** |
| **City, Postal Code, Country** | **City, Postal Code, Country** |

| Home Phone (include country code) +39.06.4078741 | Business Phone (include country code) +39.328.4896860 | Home Phone (include country code) | Business Phone (include country code) |
|---|---|---|---|

| **E-mail Address (required for account updates)** cristian_decolli @ yahoo.it | **E-mail Address (required for account updates)** |
|---|---|

| Date of Birth (mm/dd/yyyy) 09/03/1979 | Social Security Number / Tax ID Number | Date of Birth (mm/dd/yyyy) | Social Security Number / Tax ID Number |
|---|---|---|---|

| **Employment Status** ☒ Employed ☐ Self-employed ☐ Retired ☐ Student ☐ Not Employed | **Employment Status** ☐ Employed ☐ Self-employed ☐ Retired ☐ Student ☐ Not Employed |
|---|---|

| Employer TECHNIP ITALY S.p.A. | Specific Occupation MACHINERY ENGINEER | Employer | Specific Occupation |
|---|---|---|---|

| **Business Street Address** VIALE CASTELLO DELLA MAGLIANA, 68 | **Business Street Address** |
|---|---|
| **City, Postal Code, Country** ROME, 00148, ITALY | **City, Postal Code, Country** |

| Are you employed by a registered securities broker/dealer, investment advisor, bank, or other financial institution? ☒ No ☐ Yes (you must submit a compliance letter with this application) | Are you employed by a registered securities broker/dealer, investment advisor, bank, or other financial institution? ☐ No ☐ Yes (you must submit a compliance letter with this application) |
|---|---|

| Are you a director, 10% shareholder, or policymaker of a publicly held company? ☒ No ☐ Yes (specify companies) | Are you a director, 10% shareholder, or policymaker of a publicly held company? ☐ No ☐ Yes (specify companies) |
|---|---|

**Continued on next page**

001654 (4/07) BROKERAGE APPLICATION

| Primary Account Holder | | Co-Account Holder (if applicable) | |
|---|---|---|---|
| Passport Number | Country of Issue | Passport Number | Country of Issue |
| AA 2473953 | ITALY | | |
| Country of Legal Residence (please attach Form W-8BEN) | | Country of Legal Residence (please attach Form W-8BEN) | |
| ITALY | | | |

NOTE: If you are a non-U.S. resident, please attach a photocopy of your passport or government-issued identification and evidence of your residential address, which can be a recent copy of your bank statement or utility bill.

| Country of Citizenship (please attach FORM W-8BEN) | | Country of Citizenship (please attach FORM W-8BEN) | |
|---|---|---|---|
| | ITALY | | |
| Street Address | | Street Address | |
| City, Postal Code, Country | | City, Postal Code, Country | |

## ③ Create Your Investment Profile

**Investment Objective for This Account** (choose only one)

☐ Capital preservation
Minimize the potential for any loss of principal

☐ Income
Provide current income rather than growth of principal

☐ Growth
Increase investment value over time while accepting price fluctuations.

☒ Speculation
Assume the highest degree of risk for potentially higher returns

**Investment Experience**

☐ None
☐ Limited
☐ Good
☒ Excellent

**Annual Income**

☐ $0-14,999
☐ $15,000-$24,999
☐ $25,000-$49,999
☐ $50,000-$99,999
☒ $100,000-$199,999
☐ $200,000+

**Approximate Net Worth** (excluding residence)

☐ $0-24,999
☐ $25,000-$49,999
☐ $50,000-$99,999
☒ $100,000-$499,999
☐ $500,000-$999,999
☐ $1,000,000+

**Approximate Liquid Net Worth** (cash, stocks, etc.)

☐ $0-14,999
☐ $15,000-$24,999
☐ $25,000-$49,999
☐ $50,000-$99,999
☒ $100,000-$199,999
☐ $200,000-$499,999
☐ $500,000-$999,999
☐ $1,000,000+

## ④ Select Your Account Features

**Receive Your Account Documents Online**

For your convenience, account documents such as monthly statements, and trade confirmations will be delivered to you via a secure online file cabinet instead of by mail. We will notify you at the primary account holder's e-mail address provided in section 2 whenever a new document is available. This feature is provided automatically unless declined below.

I would prefer to receive the following items by U.S. mail:

☐ Monthly statements
☐ Trade confirmations
☐ Prospectuses
☐ Corporate reports, proxies and reorganization notices

You must provide us with your e-mail address in section 2 to receive electronic account documents.

You may change your delivery preferences at any time. With respect to documents you elect to receive electronically, you agree to all the terms of section 10 of the E*TRADE Securities Limited Customer Agreement U.S. Supplemental Terms at global.etrade.com

**Add Margin Borrowing and Overdraft Protection**

A margin account gives you the flexibility to borrow from E*TRADE using the assets in your account as collateral. Proceeds may be used to purchase additional securities, as overdraft protection, or for any other purpose. This feature is provided automatically unless declined below.

☐ Do not add margin features to my account.

Margin transactions involve additional risks, including the risk that you could lose more money than you deposit in your account. For more information, including current margin interest rates and the NASD Margin Disclosure Statement, visit global.etrade. com/s/t/intl/margin

See Section 8 of the E*TRADE Securities Limited Customer Agreement U.S. Supplemental Terms at global.etrade.com/s/t/intl/ margin for more information about your responsibilities.

**Earn Income on Your Cash Balance**

Select only one of the following choices for the cash balance in your account. For current yields and descriptions, go to global.etrade.com in the "Pricing and Rates" section.

☐ E*TRADE Financial International Sweep Deposit Account (ISDA)

☒ Cash Balance

Interest on your cash accrues daily and is paid monthly.

**Continued on next page**

2

00185-I (4/07) BROKERAGE APPLICATION

 **5**  Sign and Date Your Application

You will be classified as a Retail Client

**Fully Disclosed Clearing Arrangement**
Securities products and services are offered by E*TRADE Securities Limited. For the purpose of trading in U.S. equities, options and bonds, your account is with E*TRADE Securities Limited. E*TRADE Clearing LLC (member NYSE/FINRA/SIPC) will execute, clear and settle transactions pursuant to a fully-disclosed clearing agreement.

The legal and regulatory regime applying to E*TRADE Clearing LLC will be different from that of the United Kingdom. E*TRADE Clearing LLC is a broker dealer registered with the U.S. Securities and Exchange Commission ("SEC") and is subject to the rules of SEC and other US regulatory organisations as well as any other federal, state or foreign laws, rules and regulations (collectively, the "US Rules"). We have attached a copy the 382 Disclosure Notice which outlines important information on the fully disclosed clearing arrangement.

**Client Money**
As a result of the fully disclosed clearing arrangement any money we receive from you and hold under an investment agreement will not be subject to the Financial Services Authority Client Asset rules.

Please note, E*TRADE Clearing LLC is a member of the Securities Investor Protection Corporation ("SIPC"). SIPC currently protects the Securities and/or Other Property in each of your accounts up to $500,000. SIPC does not protect against loss due to market fluctuations. (Please note that money market fund balances are not considered cash for this purpose; they are considered to be securities.) E*TRADE Clearing offers additional protection secured through an independent insurer. Account protection and coverage (either under SIPC or the additional insurance secured by E*TRADE Clearing) does not cover fluctuations in the market value of your investments. Positions held away are not in the custody or control of E*TRADE Clearing, nor are they covered by SIPC or the additional insurance secured by E*TRADE Clearing. As an intermediate customer you will still be eligible for this protection. If you are eligible for an E*TRADE Options, please be aware that we will be unable to activate your account until we receive this signed confirmation.

**Please tick box as appropriate**
We would like to send you occasional promotional material (including Emails) to keep you updated on our products and services. We will not divulge your details to any third party for promotional purposes.

If you would like us to contact you with such promotional material, please tick this box☒

If you do not want us to contact you with such promotional material, please tick this box: ☐

**Please tick box as appropriate**
☒ I have read, understood and acknowledged the term and conditions set out in the E*TRADE Financial BSA Account Agreement which can be found at global.etrade.com.

☒ I have read and understood the NYSE Rule 382 Disclosure Notice and I acknowledge that my trading in US products will be subject US Rules as part of the fully disclosed clearing arrangement between E*TRADE Securities Limited and E*TRADE Clearing LLC.

☒ I am of legal age to enter into this contract. I acknowledge that I have read, and agree to be bound by the terms and conditions as currently set forth in the E*TRADE Customer Agreement and the US Supplemental Terms and as both are amended from time to time. The E*TRADE Customer Agreement and the US Supplemental Terms are both available online at global.etrade.com at the bottom of the Homepage. I ACKNOWLEDGE THAT E*TRADE SECURITIES LIMITED DOES NOT PROVIDE INVESTMENT, TAX, OR LEGAL ADVICE. I understand that you will supply my name to issuers of any securities held in my account so that I might receive any important information regarding them, unless I notify you in writing not to do so.

☒ I am not a U.S. person and have attached a passport copy, W-8BEN form, and evidence of my residential address (which can be a bank statement or utility bill or bank statement or equivalent document to verify my address. Definition of a U.S. person: 1) A citizen or resident of the United States, 2) A partnership created or organised in the United States or under the law of the United States or any State, 3) A corporation created or organised in the United States or under the law of the United States or of any State, or 4) Any estate or trust other than a foreign estate or foreign trust.



System response and account access times may vary due to a variety of factors, including trading volumes, market conditions and system performance.

Securities products and services are offered by E*TRADE Securities Limited.

For the purpose of trading in U.S. equities, options and bonds, your account is with E*TRADE Securities Limited. E*TRADE Securities Limited has a fully disclosed clearing Agreement with E*TRADE Clearing LLC (member NYSE/FINRA/SIPC) which execute, clear and settle transactions pursuant to a fully-disclosed clearing agreement. E*TRADE Securities Limited and E*TRADE Clearing LLC are separate but affiliated companies.

E*TRADE Securities Limited is a company registered in Scotland No. SC103238 with its principal place of business at 42nd Floor, One Canada Square, London E14 5AA, United Kingdom. Registered Office: 24 Great King Street, Edinburgh EH3 6QN, United Kingdom. E*TRADE Securities Limited is a member of the London Stock Exchange and is authorised and regulated by the Financial Services Authority. It is a wholly owned subsidiary of E*TRADE Financial Corporation.

© 2007 E*TRADE FINANCIAL Corp. All rights reserved. E*TRADE FINANCIAL is a registered trademark and the E*TRADE FINANCIAL logo is a trademark of E*TRADE FINANCIAL, Corp.

**Continued on next page**

3

001654 (4-07) BROKERAGE APPLICATION

# E✱TRADE FINANCIAL®

## US OPTIONS TRADING APPLICATION

This application is optional.
Complete this form if you would like to apply to add US options trading capability to your account.
Visit global.etrade.com to learn more about the risks and rewards of options trading.

**Options Activity (select only one box)**
If no box is selected, you will be considered for the options trading level that we, at our discretion, deem suitable for you based on the other information you have provided.

☑ Level One: Write Covered Calls (Custodial accounts are eligible for Level One only.)  ☐ Level Two: Level One + Purchases/Covered Puts  ☐ Level Three: Level Two + Spreads/Uncovered Equity Puts  ☒ Level Four: Level Three + Uncovered Equity/Index Calls and Uncovered Index Puts

**Options Investment Knowledge**
☐ None  ☐ Limited  ☐ Good  ☒ Excellent

**Options Trading Experience**
☐ None  ☒ Covered calls  ☒ Covered puts  ☒ Purchases  ☒ Spreads  ☒ Uncovered calls  ☒ Uncovered puts

**Options Investment Knowledge**
☐ None  ☐ Limited  ☐ Good  ☐ Excellent

**Options Trading Experience**
☐ None  ☐ Covered calls  ☐ Covered puts  ☐ Purchases  ☐ Spreads  ☐ Uncovered calls  ☐ Uncovered puts

**Years of Experience**
Stocks: _10_ yrs. Bonds: _10_ yrs. Options: _10_ yrs.

**Years of Experience**
Stocks: ____ yrs. Bonds: ____ yrs. Options: ____ yrs.

**Total Transactions per Year**

| Stocks | Bonds | Options |
|---|---|---|
| ☐ 0-9 | ☒ 0-9 | ☐ 0-9 |
| ☐ 10-14 | ☐ 10-14 | ☐ 10-14 |
| ☐ 15-24 | ☐ 15-24 | ☐ 15-24 |
| ☐ 25-74 | ☐ 25-74 | ☐ 25-74 |
| ☒ 75+ | ☐ 75+ | ☒ 75+ |

**Total Transactions per Year**

| Stocks | Bonds | Options |
|---|---|---|
| ☐ 0-9 | ☐ 0-9 | ☐ 0-9 |
| ☐ 10-14 | ☐ 10-14 | ☐ 10-14 |
| ☐ 15-24 | ☐ 15-24 | ☐ 15-24 |
| ☐ 25-74 | ☐ 25-74 | ☐ 25-74 |
| ☐ 75+ | ☐ 75+ | ☐ 75+ |

Read and sign below to apply to trade options.

**SIGN HERE**

Arthur W. Lee | MARCH, 28th 2008

Options trading carries high risk to your capital. You may lose more than your initial deposit. Only speculate with funds that you can afford to lose.

©2007 E✱TRADE FINANCIAL Corp. All rights reserved. E✱TRADE FINANCIAL is registered trademark and the E✱TRADE FINANCIAL logo is a trademark of E✱TRADE FINANCIAL Corp.

4

| Form **W-8BEN** | **Certificate of Foreign Status of Beneficial Owner for United States Tax Withholding** | |
|---|---|---|
| (Rev. February 2006) | ▶ Section references are to the Internal Revenue Code.  ▶ See separate instructions. | OMB No. 1545-1621 |
| Department of the Treasury Internal Revenue Service | ▶ Give this form to the withholding agent or payer. Do not send to the IRS. | |

**Do not use this form for:**       **Instead, use Form:**
- A U.S. citizen or other U.S. person, including a resident alien individual . . . . . . . . . . . . . . . . . . W-9
- A person claiming that income is effectively connected with the conduct of a trade or business in the United States . . . . . . . . . . . . . . . . . W-8ECI
- A foreign partnership, a foreign simple trust, or a foreign grantor trust (see instructions for exceptions) . . . . W-8ECI or W-8IMY
- A foreign government, international organization, foreign central bank of issue, foreign private foundation, or government of a U.S. possession that received effectively connected income or that is claiming the applicability of section(s) 115(2), 501(c), 892, 895, or 1443(b) (see instructions) . . . . . . W-8ECI or W-8EXP

**Note:** These entities should use Form W-8BEN if they are claiming treaty benefits or are providing the form only to claim they are a foreign person exempt from backup withholding.
- A person acting as an intermediary . . . . . . . . . . . . . . . . . . . . . . . . W-8IMY

**Note:** See instructions for additional exceptions.

**Part I**    **Identification of Beneficial Owner (See instructions.)**

| 1 Name of individual or organization that is the beneficial owner | 2 Country of incorporation or organization |
|---|---|
| CRISTIAN DE COLLI | ITALY |

3 Type of beneficial owner:
☒ Individual ☐ Corporation ☐ Disregarded entity ☐ Partnership ☐ Simple trust
☐ Grantor trust ☐ Complex trust ☐ Estate ☐ Government ☐ International organization
☐ Central bank of issue ☐ Tax-exempt organization ☐ Private foundation

4 Permanent residence address (street, apt. or suite no., or rural route). Do not use a P.O. box or in-care-of address.
VIA A. BALABANOFF, 63

| City or town, state or province. Include postal code where appropriate. | Country (do not abbreviate) |
|---|---|
| ROME, 00155, ITALY | ITALY |

5 Mailing address (if different from above)

| City or town, state or province. Include postal code where appropriate. | Country (do not abbreviate) |
|---|---|
| | |

| 6 U.S. taxpayer identification number, if required (see instructions) ☐ SSN or ITIN ☐ EIN | 7 Foreign tax identifying number, if any (optional) |
|---|---|
| | |

8 Reference number(s) (see instructions)

**Part II**    **Claim of Tax Treaty Benefits (if applicable)**

9 I certify that (check all that apply):

a ☒ The beneficial owner is a resident of ....ITALY.... within the meaning of the income tax treaty between the United States and that country.

b ☐ If required, the U.S. taxpayer identification number is stated on line 6 (see instructions).

c ☐ The beneficial owner is not an individual, derives the item (or items) of income for which the treaty benefits are claimed, and, if applicable, meets the requirements of the treaty provision dealing with limitation on benefits (see instructions).

d ☐ The beneficial owner is not an individual, is claiming treaty benefits for dividends received from a foreign corporation or interest from a U.S. trade or business of a foreign corporation, and meets qualified resident status (see instructions).

e ☐ The beneficial owner is related to the person obligated to pay the income within the meaning of section 267(b) or 707(b), and will file Form 8833 if the amount subject to withholding received during a calendar year exceeds, in the aggregate, $500,000.

10 Special rates and conditions (if applicable—see instructions): The beneficial owner is claiming the provisions of Article ............ of the treaty identified on line 9a above to claim a ............ % rate of withholding on (specify type of income): ......................... Explain the reasons the beneficial owner meets the terms of the treaty article: ................................................

**Part III**    **Notional Principal Contracts**

11 ☐ I have provided or will provide a statement that identifies those notional principal contracts from which the income is not effectively connected with the conduct of a trade or business in the United States. I agree to update this statement as required.

**Part IV**    **Certification**

Under penalties of perjury, I declare that I have examined the information on this form and to the best of my knowledge and belief it is true, correct, and complete. I further certify under penalties of perjury that:
1 I am the beneficial owner (or am authorized to sign for the beneficial owner) of all the income to which this form relates,
2 The beneficial owner is not a U.S. person,
3 The income to which this form relates is (a) not effectively connected with the conduct of a trade or business in the United States, (b) effectively connected but is not subject to tax under an income tax treaty, or (c) the partner's share of a partnership's effectively connected income, and
4 For broker transactions or barter exchanges, the beneficial owner is an exempt foreign person as defined in the instructions.

Furthermore, I authorize this form to be provided to any withholding agent that has control, receipt, or custody of the income of which I am the beneficial owner or any withholding agent that can disburse or make payments of the income of which I am the beneficial owner.

**Sign Here** ▶ _[signature]_    03/28/2008

Signature of beneficial owner (or individual authorized to sign for beneficial owner)    Date (MM-DD-YYYY)    Capacity in which acting

For Paperwork Reduction Act Notice, see separate instructions.    Cat. No. 25047Z    Form **W-8BEN** (Rev. 2-2006)

UNIONE EUROPEA

REPUBBLICA ITALIANA

PASSAPORTO







P<ITADE<COLLI<<CHRISTIAN<<<<<<<<<<<<<<<<<<<<<<<<<<<00

AA2473935II<AT909032N1802038B<<<<<<<<<<<<<<<<<<<<<<<<

PASSAPORTO

REPUBBLICA ITALIANA

ITALIANA

03-SET/SEP 1979

TERAMO (TE)

04 FEB/FEB 2008

03 FEB/FEB 2018

TASSA PAGATA PER ANNI 1

5



Proof of address



# complinet

## ∴ Global Screening Online - Results

*0 possible matches for "Cristian De COLLI"*

- searching both persons and non-persons
- with minor spelling variations
- without synonym matching
- matching all words

Searching 65 data sources in 5 categories

**Sanctions:** Commission de Surveillance du Secteur Financier, Luxembourg, Department of Foreign Affairs and Trade, Australia, European Union, Financial Services Agency, Japan, Guernsey Financial Services Commission, HM Treasury (formerly Bank of England), Home Office, Hong Kong Monetary Authority, Isle of Man Financial Supervision Commission, Jersey Financial Services Commission, Monetary Authority of Singapore, Office of Foreign Assets Control (OFAC) United States, Office of the Superintendent of Financial Institutions, Canada, Reserve Bank of Australia, United Nations Security Council Committee, US Department of State.

**Law Enforcement:** Federal Bureau of Investigation (FBI), United States, Hong Kong Police Force, Interpol.

**Regulatory Enforcement:** Financial Services Authority (FSA), Gibraltar Financial Services Commission, Guernsey Financial Services Commission, Investment Management Regulatory Organisation, Isle of Man Financial Supervision Commission, Jersey Financial Services Commission, Lloyd's Insurance Market, Personal Investment Authority, Securities and Futures Authority, Australian Securities and Investments Commission, Financial Services Agency, Japan, Hong Kong Monetary Authority, Hong Kong Securities and Futures Commission, InvestED - Hong Kong SFC, Monetary Authority of Singapore, Securities and Exchange Commission of Pakistan Securities and Exchange Commission, Thailand, Securities and Exchange Surveillance Commission, Japan, Commodity Futures Trading Commission (CFTC), Federal Deposit Insurance Corporation, United States, Federal Reserve Board, United States, Financial Crimes Enforcement Network (FinCEN), Investment Dealers Association of Canada, National Credit Union Administration, United States, Office of Foreign Assets Control (OFAC), United States, Office of the Comptroller of the Currency, United States, Office of Thrift Supervision, United States, Securities and Exchange Commission (SEC), United States, US Department of Justice, Autorité des marchés financiers, France, BaFin - Federal Financial Supervisory Authority, Germany, Banking, Finance and Insurance Commission (CBFA), Belgium, Commission de Surveillance du Secteur Financier Luxembourg, Commissione Nazionale per le Società e la Borsa, Italy, Czech National Bank, Danish Financial Supervisory Authority, Financial Market Authority, Austria, Finnish Financial Supervision Authority, Netherlands Authority for the Financial Markets.

**Other Bodies:** Bureau of Industry and Security, Centro Mexicano Para La Filantropia (CEMEFI), Companies House, Ministry of Economy, Trade and Industry Japan, World Bank.

**High Profile Persons data:** Central Intelligence Agency (CIA) - Heads of State/Government

|  Search Again  |

Complinet I Connected Compliance ™

© 2008 Complinet Ltd and its contributors. All rights reserved.

**E✱TRADE**
**FINANCIAL**

(Updated March 11, 2007)

### Form W-8BEN Checklist

This checklist is for the purposes of reviewing Forms W-8BEN received from account holders. This is not a comprehensive checklist of all of the issues that relate to Form W-8BEN. This checklist only covers key issues that relate to the most common errors associated with Form W-8BEN.

#### General

__x__ Confirm that this form is not being used by a person that ostensibly be completing another form:
- A U.S. citizen or other U.S. person, including a U.S. resident alien individual (see Form W-9)
- A foreign intermediary (see Form W-8IMY)
- A foreign partnership, foreign simple trust, or foreign grantor trust (see Form W-8IMY)
- A foreign government, international organization, foreign central bank of issue, foreign tax-exempt organization, or foreign private organization (see Form W-8EXP)

__x__ Confirm that the revised Form W-8BEN (February 2006) or most recent form, if any, is being used.

__x__ Confirm that the Form W-8BEN is an original document. It may not be a copy or fax.

__x__ Confirm that you have not made any adjustments or corrections to the Form W-8BEN (except as discussed in the signature section below regarding the date).

#### Line 1 - Name of beneficial owner

__x__ Confirm that this line has the name of the individual or organization which is the beneficial owner. It should match the name on the account holder's file.

_____ Confirm that there is only one name listed. (Note, joint account holders must complete separate Forms W-8BEN.)

__x__ If the beneficial owner is a trust, confirm that the trust name is listed and not the name of the trustees.

#### Line 2 - Country of incorporation or organization

__x__ For all account holders except individuals, confirm that this line is completed with a country name.

__x__ For all account holders except individuals, confirm that the country name is not abbreviated.

__x__ For individuals, confirm that this line is blank or "N/A".

#### Line 3 - Type of beneficial owner

__x__ Confirm that the account holder has checked one and only one of the boxes.

__x__ Confirm that the account holder has checked the appropriate box that matches the entity type in the account holder's file. Note, where the beneficial owner is a trust with corporate trustees, this should be treated as trusts.

#### Line 4 - Permanent residence address

__x__ Confirm that the permanent address matches the address held on the account holder's file.

__x__ Confirm that the permanent address does not contain any of the following items:
- a P.O. box
- a "care of" address
- an address of a financial institution in which the beneficial owner maintains an account

__x__ Confirm that the address is fully completed.

__x__ Confirm that the country name is not abbreviated.

__x__ If a U.S. address is used, this suggests that the account holder may be a US person and further investigation should be undertaken to confirm whether a Form W-8 or W-9 is the correct form to be used.

#### Line 5 - Mailing Address

__x__ If there is a mailing address listed here, confirm that the address is fully completed.

__x__ If there is a mailing address listed here, confirm that the country name is not abbreviated.

__x__ If there is a mailing address and it is a U.S. address, this suggests that the account holder may be a US person and further investigation should be undertaken to confirm whether a Form W-8 or W-9 is the correct form to be used.

#### Line 6 - TIN

_____ Generally, for account holders receiving dividends and interest from stocks and debt obligations that are actively traded, no TIN is required.

__x__ If a TIN is provided, this may indicate that the account holder is a U.S. person. Confirm with the account holder that he/she is not a U.S. person (i.e., a U.S. citizen or U.S. resident) who should be completing a Form W-9 instead.

Lines 7 and 8

Optional Information.

Line 9a

___ x ___  Confirm that this box is checked if the account holder wants to obtain treaty benefits (e.g., reduced rate of withholding) and is a resident in a country holding a tax treaty with the U.S.

___ x ___  Confirm that the name of the treaty country is included on the dotted line and that it is not abbreviated.

___ x ___  Confirm that the treaty country listed on Line 9a is the same as the country listed on Line 4 as the permanent residence country. In the majority of cases, they should be the same. If they are not the same, a compliance manager should review the difference and ensure we have appropriate reasons and documentation for the difference.

Line 9c

___ x ___  If the account holder is a non-individual and has claimed benefits on line 9a, confirm that this box is checked.

Lines 9d, 9a, 10, and 11

___ x ___  If any of these lines are completed, confirm that this Form W-8BEN has been approved by a compliance manager and the appropriate withholding rates are being used.

Penalties of Perjury

___ x ___  Confirm that no modifications have been made to the Penalties of Perjury statements.

Signature and date

___ x ___  Confirm that there is only one signature on the signature line, even if the account holder is a corporation, trust, or joint account.

___ x ___  Confirm that the form has been dated. If there is no date, you may date stamp on the form the date on which it was received. The date should not be written in by hand.

___ x ___  If the beneficial owner is other than an individual, confirm that the "capacity in which acting" line is completed.

___ x ___  If the beneficial owner is other than an individual, confirm that a person who may be authorized to sign the form has signed. For example, a trustee may sign on behalf of a trust, and a director or officer may sign on behalf of a corporation.

___ x ___  If the form is signed under a power of attorney, confirm that the "capacity in which acting" line is completed and that the Form 2848 has also been completed and attached.

| Reviewer Signature | 0 2 APR 2008 |
|---|---|
|  | Date |

| Manager Signature (if required) | Date |

## MONEY LAUNDERING RISK ASSESSMENT FORM

| | | |
|---|---|---|
| • Company listed on a regulated exchange (see http://fsahandbook.info/FSA/html/handbook/SUP/17/Annex5 and http://fsahandbook.info/FSA/html/handbook/SUP/17/Annex1<br><br>• Credit or Financial Institution regulated in a EEA member state or in a FATF country which does not fall within the "Medium Risk" & "High Risk" countries.<br><br>• Individuals – Retail client from a country on the low risk list below | • Private company / LLP<br><br>• Partnership / Limited Partnership<br><br>• Trust / Charity<br><br>• Individuals – Retail client from a country on the medium risk list below<br><br>Check customers in this category not caught by High Risk category | • Politically Exposed Person, their immediate family or close associate. (PEP)**<br><br>• Any individual or legal entity from a country which is non-FATF, NCCT , OFAC or which is otherwise noted for bribery and corruption, drugs, terrorism or organised crime. See examples of high risk countries. |

Risk is     LOW          MEDIUM          HIGH     (please select)

NOTES – please add details of any customer contact or other important information in particular any factors which may put the client in high risk.

| |
|---|
| |

0 2 APR. 2008

Signature:.......................................... Date:.......................

Name:.........DIAZZI SANDRO.............................................

High Risk Customers – Compliance sign off

Signature:......................................., Date:...................

Name:..................................................................

April 1, 2008 - April 30, 2008
Account Number:    7061-1161
Account Type:      **INDIVIDUAL (FOREIGN)**

**E*TRADE Securities Limited**
42nd floor, 1 Canada Square
Canary Wharf, London E14 5AA
Tel +44.(0)207.516.1575
www.global.etrade.com

CRISTIAN DE COLLI
VIA A BALABANOFF 63
ROME00155
ITALY

---

## Account At A Glance



$453,218.05

Securities products and services are offered by E*TRADE
Securities Limited. For the purpose of trading in U.S.
equities, options and bonds, your account is with
E*TRADE Securities Limited. E*TRADE Clearing LLC
(member NYSE/FINRA/SIPC), will execute, clear
and settle transactions pursuant to a fully-disclosed
clearing agreement. E*TRADE Securities Limited is
authorized and regulated by the Financial Services Authority.

| | As of 03/31/08 | As of 04/30/08 |
|---|---|---|
| **Net Change:** | | $453,218.05 |

---

▲ DETACH HERE

CRISTIAN DE COLLI
VIA A BALABANOFF 63
ROME00155
ITALY

DETACH HERE ▲

Make checks payable to E*TRADE Clearing LLC.

Mail deposits to:

հմեմեմեմեմեմեմեմ

E*TRADE CLEARING LLC
P.O. Box 1542
Merrifield, VA  22116-1542

**Use This Deposit Slip     Acct: 7061-1161**

**Please do not send cash**

| Dollars | Cents |
|---|---|
| | |
| | |
| | |
| | |
| **TOTAL DEPOSIT** | |

043020080001  111706111619

Please refer to the E*TRADE Securities Limited Brokerage Customer Agreement for a complete discussion of the terms and conditions governing your account. If you have questions regarding the Customer Agreement or your account, please e-mail us through www.global.etrade.com or call Tel .(0)207.516.1575

THE INFORMATION CONTAINED IN YOUR ACCOUNT STATEMENT SHALL BE BINDING UPON YOU IF YOU DO NOT OBJECT, EITHER IN WRITING OR VIA ELECTRONIC MAIL, WITHIN FIVE (5) DAYS AFTER THE ACCOUNT STATEMENT IS FIRST RECEIVED BY YOU, OR WITHIN SIXTY (60) DAYS FOR ANY TRANSFER OF FUNDS SUBJECT TO REGULATION E, SUCH AS ATM AND POINT-OF-SALE TRANSFERS, DEBIT TRANSACTIONS, DIRECT DEPOSITS, AND WITHDRAWALS.

**Applicable Rules and Regulations.** All transactions in your account shall be subject to the constitution, rules, regulations, customs, and usages of the exchange or market, and its clearing house, where the transactions are executed by E*TRADE Clearing LLC (ETC) or its agents, including ETC subsidiaries and affiliates. Also, where applicable, the transactions shall be subject to the provisions of the Securities Act of 1933, as amended, the Securities Exchange Act of 1934, as amended, and the rules and regulations of the Securities and Exchange Commission ("SEC"), the Board of Governors of the Federal Reserve System, and any applicable self-regulatory organization.

**Securities Pricing.** The amounts printed in the market value column of the Account Holdings section, or any amounts derived there from, are based on U.S. month end prices and are provided to us by outside quotation services for the securities currently held by us in your account. Prices of municipal bonds, certain over-the-counter securities, and federal obligations are approximations and are only for guidance purposes. The prices used are based on the last reported transaction known to the quotation services or of the yields or values that are calculated on the basis of these prices. The value of brokered CDs reflected on this statement is estimated by a third-party pricing service. Actual value may differ if you elect to sell your CD(s) in the secondary market.

**Interest/Dividends.** We are required by law to report annually to you and to the Internal Revenue Service on Form 1099 any taxable interest, dividends, and capital gains credited to your account, as well as any taxes withheld. The year-to-date figures shown on your statement reflect these amounts classified to the best of our current knowledge. However, some payments are subject to reclassification, which will be reflected on subsequent statements if we are advised of them prior to the end of the calendar year.

**SIPC and Other Insurance Coverage.** ETC is a member of the Securities Investor Protection Corporation ("SIPC"). SIPC currently protects the assets in each of your securities accounts at ETC up to $500,000, of which no more than $100,000 may be in cash. Visit www.sipc.org for more information on SIPC protection. (Please note that money market mutual fund balances are not considered cash; they are considered to be securities.) Additional protection has been secured through an independent insurer. Account protection does not cover the market risks associated with investing.

**Trading in non-U.S. Markets.** Investing outside the United States involves additional risks related to currency fluctuations, economic and political differences and differences in accounting standards. In order to trade in non-U.S. markets, you first must either: (1) convert U.S. dollars held in your account to the applicable currency of the non-U.S. market in which you wish to trade; or (2) transfer into your account the applicable non-U.S. currency. Currency exchanges are effected by affiliates of ETC on a principal basis, and may include a mark-up or mark-down, as appropriate. You should be aware that more favorable exchange rates may be available through third parties not affiliated with ETC. These currency transactions are not regulated or overseen by the SEC or the Commodities Futures Trading Commission, or any of the securities or commodities self-regulatory organizations. Securities trades executed on a non-U.S. exchange will be effected by one or more affiliates of ETC, which may be compensated for their services.

**Payment for Order Flow.**
Regulations require that all broker/dealers inform their customers when a new account is opened and on an annual basis thereafter, of payment for order flow practices (compensation received for placing orders through specialists on registered U.S. stock exchanges, over-the-counter market makers, alternative trading systems, and electronic communications network ("ECNs")(collectively, "market centers")). Consistent with the overriding principle of best execution, ETC routes orders to various market centers. ETC, its affiliates or your broker receives remuneration (generally in the form of per-share cash payments or through profit sharing arrangements) for directing orders to particular market centers for execution. Such remuneration is considered compensation to ETC or your broker, and the source and amount of any compensation received by the firm in connection with your transaction will be disclosed upon written request. E*TRADE Financial Corporation has a financial interest in ISE Stock Exchange, LLC, CHX Holdings, Inc. (owner and operator of the Chicago Stock Exchange) and a subsidiary company (E*TRADE Capital Markets, LLC) all of which are market centers that receive orders routed by ETC. ETS takes a number of factors into consideration in determining where to route customers' orders. ETC regularly and rigorously reviews transactions, broker/dealers and other market centers for execution quality. ETC is an indirect subsidiary of E*TRADE Financial Corporation.

**Margin Accounts.** Whether a purchase may be made on margin, how much of the purchase price must be in your account at the time you place your order, and your margin maintenance requirements are determined by the Federal Reserve Board ("FRB"), by applicable exchange rules and by ETC. For our protection, we reserve the right, at any time and without prior notice to you, to impose stricter requirements than those imposed by the FRB or applicable exchange rules. You will be charged interest on a daily basis on all debit balances that you owe to ETC and on credit extended to you by ETC for the purpose of purchasing, carrying, or trading in securities or otherwise. Interest is calculated on a 360-day basis using settlement date balances. The applicable interest rate for margin loans is a fixed percentage above ETC's Base Rate, which is set at our discretion with reference to commercially recognized interest rates. The margin interest rate will change without prior notice as the Base Rate changes. Information about ETC's Base Rate is available upon written request to ETC. For more information on how ETC calculates interest, please see the E*TRADE Securities Brokerage Customer Agreement.

**Cash Balances.** Any cash balances are held unsegregated and may be used by ETC in the conduct of its business, subject to the limitations of Rule 15c3-3 under the Securities Exchange Act of 1934. ETC reserves the right to require seven days' prior notice before permitting a withdrawal or transfer of funds from the time sub-account of my Cash Balances. ETC has no present intention of exercising this provision. However, ETC may, at its sole discretion, choose to do so in the future.

**Options Trading.** If you are approved for options trading, you are responsible for advising ETC of any material changes in your investment objectives or financial situation.

**Random Allocation of Options Exercise Notices.** Exercise assignment notices for options contracts are allocated among customers' short options positions in accordance with a random allocation method. A detailed description of ETC's random allocation method is available upon request.

**Financial Statement.** A financial statement of ETC is available for your inspection at etrade.com or will be mailed to you upon your written request.

ETC is an indirect subsidiary of E*TRADE Financial Corporation.

If you have a complaint, please contact your local office via www.global.etrade.com, or write to E*TRADE Securities Limited, 42nd floor, 1 Canada Square, Canary Wharf, London E14 5AA. E*TRADE Securities Limited is a company registered in Scotland No. SC103238 with its principal place of business at 42nd Floor, One Canada Square, London E14 5AA, United Kingdom. Registered Office: 24 Great King Street, Edinburgh EH3 6QN, United Kingdom. E*TRADE Securities Limited is authorized and regulated by the Financial Services Authority.

## General Information

**This Statement's Closing Equity.** Market value of all long positions less the market value of all short positions, plus or minus the dollar amount of the net closing money balance.

**Net Change in Equity.** The difference between this statement's closing equity and last statement's closing equity.

**Margin Interest.** Interest expense charges on the daily debit balance in your account.

**Market Value.** The closing price of each security position as of the last business day of the month. (Market value of some positions may be omitted).

**Money Activity Summary.** Total debit (such as purchases, withdrawals, margin interest charges) and total credits (such as sales, deposits, interest, or dividend income) to your account, along with the Combined Opening and Combined Closing balances, are reflected as of the last business day of the statement period.

**Activity/Trade Date.** Trade date or transaction date of other entries.

**Total Portfolio Percent.** Percentage of your holding by issue of security.

**DIV/CPN% Yield.** Annual dividend or bond % yield.

**Open Orders.** Buy or sell orders for securities that have not yet been executed or canceled.

**Symbol/CUSIP.** The symbol or identification number for each security.

# E\*TRADE
## FINANCIAL®
Trading • Investing • Banking • Lending

**E\*TRADE Securities Limited**
Investment Account

Account Number: 7061-1161

Statement Period : April 1, 2008 - April 30, 2008

Account Type: INDIVIDUAL (FOREIGN)

## ACCOUNT OVERVIEW

Last Statement Date: March 31, 2008

| | |
|---|---|
| Beginning Account Value (On 03/31/08): | $ 0.00 |
| Ending Account Value (On 04/30/08): | $ 453,218.05 |
| Net Change: | $ 453,218.05 |

For current rates, please visit www.global.etrade.com

## ASSET ALLOCATION (AS OF 04/30/08)



100.00% - Stocks, Options & ETF (Long)

## ACCOUNT VALUE SUMMARY

| | AS OF 04/30/08 | AS OF 03/31/08 | % CHANGE |
|---|---|---|---|
| Margin Balance | $ 95,670.05 | $ 0.00 | -- |
| Total Cash/Margin Debt | $ 95,670.05 | $ 0.00 | -- |
| Stocks, Options & ETF (Long) | $ 357,548.00 | $ 0.00 | -- |
| Total Value of Securities | $ 357,548.00 | $ 0.00 | -- |
| Net Account Value | $ 453,218.05 | $ 0.00 | -- |

E\*TRADE Clearing LLC (ETC), member NYSE/FINRA/SIPC, carries your account and acts as your custodian for funds and securities deposited with us directly by you, through E\*TRADE Securities or as a result of transactions we process for your account. Any inquiry regarding positions and balances only may be directed to ETC at 201-209-0695. All other inquiries regarding your account or the activity therein should be directed to E\*TRADE Securities Limited at +44.(0)207.516.1575. Please report promptly any inaccuracy or discrepancy in your account to E\*TRADE Securities Limited . You should re-confirm any oral communications in writing to further protect your rights, including rights under the Securities Investor Protection Act (SIPA).

E\*TRADE Securities Limited . 42nd floor, 1 Canada Square , Canary Wharf, London E14 5AA . Tel +44.(0)207.516.1575 . www.globaL.etrade.com



# E✶TRADE
## FINANCIAL°
Trading • Investing • Banking • Lending

**Account Number:** 7061-1161

**Statement Period :** April 1, 2008 - April 30, 2008

## E✶TRADE Securities Limited
### Investment Account

**Account Type:** INDIVIDUAL (FOREIGN)

## ACCOUNT TRANSACTION SUMMARY

| DESCRIPTION | THIS PERIOD | YEAR TO DATE |
|---|---|---|
| Securities Purchased | $ -326,274.38 | $ -326,274.38 |
| Interest Received | | |
| Taxable | $ 55.43 | $ 55.43 |

## NET ACCOUNT VALUE BY MONTH END

$500,000
$450,000
$400,000
$350,000
$300,000
$250,000
$200,000
$150,000
$100,000
$50,000
$0

APR-08

## TOP 10 ACCOUNT HOLDINGS (AS OF 04/30/08)



73.35% - DRS
20.55% - QDRSF65
3.48% - ENTU
2.62% - QFF

E✶TRADE Securities Limited . 42nd floor, 1 Canada Square . Canary Wharf, London E14 5AA . Tel +44,(0)207.516.1575 . www.global.etrade.com

PAGE 4 OF 7

**E\*TRADE FINANCIAL®**
Trading • Investing • Banking • Lending

**E\*TRADE Securities Limited**
Investment Account

Account Number: 7061-1161

Statement Period : April 1, 2008 - April 30, 2008

Account Type: INDIVIDUAL (FOREIGN)

## ACCOUNT HOLDINGS

### STOCKS, OPTIONS & EXCHANGE-TRADED FUNDS (100.00% of Holdings)

| DESCRIPTION | SYMBOL/ CUSIP | ACCT TYPE | QUANTITY | PRICE | TOTAL MKT. VALUE | PORTFOLIO (%) | EST. ANNUAL INCOME | EST. ANNUAL YIELD (%) |
|---|---|---|---|---|---|---|---|---|
| DRS TECHNOLOGIES INC | DRS | Margin | 4,200 | 62.4400 | 262,248.00 | 73.36 | 504.00 | 0.19% |
| CALL DRS TECH JUN 065 AMEX EXP 06/21/2008 | QDRSF65 | Margin | 350 | 2.1000 | 73,500.00 | 20.56 | | |
| ENTRUST INC | ENTU | Margin | 5,000 | 2.4900 | 12,450.00 | 3.48 | | |
| GRIFFON CORP | GFF | Margin | 1,000 | 9.3500 | 9,350.00 | 2.62 | | |
| **TOTAL STOCKS, OPTIONS & ETF** | | | | | **$357,548.00** | **100.00%** | **$504.00** | **0.14%** |

TOTAL PRICED PORTFOLIO HOLDINGS (ON 04/30/08)    **$453,218.05**

TOTAL ESTIMATED ACCOUNT HOLDINGS ANNUAL INCOME    **$504.00**

## TRANSACTION HISTORY

### SECURITIES PURCHASED OR SOLD

| TRADE DATE | SETTLEMENT DATE | DESCRIPTION | SYMBOL/ CUSIP | TRANSACTION TYPE | QUANTITY | PRICE | AMOUNT PURCHASED | AMOUNT SOLD |
|---|---|---|---|---|---|---|---|---|
| 04/10/08 11:15 | 04/15/08 | DRS TECHNOLOGIES INC | DRS | Bought | 500 | 58.3900 | 29,204.99 | |
| 04/15/08 10:38 | 04/18/08 | CALL DRS TECH JUN 065 AMEX EXP 06/21/2008 OPEN CONTRACT | QDRSF65 | Bought | 100 | 1.0000 | 10,134.99 | |
| 04/17/08 10:58 | 04/22/08 | DRS TECHNOLOGIES INC | DRS | Bought | 1,000 | 69.5600 | 69,809.99 | |
| 04/21/08 10:17 | 04/24/08 | DRS TECHNOLOGIES INC | DRS | Bought | 1,000 | 60.0000 | 60,009.99 | |
| 04/22/08 09:53 | 04/25/08 | DRS TECHNOLOGIES INC | DRS | Bought | 1,500 | 59.8000 | 89,709.99 | |
| 04/22/08 14:35 | 04/25/08 | ENTRUST INC | ENTU | Bought | 5,000 | 2.3600 | 11,809.99 | |
| 04/22/08 09:50 | 04/25/08 | GRIFFON CORP | GFF | Bought | 1,000 | 9.1700 | 9,179.99 | |
| 04/24/08 13:28 | 04/29/08 | DRS TECHNOLOGIES INC | DRS | Bought | 200 | 59.8600 | 11,981.99 | |

E\*TRADE Securities Limited . 42nd floor . 1 Canada Square . Canary Wharf, London E14 5AA . Tel +44.(0)207.516.1575 . www.global.etrade.com

PAGE 5 OF 7

# E✳TRADE
# FINANCIAL
Trading · Investing · Banking · log

**E✳TRADE Securities Limited**
Investment Account

Account Number: 7051-1161

Statement Period: April 1, 2008 - April 30, 2008

Account Type: INDIVIDUAL (FOREIGN)

## SECURITIES PURCHASED OR SOLD (Cored)

| TRADE DATE | SETTLEMENT DATE | DESCRIPTION | SYMBOL/ CUSIP | TRANSACTION TYPE | QUANTITY | PRICE | AMOUNT PURCHASED | AMOUNT SOLD |
|---|---|---|---|---|---|---|---|---|
| 04/28/08 09:40 | 04/30/08 | CALL DRS TECH JUN AMEX EXP 06/21/2008 OPEN CONTRACT | QDRSF65 | Bought | 59 | 1.7500 | 10,408.74 | |
| 04/29/08 09:44 | 04/30/08 | CALL DRS TECH JUN AMEX EXP 06/21/2008 OPEN CONTRACT | QDRSF65 | Bought | 60 | 1.8000 | 10,884.99 | |
| 04/29/08 09:39 | 04/30/08 | CALL DRS TECH JUN AMEX EXP 06/21/2008 OPEN CONTRACT | QDRSF65 | Bought | 65 | 1.7500 | 11,466.24 | |
| 04/28/08 09:45 | 04/30/08 | CALL DRS TECH JUN AMEX EXP 08/21/2008 OPEN CONTRACT | QDRSF65 | Bought | 66 | 1.8000 | 11,972.49 | |

**TOTAL SECURITIES ACTIVITY** $325,274.39

## UNSETTLED TRADES

| TRADE DATE | SETTLEMENT DATE | DESCRIPTION | SYMBOL/ CUSIP | TRANSACTION TYPE | QUANTITY | PRICE | AMOUNT PURCHASED | AMOUNT SOLD |
|---|---|---|---|---|---|---|---|---|
| 04/28/08 | | ENTRUST INC | ENTU | Sold | 200 | 2.4001 | | 480.01 |
| 04/28/08 | | ENTRUST INC | ENTU | Sold | 4,800 | 2.4000 | | 11,509.94 |
| 04/28/08 | | GRIFFON CORP | GFF | Sold | 1,000 | 9.1900 | | 9,179.95 |
| 04/29/08 | | DRS TECHNOLOGIES IN | DRS | Bought | 1,500 | 61.9000 | 92,869.99 | |

## DIVIDENDS & INTEREST ACTIVITY

| DATE | TRANSACTION TYPE | DESCRIPTION | SYMBOL/ CUSIP | | | | AMOUNT DEBITED | AMOUNT CREDITED |
|---|---|---|---|---|---|---|---|---|
| 04/28/08 | Interest | INTEREST ON CASH ANCE AT 0.647% 04/10 THU/16 APY 0.6498% | 00099A109 | | | | | 24.28 |
| 04/28/08 | Interest | INTEREST ON CASH ANCE AT 0.498% 04/16 THU/25 APY 0.4999% | 00099A109 | | | | | 31.15 |

**TOTAL DIVIDENDS & INTEREST ACTIVITY** $55.43

**NET DIVIDENDS & INTEREST ACTIVITY** $55.43

E✳TRADE Securities Lim. 42nd floor, 1 Canada Square, Canary Wharf, London E14 5AA.  Tel +44.(0)207.516.1575. www.global.etrade.com

PAGE 6 OF 7

E✱TRADE
FINANCIAL®
Trading • Investing • Banking • Lending

E✱TRADE Securities Limited
Investment Account

Account Number: 7061-1161

Statement Period: April 1, 2008 - April 30, 2008

Account Type: INDIVIDUAL (FOREIGN)

## WITHDRAWALS & DEPOSITS

| DATE | TRANSACTION TYPE | DESCRIPTION | WITHDRAWALS | DEPOSITS |
|---|---|---|---|---|
| 04/10/08 | Wire Deposit | INWIRE - FTS08040861900900 | | 78,963.00 |
| 04/11/08 | Other | TRANSFER BAL FROM CASH | 78,963.00 | |
| 04/16/08 | Other | TRANSFER BAL TO MARGIN | | 78,963.00 |
| 04/16/08 | Wire Deposit | INWIRE - FTS08041410086800 | | 240,963.00 |
| 04/17/08 | Other | TRANSFER BAL FROM CASH | 240,963.00 | |
| 04/17/08 | Other | TRANSFER BAL TO MARGIN | | 240,963.00 |
| 04/18/08 | Wire Deposit | INWIRE - FTS08041691444400 | | 101,963.00 |
| 04/21/08 | Other | TRANSFER BAL FROM CASH | 101,963.00 | |
| 04/21/08 | Other | TRANSFER BAL TO MARGIN | | 101,963.00 |
| 04/28/08 | Other | TRANSFER BAL FROM CASH | 55.43 | |
| 04/29/08 | Other | TRANSFER BAL TO MARGIN | | 55.43 |
| NET WITHDRAWALS & DEPOSITS | | | $421,944.43 | $843,833.43 |

E✱TRADE Securities Limited . 42nd floor, 1 Canada Square . Canary Wharf, London E14 5AA . Tel +44.(0)207.516.1575 . www.globalt.etrade.com

PAGE 7 of 7

Page 1 of 2

# E✱TRADE
# FINANCIAL®

### E✱TRADE Securities Limited

**Investment Account**

## TRADE CONFIRMATION

**Account Number: 7061-1161**
**Account Type:**

**E✱TRADE Securities Limited**
42nd floor, 1 Canada Square,
Canary Wharf, London E14 5AA
Tel +44.(0)207.518.1575
www.global.etrade.com

**Account Name:**
CRISTIAN DE COLLI

E✱TRADE Securities Limited is authorised and regulated by the Financial Services Authority.
Introduced to and cleared by E✱TRADE Clearing LLC, Member of the New York Stock
Exchange.

| TRADE DATE | SETL DATE | MKT/ CPT | SYMBOL/ CUSIP | BUY/ SELL | QUANTITY | PRICE | ACCT TYPE | | |
|---|---|---|---|---|---|---|---|---|---|
| 04/10/08 11:15 | 04/15/08 | 6 1 | DRS | BUY | 500 | $58.39 | Margin | PRINCIPAL | $29,195.00 |
| DRS TECHNOLOGIES INC | | | | | | | | COMMISSION | $9.99 |
| | | | | | | | | NET AMOUNT | $29,204.99 |

▲ **DETACH HERE**

CRISTIAN DE COLLI
VIA A BALABANOFF 63
ROME00155
ITALY

Make checks payable to E✱TRADE Clearing LLC.
Mail deposits to:

ldhldldldll...llll...llldldldldldll

E✱TRADE CLEARING LLC
P.O. Box 1542
Merrifield, VA  22116-1542

**DETACH HERE** ▲

### Use This Deposit Slip   Acct: 7061-1161

**Please do not send cash**

| | Dollars | Cents |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

**TOTAL DEPOSIT**

041020080001  900706111615

# E✳TRADE
# FINANCIAL·

**Terms and Conditions**

It is agreed between you, E*TRADE Securities Limited ("your broker"), and E*TRADE Clearing LLC ("ETC"):

The information contained in this confirmation shall be binding upon you if you do not object in writing within two (2) days after the confirmation is first received by you. ETC is acting as agent for your broker in performing certain executing and clearing functions. ETC accepts no liability or responsibility for any action, recommendation or omission of your broker or its employees. However, ETC or its affiliates may be a principal in your transaction.

All transactions made by you are subject to the terms of any Customer or other Agreement between you and ETC or your broker, the constitution, rules, regulations, customs, rulings and interpretations of the Federal Reserve Board, the exchange or market and its clearing agency, if any, where executed, and any association whose rules and regulations govern transactions in said market, and all applicable laws.

Securities held on your behalf at ETC or a central clearing facility but not registered in your name are commingled with identical securities held for other customers. In the event that securities so held are called by the issuer, the securities to be called will be determined by an impartial and random selection system. If your security is selected, it will be presented for redemption and your account credited with the proceeds. You have the right to withdraw uncalled, fully paid securities at any time prior to a partial call and also to withdraw excess margin securities not subject to restriction.

The responsibility to cancel an existing open order rests with you. Any transaction that results from the execution of any orders that you have not instructed us to cancel, prior to execution, will be recorded in your account. Market orders are subject to immediate execution and are difficult to cancel.

If required payment or delivery of securities is not made by the settlement date, ETC or your broker may, at its option and without further notice, charge interest on the amount shown on the face hereof or cancel, sell out, or buy in the subject securities and charge your account for any expenses, losses, or other costs incurred.

Investments in securities are not guaranteed by ETC or your broker or by a bank, are not insured by the FDIC, and will fluctuate with changes in market conditions. When selling a security, you may receive more or less than your original investment.

The principal amount or commission described on the face hereof may include a fee for special services rendered. Other charges may include commissions paid to affiliates of ETC, local taxes, transaction fees, and exchange fees, among others. For customers who choose to convert from the currency in which the security or payment therein is denominated, information provided with respect to principal, interest, dividend and/or yield is subject to fluctuation or applicable foreign currency exchange rates and costs including a markup charged by ETC. Further details are available upon written request. The name of the party with whom this transaction was made and the time of execution of the transaction will be furnished upon written request.

Securities purchased by you or held by ETC may be hypothecated and/or commingled with securities carried for other customers. Title to securities sold by you, where we have acted as agent for your broker-dealer acting as principal, shall remain with such broker-dealer until the entire purchase price is received or until settlement date, whichever is later. Where ETC processes security transactions as clearing agent for your broker, we do so without duty of inquiry or investigation to determine your instructions.

Call features for municipal bonds may exist that could affect the yield; complete information will be provided upon request. With respect to a zero coupon issue, you will not receive periodic payments, and the securities may be callable at a price below maturity value. Furthermore, a zero coupon issue that is callable and in bearer form may be called without notice by mail to you unless the issue is registered.

For an asset-backed security (e.g., CMO, FNMA, FHLMC, or GNMA), the actual yield may vary according to the rate at which the underlying assets or receivables are prepaid. Information concerning factors that affect yield, including estimated yield, weighted average life, and prepayment assumptions, are available upon request. The ratings that appear in the description of some fixed-income securities have been obtained from rating services that we believe to be reliable, however, we cannot guarantee their accuracy. Securities for which a rating is not available will be marked "Not Rated."

*Additional Fees may include a broker assist fee, an order handling fee and/or market center charges. ETC will charge a fee if you request to have certificates issued in your name and mailed to you.

**Type of Transaction**
(Capacity in which ETC is acting)
1,2,3,4,5,8  As agent

6 As agent for both buyer and seller. The commission charged to the party on the other side of the transaction will be furnished upon request.

7 As principal
(Market)
1. New York Stock Exchange          5. Chicago Board Options Exchange
2. American Stock Exchange          6. Over-the-Counter, Pacific Exchange options
A "OTe" transaction means that we are acting as principal on the same or the opposite side of the transaction, a copy of which has been or will be delivered to you, the receipt of which is acknowledged by payment hereof.

Trades executed on a foreign exchange will be effected by one or more affiliates of ETC, which may be compensated for their services.

If the symbol (T) appears in the security description, an officer or employee of ETC is a director of the issuer of the securities involved in this transaction. A control relationship may therefore exist between the issuer and ETC.

Please retain this confirmation for income tax purposes. Federal regulations require brokers to report proceeds from all transactions to the Internal Revenue Service.

**CRISTIAN DE COLLI**
**VIA A BALABANOFF 63**
**ROME00155**
**ITALY**

**Payment for Order Flow Disclosure**

Regulations require that all broker/dealers inform their customers when a new account is opened and on an annual basis thereafter, of payment for order flow practices (compensation received for placing orders through specialists on registered U.S. exchanges, over-the-counter market makers, alternative trading systems, and electronic communications networks ("ECNs") (collectively, "market centers")). Consistent with the overriding principle of best execution, ETC routes orders to various market centers. ETC, its affiliates or your broker receives remuneration (generally in the form of per-share cash payments or through profit sharing arrangements) for directing orders to particular market centers for execution. Such remuneration is considered compensation to ETC or your broker, and the sources and amount of any compensation received by the firm in connection with your transaction will be disclosed upon written request. E*Trade Financial Corporation has a financial interest in ISE Stock Exchange, LLC, CHX Holdings, Inc. (owner and operator of the Chicago Stock Exchange), and a subsidiary company (E*TRADE Capital Markets, LLC) all of which are market centers that receive orders routed by ETC. ETC takes a number of factors into consideration in determining where to route customers' orders. ETC regularly and rigorously reviews transactions, broker-dealers and other market centers for execution quality. ETC is an indirect subsidiary of E*TRADE Financial Corporation.

PLEASE REFER TO YOUR CUSTOMER AGREEMENT FOR THE COMPLETE TERMS AND CONDITIONS GOVERNING YOUR ACCOUNT. IF YOU HAVE ANY QUESTIONS REGARDING THIS CONFIRMATION, PLEASE CALL 201-308-4985.

ETC, member NYSE/FINRA/SIPC, carries your account and acts as your custodian for funds and securities deposited with us directly by you, through your broker, or as a result of transactions we process for your account. Any inquiries regarding your positions and balances, please contact ETC at 201-308-4985. All other inquiries regarding your account or the activity therein should contact Tel +44.(0)207.516.1575

# E✳TRADE
## FINANCIAL·

Page 1 of 2

### E✳TRADE Securities Limited

Investment Account

## TRADE CONFIRMATION

**Account Number: 7061-1161**
**Account Type:**

E✳TRADE Securities Limited
42nd floor, 1 Canada Square,
Canary Wharf, London E14 5AA
Tel +44.(0)207.516.1575
www.globaLetrade.com

**Account Name:**
CRISTIAN DE COLLI

E✳TRADE Securities Limited is authorised and regulated by the Financial Services Authority.
Introduced to and cleared by E✳TRADE Clearing LLC, Member of the New York Stock
Exchange.

| TRADE DATE | SETL. DATE | MKT./ CPT | SYMBOL/ CUSIP | BUY/ SELL | QUANTITY | PRICE | ACCT TYPE | | |
|---|---|---|---|---|---|---|---|---|---|
| 04/15/08 10:36 | 04/16/08 | 6 1 | DRSF65 | BUY | 100 | $1.00 | Margin | PRINCIPAL | $10,000.00 |

**CALL DRS TECH  JUN 065 AMEX**

| | | | | |
|---|---|---|---|---|
| 06/21/2008  EXPIRATION DATE | | | COMMISSION | $134.99 |
| OPEN CONTRACT | | | NET AMOUNT | $10,134.99 |

▲ DETACH HERE

CRISTIAN DE COLLI
VIA A BALABANOFF 63
ROME00155
ITALY

DETACH HERE ▲

**Use This Deposit Slip   Acct: 7061-1161**

Please do not send cash

| Dollars | Cents |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |

**TOTAL DEPOSIT**

Make checks payable to E✳TRADE Clearing LLC.
Mail deposits to:

[barcode]

E✳TRADE CLEARING LLC
P.O. Box 1542
Merrifield, VA 22116-1542

041520080001  900706111615

# E✱TRADE
## FINANCIAL®

**Type of Transaction**
(Capacity in which ETC is acting)
1,2,3,4,5,8 As agent
6 As agent for both buyer and seller. The commission charged to the party
on the other side of the transaction will be furnished upon request.
7 As principal
(Market)
1. New York Stock Exchange          5. Chicago Board Options Exchange
2. American Stock Exchange          6. Over-the-Counter, Pacific Exchange options
3. Other U.S. Registered Exchanges  7. Underwriting
4. Mutual Funds                     8. Foreign Exchange or Other

If the symbol (*) appears in the security description on the face hereof, the offering of
the described security has been made solely by means of the prospectus relating
thereto, a copy of which has been or will be delivered to you, the receipt of which is
acknowledged by payment hereof.
Trades executed on a foreign exchange will be effected by one or more affiliates of ETC,
which may be compensated for their services.
If the symbol (T) appears in the security description, an officer or employee of ETC is a
director of the issuer of the securities involved in this transaction. A control
relationship may therefore exist between the issuer and ETC.
Please retain this confirmation for income tax purposes. Federal regulations require
brokers to report proceeds from all transactions to the Internal Revenue Service.

**Terms and Conditions**

It is agreed between you, E*TRADE Securities Limited ("your broker"), and
E*TRADE Clearing LLC ("ETC"):
The information contained in this confirmation shall be binding upon you if you do not
object in writing within two (2) days after the confirmation is first received by you.
ETC is acting as agent for your broker in performing certain executing and clearing
functions. ETC accepts no liability or responsibility for any action, recommendation or
omission of your broker or its employees. However, ETC or its affiliates may be a
principal in your transaction.
All transactions made by you are subject to the terms of any Customer or other
Agreement between you and ETC or your broker, the constitution, rules, regulations,
customs, rulings and interpretations of the Federal Reserve Board, the exchange or
market and its clearing agency, if any, where executed, and any association whose rules
and regulations govern transactions in said market, and all applicable laws.
Securities held on your behalf at ETC or a central clearing facility but not registered in
your name are commingled with identical securities held for other customers. In the
event that securities so held are called by the issuer, the securities to be called will be
determined by an impartial and random selection system. If your security is selected, it
will be processed for redemption and your account credited with the proceeds. You
have the right to withdraw uncalled, fully paid securities at any time prior to a partial
call and also to withdraw excess margin securities not subject to restriction.
The responsibility to cancel an existing open order rests with you. Any transaction that
results from the execution of any orders that you have not instructed us to cancel, prior
to execution, will be recorded in your account. Market orders are subject to immediate
execution and are difficult to cancel.
If required payment or delivery of securities is not made by the settlement date, ETC or
your broker may, at its option and without further notice, charge interest on the amount
shown on the face hereof or cancel, sell out, or buy in the subject securities and charge
your account for any expenses, losses, or other costs incurred.
Investments in securities are not guaranteed by ETC or your broker or by a bank, are
not insured by the FDIC, and will fluctuate with changes in market conditions. When
selling a security, you may receive more or less than your original investment.
The principal amount or commission described on the face hereof may include a fee for
special services rendered. Other charges may include commissions paid to affiliates of
ETC, local taxes, transaction fees, and exchange fees, among others. For customers
who choose to convert from the currency in which the security or payment thereon is
denominated, information provided with respect to principal, interest, dividend and/or
yield is subject to fluctuation or applicable foreign currency exchange rates and costs
including a markup charged by ETC. Further details are available upon written request.
The name of the party with whom this transaction was made and time of execution of
the transaction will be furnished upon written request.
Securities purchased by you or held by ETC may be hypothecated and/or commingled
with securities carried for other customers. Title to securities sold by you, where we
have acted as agent for your broker-dealer acting as principal, shall remain with such
broker-dealer until the entire purchase price is received or until settlement date,
whichever is later. Where ETC processes security transactions as clearing agent for
your broker, we do so without duty of inquiry or investigation to determine your
broker's compliance with applicable laws, rules, by-laws, regulations and your
instructions.
Call features for municipal bonds may exist that could affect the yield; complete
information will be provided upon request. With respect to a zero coupon issue, you
will not receive periodic payments, and the securities may be callable at a price below
maturity value. Furthermore, a zero coupon issue that is callable and in bearer form
may be called without notice by mail to you unless the issue is registered.
For an asset-backed security (e.g., CMO, FNMA, FHLMC, or GNMA), the actual yield
may vary according to the rate at which the underlying needs or receivables are
prepaid. Information concerning factors that affect yield, including estimated yield,
weighted average life, and prepayment assumptions, are available upon request.
The ratings that appear in the description of some fixed-income securities have been
obtained from rating services that we believe to be reliable; however, we cannot
guarantee their accuracy. Securities for which a rating is not available will be marked
"Not Rated."
*Additional Fees may include a broker assist fee, an order handling fee and/or market
center charges. ETC will charge a fee if you request to have certificates issued in your
name and mailed to you.

**CRISTIAN DE COLLI
VIA A BALABANOFF 63
ROME00155
ITALY**

**Payment for Order Flow Disclosure**
Regulations require that all broker/dealers inform their customers when a new account
is opened and on an annual basis thereafter, of payment for order flow practices
(compensation received for placing orders through specialists on registered U.S.
exchanges, over-the-counter market makers, alternative trading systems, and electronic
communications networks ("ECNs") (collectively, "market centers")). Consistent with
the overriding principle of best execution, ETC routes orders to various market centers.
ETC, its affiliates or your broker receives remuneration (generally in the form of
per-share cash payments or through profit sharing arrangements) for directing orders
to particular market centers for execution. Such remuneration is considered compensation
to ETC or your broker, and the source and amount of any compensation received by the
firm in connection with your transaction will be disclosed upon written request.
E*Trade Financial Corporation has a financial interest in ISE Stock Exchange, LLC, CHX
Holdings, Inc. (owner and operator of the Chicago Stock Exchange), and a subsidiary company
(E*TRADE Capital Markets, LLC) all of which are market centers that receive orders routed by
ETC. ETC takes a number of factors into consideration in determining where to route
customers' orders. ETC regularly and rigorously reviews transactions, broker-dealers and
other market centers for execution quality. ETC is an indirect subsidiary of E*TRADE
Financial Corporation.

**PLEASE REFER TO YOUR CUSTOMER AGREEMENT FOR THE COMPLETE
TERMS AND CONDITIONS GOVERNING YOUR ACCOUNT. IF YOU HAVE
ANY QUESTIONS REGARDING THIS CONFIRMATION, PLEASE CALL 201-
308-9585.**
ETC, member NYSE/FINRA/SIPC, carries your account and acts as your
custodian for funds and securities deposited with us directly by you, through your
broker, or as a result of transactions we process for your account. Any inquiries
regarding your positions and balances, please contact ETC at 201-308-4985. All
other inquiries regarding your account or the activity therein should contact
Tel +44-(0)207.516.1575

Page 1 of 2

# E✱TRADE
# FINANCIAL®

## E✱TRADE Securities Limited
**Investment Account**

## TRADE CONFIRMATION

**Account Number: 7061-1161**
**Account Type:**

**E✱TRADE Securities Limited**
42nd floor, 1 Canada Square,
Canary Wharf, London E14 5AA
Tel +44.(0)207.516.1575
www.global.etrade.com

**Account Name:**
CRISTIAN DE COLLI

E✱TRADE Securities Limited is authorised and regulated by the Financial Services Authority.
Introduced to and cleared by E✱TRADE Clearing LLC, Member of the New York Stock
Exchange.

| TRADE DATE | SETL DATE | MKT/ CPT | SYMBOL/ CUSIP | BUY/ SELL | QUANTITY | PRICE | ACCT TYPE | | |
|---|---|---|---|---|---|---|---|---|---|
| 04/17/08 10:56 | 04/22/08 | 6 1 | DRS | BUY | 1,000 | $59.50 | Margin | PRINCIPAL | $59,500.00 |
| DRS TECHNOLOGIES INC | | | | | | | | COMMISSION | $9.99 |
| | | | | | | | | NET AMOUNT | $59,509.99 |

▲ DETACH HERE

CRISTIAN DE COLLI
VIA A BALABANOFF 63
ROME00155
ITALY

DETACH HERE ▲

**Use This Deposit Slip**     **Acct: 7061-1161**

**Please do not send cash**

| | Dollars | Cents |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |

Make checks payable to E✱TRADE Clearing LLC.
Mail deposits to:

**TOTAL DEPOSIT**

ldihdhdhadodihudamdhdahdahl

E✱TRADE CLEARING LLC
P.O. Box 1542
Merrifield, VA 22116-1542

041720080001 900706111615

# E✲TRADE
# FINANCIAL·

**Terms and Conditions**

It is agreed between you, E*TRADE Securities Limited ("your broker"), and E*TRADE Clearing LLC ("ETC").
The information contained in this confirmation shall be binding upon you if you do not object in writing within two (2) days after the confirmation is first received by you. ETC is acting as agent for your broker in performing certain executing and clearing functions. ETC accepts no liability or responsibility for any action, recommendation or omission of your broker or its employees. However, ETC or its affiliates may be a principal in your transaction.
All transactions made by you are subject to the terms of any Customer or other Agreement between you and ETC or your broker, the constitution, rules, regulations, customs, rulings and interpretations of the Federal Reserve Board, the exchange or market and its clearing agency, if any, where executed, and any association whose rules and regulations govern transactions in said market, and all applicable laws.
Securities held on your behalf at ETC or a central clearing facility but, not registered in your name are commingled with identical securities held for other customers. In the event that securities so held are called by the issuer, the securities to be called will be determined by an impartial and random selection system. If your security is selected, it will be presented for redemption and your account credited with the proceeds. You have the right to withdraw uncalled, fully paid securities at any time prior to a partial call and also to withdraw excess margin securities not subject to restriction.
The responsibility to cancel an existing open order rests with you. Any transaction that results from the execution of any order that you have not instructed us to cancel, prior to execution, will be recorded in your account. Market orders are subject to immediate execution and are difficult to cancel.
If required payment or delivery of securities is not made by the settlement date, ETC or your broker may, at its option and without further notice, charge interest on the amount shown on the face hereof or cancel, sell out, or buy in the subject securities and charge your account for any expenses, losses, or other costs incurred.
Investments in securities are not guaranteed by ETC or your broker or by a bank, are not insured by the FDIC, and will fluctuate with changes in market conditions. When selling a security, you may receive more or less than your original investment.
The principal amount or commission described on the face hereof may include a fee for special services rendered. Other charges may include commissions paid to affiliates of ETC, local taxes, transaction fees, and exchange fees, among others. For customers who choose to convert from the currency in which the security or payment thereon is denominated, information provided with respect to principal, interest, dividend and/or yield is subject to fluctuation or applicable foreign currency exchange rates and costs including a markup charged by ETC. Further details are available upon written request.
The name of the party with whom this transaction was made and time of execution of the transaction will be furnished upon written request.
Securities purchased by you or held by ETC may be hypothecated and/or commingled with securities carried for other customers. Title to securities sold by you, where we have acted as agent for your broker-dealer acting as principal, shall remain with such broker-dealer until the entire purchase price is received or until settlement date, whichever is later. Where ETC processes security transactions as clearing agent for your broker, we do so without duty of inquiry or investigation to determine your broker's compliance with applicable laws, rules, by-laws, regulations and your instructions.
Call features for municipal bonds may exist that could affect the yield; complete information will be provided upon request. With respect to a zero coupon issue, you will not receive periodic payments, and the securities may be callable at a price below maturity value. Furthermore, a zero coupon issue that is callable and in bearer form may be called without notice by mail to you unless the issue is registered.
For an asset-backed security (e.g., CMO, FNMA, FHLMC, or GNMA), the actual yield may vary according to the rate at which the underlying assets or receivables are prepaid. Information concerning factors that affect yield, including estimated yield, weighted average life, and prepayment assumptions, are available upon request.
The ratings that appear in the description of some fixed-income securities have been obtained from rating services that we believe to be reliable, however, we cannot guarantee their accuracy. Securities for which a rating is not available will be marked "Not Rated."
"Additional Fees may include a broker assist fee, an order handling fee and/or market center charges. ETC will charge a fee if you request to have certificates issued in your name and mailed to you.

**Type of Transaction**
(Capacity in which ETC is acting)
1,2,3,4,5,8  As agent
6 As agent for both buyer and seller. The commission charged to the party on the other side of the transaction will be furnished upon request.
7 As principal
(Market)
1. New York Stock Exchange      5. Chicago Board Options Exchange
2. American Stock Exchange      6. Over-the-Counter, Pacific Exchange options
3. Other U.S. Registered Exchanges  7. Underwriting
4. Mutual Funds                 8. Foreign Exchange or Other

If the symbol (*) appears in the security description on the face hereof, the offering of the described security has been made solely by means of the prospectus relating thereto, a copy of which has been or will be delivered to you, the receipt of which is acknowledged by payment hereof.
Trades executed on a foreign exchange will be effected by one or more affiliates of ETC, which may be compensated for their services.
If the symbol (T) appears in the security description, an officer or employee of ETC is a director of the issuer of the securities involved in this transaction. A control relationship may therefore exist between the issuer and ETC.
Please retain this confirmation for income tax purposes. Federal regulations require brokers to report proceeds from all transactions to the Internal Revenue Service.

**CRISTIAN DE COLLI**
**VIA A BALABANOFF 63**
**ROME00155**
**ITALY**

**Payment for Order Flow Disclosure**
Regulations require that all broker/dealers inform their customers when a new account is opened and on an annual basis thereafter, of payment for order flow practices (compensation received for placing orders through specialists on registered U.S. exchanges, over-the-counter market makers, alternative trading systems, and electronic communications networks ("ECNs") (collectively, "market centers")). Consistent with the overriding principle of best execution, ETC routes orders to various market centers. ETC, its affiliates or your broker receives remuneration (generally in the form of per-share cash payments or through profit sharing arrangements) for directing orders to particular market centers for execution. Such remuneration is considered compensation to ETC or your broker, and the source and amount of any compensation received by the firm in connection with your transaction will be disclosed upon written request. E*Trade Financial Corporation has a financial interest in ISE Stock Exchange, LLC, CHX Holdings, Inc. (mirror and operator of the Chicago Stock Exchange), and a subsidiary company (E*TRADE Capital Markets, LLC) all of which are market centers that receive orders routed by ETC. ETC takes a number of factors into consideration in determining where to route customers' orders. ETC regularly and rigorously reviews transactions, broker-dealers and other market centers for execution quality. ETC is an indirect subsidiary of E*TRADE Financial Corporation.

PLEASE REFER TO YOUR CUSTOMER AGREEMENT FOR THE COMPLETE TERMS AND CONDITIONS GOVERNING YOUR ACCOUNT. IF YOU HAVE ANY QUESTIONS REGARDING THIS CONFIRMATION, PLEASE CALL 201-308-4985.
ETC, member NYSE/FINRA/SIPC, carries your account and acts as your custodian for funds and securities deposited with us directly by you, through your broker, or as a result of transactions we process for your account. Any inquiries regarding your positions and balances, please contact ETC at 201-308-4985. All other inquiries regarding your account or the activity therein should contact Tel +44.(0)207.516.1576

Page 1 of 2

# E✱TRADE
# FINANCIAL®

**E✱TRADE Securities Limited**

**Investment Account**

## TRADE CONFIRMATION

**Account Number: 7061-1161**

**Account Type:**

**E✱TRADE Securities Limited**
42nd floor, 1 Canada Square,
CanaryWharf, London E14 5AA
Tel +44.(0)207.518.1575
www.global.etrade.com

**Account Name:**
CRISTIAN DE COLLI

E✱TRADE Securities Limited is authorised and regulated by the Financial Services Authority. Introduced to and cleared by E✱TRADE Clearing LLC, Member of the New York Stock Exchange.

| TRADE DATE | SETL DATE | MKT/ CPT | SYMBOL/ CUSIP | BUY/ SELL | QUANTITY | PRICE | ACCT TYPE | | |
|---|---|---|---|---|---|---|---|---|---|
| 04/21/08 10:17 | 04/24/08 | B 1 | DRS | BUY | 1,000 | $60.00 | Margin | PRINCIPAL | $60,000.00 |
| DRS TECHNOLOGIES INC | | | | | | | | COMMISSION | $9.99 |
| | | | | | | | | NET AMOUNT | $60,009.99 |

▲ DETACH HERE

CRISTIAN DE COLLI
VIA A BALABANOFF 83
ROME00155
ITALY

DETACH HERE ▲

**Use This Deposit Slip**   **Acct: 7061-1161**

**Please do not send cash**

Make checks payable to E✱TRADE Clearing LLC.
Mail deposits to:

ɪɭɭɪɭɭɪɭɭɪɭɭɪɭɭɪɭɭɪɭɭɪɭɭɪɭɭɪɭɭ

E✱TRADE CLEARING LLC
P.O. Box 1542
Merrifield, VA  22116-1542

| | Dollars | Cents |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| **TOTAL DEPOSIT** | | |

042120080001 900706111615

# E✳TRADE
## FINANCIAL·

**Type of Transaction**
(Capacity in which ETC is acting)
1,2,3,4,5,8  As agent
6 As agent for both buyer and seller. The commission charged to the party
on the other side of the transaction will be furnished upon request.
7 As principal
(Market)
1. New York Stock Exchange          5. Chicago Board Options Exchange
2. American Stock Exchange          6. Over-the-Counter, Pacific Exchange options
3. Other U.S. Registered Exchanges  7. Underwriting
4. Mutual Funds                     8. Foreign Exchange or Other

If the symbol (*) appears in the security description on the face hereof, the offering of
the described security has been made solely by means of the prospectus relating
thereto, a copy of which has been or will be delivered to you, the receipt of which is
acknowledged by payment hereof.
Trades executed on a foreign exchange will be effected by one or more affiliates of ETC,
which may be compensated for their services.
If the symbol (†) appears in the security description, an officer or employee of ETC is a
director of the issuer of the securities involved in this transaction. A control
relationship may therefore exist between the issuer and ETC.
Please retain this confirmation for income tax purposes. Federal regulations require
brokers to report proceeds from all transactions to the Internal Revenue Service.

## Terms and Conditions

It is agreed between you, B*TRADE Securities Limited ("your broker"), and
E*TRADE Clearing LLC ("ETC"):
The information contained in this confirmation shall be binding upon you if you do not
object in writing within two (2) days after the confirmation is first received by you.
ETC is acting as agent for your broker in performing certain executing and clearing
functions. ETC accepts no liability or responsibility for any action, recommendation or
omission of your broker or its employees. However, ETC or its affiliates may be a
principal in your transaction.
All transactions made by you are subject to the terms of our Customer or other
Agreement between you and ETC or your broker, the constitution, rules, regulations,
customs, rulings and interpretations of the Federal Reserve Board, the exchange or
market and its clearing agency, if any, where executed, and any association whose rules
and regulations govern transactions in said market, and all applicable laws.
Securities held on your behalf at ETC or a central clearing facility but not registered in
your name are commingled with identical securities held for other customers. In the
event that securities so held are called by the issuer, the securities to be called will be
determined by an impartial and random selection system. If your security is selected, it
will be presented for redemption and your account credited with the proceeds. You
have the right to withdraw uncalled, fully paid securities at any time prior to a partial
call and also to withdraw excess margin securities not subject to restriction.
The responsibility to cancel an existing open order rests with you. Any transaction that
results from the execution of any orders that you have not instructed us to cancel, prior
to execution, will be recorded in your account. Market orders are subject to immediate
execution and are difficult to cancel.
If required payment or delivery of securities is not made by the settlement date, ETC or
your broker may, at its option and without further notice, charge interest on the amount
shown on the face hereof or cancel, sell out, or buy in the subject securities and charge
your account for any expense, losses, or other costs incurred.
Investments in securities are not guaranteed by ETC or your broker or by a bank, are
not insured by the FDIC, and will fluctuate with changes in market conditions. When
selling a security, you may receive more or less than your original investment.
The principal amount or commission described on the face hereof may include a fee for
special services rendered. Other charges may include commissions paid to affiliates of
ETC, local taxes, transaction fees, and exchange fees, among others. For customers
who choose to convert from the currency in which the security or payment thereon is
denominated, information provided with respect to principal, interest, dividend and/or
yield is subject to fluctuation or applicable foreign currency exchange rates and costs
including a markup charged by ETC. Further details are available upon written request.
The name of the party with whom this transaction was made and time of execution of
the transaction will be furnished upon written request.
Securities purchased by you or held by ETC may be hypothecated and/or commingled
with securities carried for other customers. Title to securities sold by you, where we
have acted as agent for your broker-dealer acting as principal, shall remain with such
broker-dealer until the entire purchase price is received or until settlement date,
whichever is later. Where ETC processes security transactions as clearing agent for
your broker, we do so without duty of inquiry or investigation to determine your
broker's compliance with applicable laws, rules, by-laws, regulations and your
instructions.
Call features for municipal bonds may exist that could affect the yield; complete
information will be provided upon request. With respect to a zero coupon issue, you
will not receive periodic payments, and the securities may be callable at a price below
maturity value. Furthermore, a zero coupon issue that is callable and in bearer form
may be called without notice by mail to you unless the issue is registered.
For an asset-backed security (e.g., CMO, FNMA, FHLMC, or GNMA), the actual yield
may vary according to the rate at which the underlying assets or receivables are
prepaid. Information concerning factors that affect yield, including estimated yield,
weighted average life, and prepayment assumptions, are available upon request.
The ratings that appear in the description of some fixed-income securities have been
obtained from rating services that we believe to be reliable; however, we cannot
guarantee their accuracy. Securities for which a rating is not available will be marked
"Not Rated."
*Additional Fees may include a broker assist fee, an order handling fee and/or market
center charges. ETC will charge a fee if you request to have certificates issued in your
name and mailed to you.

**CRISTIAN DE COLLI**
**VIA A BALABANOFF 63**
**ROME00155**
**ITALY**

## Payment for Order Flow Disclosure

Regulations require that all broker/dealers inform their customers when a new account
is opened and on an annual basis thereafter, of payment for order flow practices
(compensation received for placing orders through specialists on registered U.S.
exchanges, over-the-counter market makers, alternative trading systems, and electronic
communications networks ("ECNs") (collectively, "market centers")). Consistent with
the overriding principle of best execution, ETC routes orders to various market centers.
ETC, its affiliates or your broker receives remuneration (generally in the form of
per-share cash payments or through profit sharing arrangements) for directing orders
to particular market centers for execution. Such remuneration is considered compensation
to ETC or your broker, and the source and amount of any compensation received by the
firm in connection with your transaction will be disclosed upon written request.
E*Trade Financial Corporation has a financial interest in ISE Stock Exchange, LLC, CHX
Holdings, Inc. (owner and operator of the Chicago Stock Exchange), and a subsidiary company
(E*TRADE Capital Markets, LLC) all of which are market centers that receive orders routed by
ETC. ETC takes a number of factors into consideration in determining where to route
customers' orders. ETC regularly and rigorously reviews transactions, broker-dealers and
other market centers for execution quality. ETC is an indirect subsidiary of E*TRADE
Financial Corporation.

**PLEASE REFER TO YOUR CUSTOMER AGREEMENT FOR THE COMPLETE
TERMS AND CONDITIONS GOVERNING YOUR ACCOUNT. IF YOU HAVE
ANY QUESTIONS REGARDING THIS CONFIRMATION, PLEASE CALL 201-
308-4985.**
ETC, member NYSE/FINRA/SIPC, carries your account and acts as your
custodian for funds and securities deposited with us directly by you, through your
broker, or as a result of transactions we process for your account. Any inquiries
regarding your positions and balances, please contact ETC at 201-308-4985. All
other inquiries regarding your account or the activity therein should contact
Tel +44.(0)207.516.3575

Page 1 of 2

# E✺TRADE
# F I N A N C I A L®

**E✺TRADE Securities  Limited**

Investment Account

## TRADE CONFIRMATION

**Account Number:** 7061-1161

**Account Name:**
CRISTIAN DE COLLI

**Account Type:**

**E✺TRADE Securities Limited**
42nd floor, 1 Canada Square,
Canary Wharf, London E14 5AA
Tel +44.(0)207.518.1575
www.global.etrade.com

> E✺TRADE Securities Limited is authorised and regulated by the Financial Services Authority. Introduced to and cleared by E✺TRADE Clearing LLC, Member of the New York Stock Exchange.

| TRADE DATE | SETL DATE | MKT / CPT | SYMBOL / CUSIP | BUY / SELL | QUANTITY | PRICE | ACCT TYPE | | |
|---|---|---|---|---|---|---|---|---|---|
| 04/22/08 09:53 | 04/25/08 | 6 1 | DRS | BUY | 1,500 | $59.80 | Margin | PRINCIPAL | $89,700.00 |
| **DRS TECHNOLOGIES INC** | | | | | | | | COMMISSION | $9.99 |
| | | | | | | | | NET AMOUNT | $89,709.99 |
| 04/22/08 14:36 | 04/25/08 | 6 1 | ENTU | BUY | 5,000 | $2.36 | Margin | PRINCIPAL | $11,800.00 |
| **ENTRUST INC** | | | | | | | | COMMISSION | $9.99 |
| | | | | | | | | NET AMOUNT | $11,809.99 |
| 04/22/08 09:50 | 04/25/08 | 6 1 | GFF | BUY | 1,000 | $9.17 | Margin | PRINCIPAL | $9,170.00 |
| **GRIFFON CORP** | | | | | | | | COMMISSION | $9.99 |
| | | | | | | | | NET AMOUNT | $9,179.99 |

▲ DETACH HERE

CRISTIAN DE COLLI
VIA A BALABANOFF 83
ROME00155
ITALY

DETACH HERE ▲

**Use This Deposit Slip   Acct: 7061-1161**

Please do not send cash

| Dollars | Cents |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

**TOTAL DEPOSIT**

Make checks payable to E✺TRADE Clearing LLC.
Mail deposits to:

E✺TRADE CLEARING LLC
P.O. Box 1542
Merrifield, VA 22116-1542

042220080001 900706111615

# E✱TRADE
# FINANCIAL®

E✱TRADE Securities Limited

Investment Account

## TRADE CONFIRMATION

**Account Number: 7061-1161**
**Account Type:**

E✱TRADE Securities Limited
42nd floor, 1 Canada Square,
CanaryWharf, London E14 5AA
Tel +44.(0)207.516.1575
www.globaletrade.com

**Account Name:**
CRISTIAN DE COLLI

E*TRADE Securities Limited is authorised and regulated by the Financial Services Authority.
Introduced to and cleared by E*TRADE Clearing LLC, Member of the New York Stock
Exchange.

| TRADE DATE | SETL DATE | MKT / CPT | SYMBOL / CUSIP | BUY / SELL | QUANTITY | PRICE | ACCT TYPE | | |
|---|---|---|---|---|---|---|---|---|---|
| 04/24/08 13:28 | 04/29/08 | 6 1 | DRS | BUY | 200 | $59.86 | Margin | PRINCIPAL | $11,972.00 |
| DRS TECHNOLOGIES INC | | | | | | | | COMMISSION | $9.99 |
| | | | | | | | | NET AMOUNT | $11,981.99 |

▲ DETACH HERE

CRISTIAN DE COLLI
VIA A BALABANOFF 63
ROME00155
ITALY

DETACH HERE ▲

**Use This Deposit Slip  Acct: 7061-1161**

Please do not send cash

| | Dollars | Cents |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| **TOTAL DEPOSIT** | | |

Make checks payable to E*TRADE Clearing LLC.
Mail deposits to:

ldddddldllddlldllllllll

E✱TRADE CLEARING LLC
P.O. Box 1542
Merrifield, VA  22116-1542

042420080001  900706111615

# E✱TRADE
# FINANCIAL®

**Type of Transaction**
(Capacity in which ETC is acting)
1,2,3,4,5,8  As agent
6 As agent for both buyer and seller. The commission charged to the party on the other side of the transaction will be furnished upon request.
7 As principal
(Market)
1. New York Stock Exchange          5. Chicago Board Options Exchange
2. American Stock Exchange          6. Over-the-Counter, Pacific Exchange options
3. Other U.S. Registered Exchanges  7. Underwriting
4. Mutual Funds                     8. Foreign Exchange or Other

If the symbol (*) appears in the security description on the face hereof, the offering of the described security has been made solely by means of the prospectus relating thereto, a copy of which has been or will be delivered to you, the receipt of which is acknowledged by payment hereof.
Trades executed on a foreign exchange will be effected by one or more affiliates of ETC, which may be compensated for their services.
If the symbol (T) appears in the security description, an officer or employee of ETC is a director of the power of the securities involved in this transaction. A control relationship may therefore exist between the issuer and ETC.
Please retain this confirmation for income tax purposes. Federal regulations require brokers to report proceeds from all transactions to the Internal Revenue Service.

**Terms and Conditions**

It is agreed between you, E✱TRADE Securities Limited ("your broker"), and E✱TRADE Clearing LLC ("ETC"):

The information contained in this confirmation shall be binding upon you if you do not object in writing within two (2) days after the confirmation is first received by you. ETC is acting as agent for your broker in performing certain executing and clearing functions. ETC accepts no liability or responsibility for any action, recommendation or omission of your broker or its employees. However, ETC or its affiliates may be a principal in your transaction.

All transactions made by you are subject to the terms of any Customer or other Agreement between you and ETC or your broker, the constitution, rules, regulations, customs, rulings and interpretations of the Federal Reserve Board, the exchange or market and its clearing agency, if any, where executed, and any association whose rules and regulations govern transactions in said market, and all applicable laws.

Securities held on your behalf at ETC or a central clearing facility but not registered in your name are commingled with identical securities held for other customers. In the event that securities so held are called by the issuer, the securities to be called will be determined by an impartial and random selection system. If your security is called, it will be presented for redemption and your account credited with the proceeds. You have the right to withdraw uncalled, fully paid securities at any time prior to a partial call and also to withdraw excess margin securities not subject to restriction.

The responsibility to cancel an existing open order rests with you. Any transaction that results from the execution of any orders that you have not instructed us to cancel, prior to execution, will be recorded in your account. Market orders are subject to immediate execution and are difficult to cancel.

If required payment or delivery of securities is not made by the settlement date, ETC or your broker may, at its option and without further notice, charge interest on the amount shown on the face hereof or cancel, sell out, or buy in the subject securities and charge your account for any expenses, losses, or other costs incurred.

Investments in securities are not guaranteed by ETC or your broker or by a bank, are not insured by the FDIC, and will fluctuate with changes in market conditions. When selling a security, you may receive more or less than your original investment.

The principal amount or commission described on the face hereof may include a fee for special services rendered. Other charges may include commissions paid to affiliates of ETC, local taxes, transaction fees, and exchange fees, among others. For customers who choose to convert from the currency in which the security or payment thereon is denominated, information provided with respect to principal, interest, dividend and/or yield is subject to fluctuation or applicable foreign currency exchange rates and costs including a markup charged by ETC. Further details are available upon written request. The name of the party with whom this transaction was made and time of execution of the transaction will be furnished upon written request.

Securities purchased by you or held by ETC may be hypothecated and/or commingled with securities carried for other customers. Title to securities sold by you, where we have acted as agent for your broker-dealer acting as principal, shall remain with such broker-dealer until the entire purchase price is received or until settlement date, whichever is later. Where ETC processes security transactions as clearing agent for your broker, we do so without duty of inquiry or investigation to determine your broker's compliance with applicable laws, rules, by-laws, regulations and your instructions.

Call features for municipal bonds may exist that could affect the yield; complete information will be provided upon request. With respect to a zero coupon issue, you will not receive periodic payments, and the securities may be callable at a price below maturity value. Furthermore, a zero coupon issue that is callable and in bearer form may be called without notice by mail to you unless the issue is registered.

For an asset-backed security (e.g., CMO, FNMA, FHLMC, or GNMA), the actual yield may vary according to the rate at which the underlying assets or receivables are prepaid. Information concerning factors that affect yield, including estimated yield, weighted average life, and prepayment assumptions, are available upon request.

The ratings that appear in the description of some fixed-income securities have been obtained from rating services that we believe to be reliable; however, we cannot guarantee their accuracy. Securities for which a rating is not available will be marked "Not Rated."

*Additional Fees may include a broker assist fee, an order handling fee and/or market center charges. ETC will charge a fee if you request to have certificates issued in your name and mailed to you.

**CRISTIAN DE COLLI**
**VIA A BALABANOFF 63**
**ROME00155**
**ITALY**

**Payment for Order Flow Disclosure**

Regulations require that all broker/dealers inform their customers when a new account is opened and on an annual basis thereafter, of payment for order flow practices (compensation received for placing orders through specialists on registered U.S. exchanges, over-the-counter market makers, alternative trading systems, and electronic communications networks ("ECNs") (collectively, "market centers"). Consistent with the overriding principle of best execution, ETC routes orders to various market centers. ETC, its affiliates or your broker receives remuneration (generally in the form of per-share cash payments or through profit sharing arrangements) for directing orders to particular market centers for execution. Such remuneration is considered compensation to ETC or your broker, and the source and amount of any compensation received by the firm in connection with your transaction will be disclosed upon written request. E✱Trade Financial Corporation has a financial interest in 185 Stock Exchange, LLC, CHX Holdings, Inc. (owner and operator of the Chicago Stock Exchange), and a subsidiary company (E✱TRADE Capital Markets, LLC) all of which are market centers that receive orders routed by ETC. ETC takes a number of factors into consideration in determining where to route customers' orders. ETC regularly and rigorously reviews transactions, broker-dealers and other market centers for execution quality. ETC is an indirect subsidiary of E✱TRADE Financial Corporation.

PLEASE REFER TO YOUR CUSTOMER AGREEMENT FOR THE COMPLETE TERMS AND CONDITIONS GOVERNING YOUR ACCOUNT. IF YOU HAVE ANY QUESTIONS REGARDING THIS CONFIRMATION, PLEASE CALL 201-308-4985.

ETC, member NYSE/FINRA/SIPC, carries your account and acts as your custodian for funds and securities deposited with us directly by you, through your broker, or as a result of transactions we process for your account. Any inquiries regarding your positions and balances, please contact ETC at 201-308-4985. All other inquiries regarding your account or the activity therein should contact Tel +44.(0)207.516.1575

Page 1 of 2

# E✱TRADE
# FINANCIAL®

## E✱TRADE Securities Limited

**Investment Account**

## TRADE CONFIRMATION

**Account Number:** 7061-1161
**Account Type:**

E✱TRADE Securities Limited
42nd floor, 1 Canada Square,
Canary Wharf, London E14 5AA
Tel +44.(0)207.516.1575
www.global.etrade.com

**Account Name:**
CRISTIAN DE COLLI

E✱TRADE Securities Limited is authorised and regulated by the Financial Services Authority. Introduced to and cleared by E✱TRADE Clearing LLC, Member of the New York Stock Exchange.

| TRADE DATE | SETL. DATE | MKT / CPT | SYMBOL / CUSIP | BUY / SELL | QUANTITY | PRICE | ACCT TYPE | | |
|---|---|---|---|---|---|---|---|---|---|
| 04/28/08 09:36 | 05/01/08 | 6 1 | ENTU | SELL | 200 | $2.4001 | Margin | PRINCIPAL | $480.02 |
| ENTRUST INC | | | | | | | | FEE | $0.01 |
| | | | | | | | | NET AMOUNT | $480.01 |
| 04/28/08 09:36 | 05/01/08 | 6 1 | ENTU | SELL | 4,800 | $2.40 | Margin | PRINCIPAL | $11,520.00 |
| ENTRUST INC | | | | | | | | COMMISSION | $9.99 |
| | | | | | | | | FEE | $0.07 |
| | | | | | | | | NET AMOUNT | $11,509.94 |
| 04/28/08 10:16 | 05/01/08 | 6 1 | GFF | SELL | 1,000 | $9.19 | Margin | PRINCIPAL | $9,190.00 |
| GRIFFON CORP | | | | | | | | COMMISSION | $9.99 |
| | | | | | | | | FEE | $0.06 |
| | | | | | | | | NET AMOUNT | $9,179.95 |

▲  DETACH HERE

CRISTIAN DE COLLI
VIA A BALABANOFF 63
ROME00155
ITALY

Make checks payable to E✱TRADE Clearing LLC.
Mail deposits to:

lıdıldıılıdlılllıılıldıldıldılı

E✱TRADE CLEARING LLC
P.O. Box 1542
Merrifield, VA 22116-1542

DETACH HERE  ▲

**Use This Deposit Slip    Acct: 7061-1161**

Please do not send cash

| | Dollars | Cents |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| **TOTAL DEPOSIT** | | |

042820080001 900706111615

# E✱TRADE
# FINANCIAL®

**Type of Transaction**
(Capacity in which ETC is acting)
1,2,3,4,5,8  As agent
6 As agent for both buyer and seller. The commission charged to the party
  on the other side of the transaction will be furnished upon request.
7 As principal
(Market)
1. New York Stock Exchange          5. Chicago Board Options Exchange
2. American Stock Exchange          6. Over-the-Counter, Pacific Exchange options
3. Other U.S. Registered Exchanges  7. Underwriting
4. Mutual Funds                     8. Foreign Exchange or Other

If the symbol (*) appears in the security description on the face hereof, the offering of
the described security has been made solely by means of the prospectus relating
thereto, a copy of which has been or will be delivered to you, the receipt of which is
acknowledged by payment hereof.
Trades executed on a foreign exchange will be effected by one or more affiliates of ETC,
which may be compensated for their services.
If the symbol (I) appears in the security description, an officer or employee of ETC is a
director of the issuer of the securities involved in this transaction. A control
relationship may therefore exist between the issuer and ETC.
Please retain this confirmation for income tax purposes. Federal regulations require
brokers to report proceeds from all transactions to the Internal Revenue Service.

**Terms and Conditions**

It is agreed between you, E*TRADE Securities Limited ("your broker"), and
E*TRADE Clearing LLC ("ETC"):
The information contained in this confirmation shall be binding upon you if you do not
object in writing within two (2) days after the confirmation is first received by you.
ETC is acting as agent for your broker in executing, certain executing and clearing
functions. ETC accepts no liability or responsibility for any action, recommendation or
omission of your broker or its employees. However, ETC or its affiliates may be a
principal in your transaction.
All transactions made by you are subject to the terms of any Customer or other
Agreement between you and ETC or your broker, the constitution, rules, regulations,
customs, rulings and interpretations of the Federal Reserve Board, the exchange or
market and its clearing agency, if any, where executed, and any association whose rules
and regulations govern transactions in said market, and all applicable laws.
Securities held on your behalf at ETC or a central clearing facility but not registered in
your name are commingled with identical securities held for other customers. In the
event that securities so held are called by the issuer, the securities to be called will be
determined by an impartial and random selection system. If your security is selected, it
will be presented for redemption and your account credited with the proceeds. You
have the right to withdraw uncalled, fully paid securities at any time prior to a partial
call and also to withdraw excess margin securities not subject to restriction.
The responsibility to cancel an existing open order rests with you. Any transaction that
results from the execution of any orders that you have not instructed us to cancel, prior
to execution, will be received in your account. Market orders are subject to immediate
execution and are difficult to cancel.
If required payment or delivery of securities is not made by the settlement date, ETC or
your broker may, at its option and without further notice, charge interest on the amount
shown on the face hereof or cancel, sell out, or buy in the subject securities and charge
your account for any expenses, losses, or other costs incurred.
Investments in securities are not guaranteed by ETC or your broker or by a bank, are
not insured by the FDIC, and will fluctuate with changes in market conditions. When
selling a security, you may receive more or less than your original investment.
The principal amount or commission described on the face hereof may include a fee for
special services rendered. Other charges may include commissions paid to affiliates of
ETC, local taxes, transaction fees, and exchange fees, among others. For customers
who choose to convert from the currency in which the security or payment thereon is
denominated, information provided with respect to principal, interest, dividend and/or
yield is subject to fluctuation or applicable foreign currency exchange rate and costs
including a markup charged by ETC. Further details are available upon written request.
The name of the party with whom this transaction was made and the time of execution of
the transaction will be furnished upon written request.
Securities purchased by you or held by ETC may be hypothecated and/or commingled
with securities carried for other customers. Title to securities sold by you, where we
have acted as agent for your broker-dealer acting as principal, shall remain with such
broker-dealer until the entire purchase price is received or until settlement date,
whichever is later. Where ETC processes security transactions as clearing agent for
your broker, we do so without duty of inquiry or investigation to determine your
broker's compliance with applicable laws, rules, by-laws, regulations and your
instructions.
Call features for municipal bonds may exist that could affect the yield; complete
information will be provided upon request. With respect to a zero coupon issue, you
will not receive periodic payments, and the securities may be callable at a price below
maturity value. Furthermore, a zero coupon issue that is callable and in bearer form
may be called without notice by mail to you unless the issue is registered.
For an asset-backed security (e.g., CMO, FNMA, FHLMC, or GNMA), the actual yield
may vary according to the rate at which the underlying assets or receivables are
prepaid. Information concerning factors that affect yield, including estimated yield,
weighted average life, and prepayment assumptions, are available upon request.
The ratings that appear in the description of some fixed-income securities have been
obtained from rating services that we believe to be reliable; however, we cannot
guarantee their accuracy. Securities for which a rating is not available will be marked
"Not Rated."
"Additional fees may include a broker assist fee, an order handling fee and/or market
center charges. RTC will charge a fee if you request to have certificates issued in your
name and mailed to you.

**CRISTIAN DE COLLI**
**VIA A BALABANOFF 63**
**ROME00155**
**ITALY**

**Payment for Order Flow Disclosure**
Regulations require that all broker/dealers inform their customers when a new account
is opened and on an annual basis thereafter, of payment for order flow practices
(compensation received for placing orders through specialists on registered U.S.
exchange, over-the-counter market makers, alternative trading systems, and electronic
communications networks ("ECNs") (collectively, "market centers")). Consistent with
the overriding principle of best execution, ETC routes orders to various market centers.
ETC, its affiliates or your broker receives remuneration (generally in the form of
per-share cash payments or through profit sharing arrangements) for directing orders
to particular market centers for execution. Such remuneration is considered compensation
to ETC or your broker, and the source and amount of any compensation received by the
firm in connection with your transaction will be disclosed upon written request.
E*Trade Financial Corporation has a financial interest in ISE Stock Exchange, LLC, CHX
Holdings, Inc. (owner and operator of the Chicago Stock Exchange), and a subsidiary company
(E*TRADE Capital Markets, LLC) all of which are market centers that receive orders routed by
ETC. ETC takes a number of factors into consideration in determining where to route
customers' orders. ETC regularly and rigorously reviews transactions, broker-dealers and
other market centers for execution quality. ETC is an indirect subsidiary of E*TRADE
Financial Corporation.
PLEASE REFER TO YOUR CUSTOMER AGREEMENT FOR THE COMPLETE
TERMS AND CONDITIONS GOVERNING YOUR ACCOUNT. IF YOU HAVE
ANY QUESTIONS REGARDING THIS CONFIRMATION, PLEASE CALL 201-
308-4985.
ETC, member NYSE/FINRA/SIPC, carries your account and acts as your
custodian for funds and securities deposited with us directly by you, through your
broker, or as a result of transactions we process for your account. Any inquiries
regarding your positions and balances, please contact ETC at 201-308-4985. All
other inquiries regarding your account or the activity therein should contact
Tel +44.(0)207.516.1575

Page 1 of 2

# E✳TRADE FINANCIAL

## E✳TRADE Securities Limited

Investment Account

# TRADE CONFIRMATION

**Account Number:** 7061-1161
**Account Type:**

E✳TRADE Securities Limited
42nd floor, 1 Canada Square,
Canary Wharf, London E14 5AA
Tel +44.(0)207.516.1575
www.global.etrade.com

**Account Name:**
CRISTIAN DE COLLI

E✳TRADE Securities Limited is authorised and regulated by the Financial Services Authority. Introduced to and cleared by E✳TRADE Clearing LLC, Member of the New York Stock Exchange.

| TRADE DATE | SETL DATE | MKT CPT | SYMBOL/ CUSIP | BUY/ SELL | QUANTITY | PRICE | ACCT TYPE | | |
|---|---|---|---|---|---|---|---|---|---|
| 04/29/08 10:28 | 05/02/08 | 6 1 | DRS | BUY | 1,500 | $61.90 | Margin | PRINCIPAL | $92,850.00 |
| DRS TECHNOLOGIES INC | | | | | | | | COMMISSION | $9.99 |
| | | | | | | | | NET AMOUNT | $92,859.99 |
| 04/29/08 09:40 | 04/30/08 | 6 1 | DRSF65 | BUY | 59 | $1.75 | Margin | PRINCIPAL | $10,325.00 |
| CALL DRS TECH   JUN 065 AMEX | | | | | | | | COMMISSION | $83.74 |
| 06/21/2008   EXPIRATION DATE | | | | | | | | NET AMOUNT | $10,408.74 |
| OPEN CONTRACT | | | | | | | | | |
| 04/29/08 09:39 | 04/30/08 | 6 1 | DRSF65 | BUY | 65 | $1.75 | Margin | PRINCIPAL | $11,375.00 |
| CALL DRS TECH   JUN 065 AMEX | | | | | | | | COMMISSION | $91.24 |
| 06/21/2008   EXPIRATION DATE | | | | | | | | NET AMOUNT | $11,466.24 |
| OPEN CONTRACT | | | | | | | | | |
| 04/29/08 09:44 | 04/30/08 | 6 1 | DRSF65 | BUY | 60 | $1.80 | Margin | PRINCIPAL | $10,800.00 |
| CALL DRS TECH   JUN 065 AMEX | | | | | | | | COMMISSION | $84.99 |
| 06/21/2008   EXPIRATION DATE | | | | | | | | NET AMOUNT | $10,884.99 |
| OPEN CONTRACT | | | | | | | | | |
| 04/29/08 09:45 | 04/30/08 | 6 1 | DRSF65 | BUY | 66 | $1.80 | Margin | PRINCIPAL | $11,880.00 |
| CALL DRS TECH   JUN 065 AMEX | | | | | | | | COMMISSION | $92.49 |
| 06/21/2008   EXPIRATION DATE | | | | | | | | NET AMOUNT | $11,972.49 |
| OPEN CONTRACT | | | | | | | | | |

▲ DETACH HERE

CRISTIAN DE COLLI
VIA A BALABANOFF 83
ROME00155
ITALY

Make checks payable to E✳TRADE Clearing LLC.
Mail deposits to:

E✳TRADE CLEARING LLC
P.O. Box 1542
Merrifield, VA 22116-1542

**Use This Deposit Slip   Acct: 7061-1161**

DETACH HERE ▲

Please do not send cash

| | Dollars | Cents |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| **TOTAL DEPOSIT** | | |

042920080001  900706111615

# E✲TRADE
# FINANCIAL®

**Type of Transaction**
(Capacity in which ETC is acting)
1,2,3,4,5,8  As agent
6 As agent for both buyer and seller. The commission charged to the party
on the other side of the transaction will be furnished upon request.
7 As principal
(Market)
1. New York Stock Exchange          5. Chicago Board Options Exchange
2. American Stock Exchange          6. Over-the-Counter, Pacific Exchange options
3. Other U.S. Registered Exchanges  7. Underwriting
4. Mutual Fund                      8. Foreign Exchange or Other

If the symbol (*) appears in the security description on the face hereof, the offering of
the described security has been made solely by means of the prospectus relating
thereto, a copy of which has been or will be delivered to you, the receipt of which is
acknowledged by payment hereof.
Trades executed on a foreign exchange will be effected by one or more affiliates of ETC,
which may be compensated for their services.
If the symbol (7) appears in the security description, an officer or employee of ETC is a
director of the issuer of the securities involved in this transaction. A control
relationship may therefore exist between the issuer and ETC.
Please retain this confirmation for income tax purposes. Federal regulations require
brokers to report proceeds from all transactions to the Internal Revenue Service.

## Terms and Conditions

It is agreed between you, E*TRADE Securities Limited ("your broker"), and
E*TRADE Clearing LLC ("ETC"):
The information contained in this confirmation shall be binding upon you if you do not
object in writing within two (2) days after the confirmation is first received by you.
ETC is acting as agent for your broker in performing certain executing and clearing
functions. ETC accepts no liability or responsibility for any action, recommendation or
omission of your broker or its employees. However, ETC or its affiliates may be a
principal in your transaction.
All transactions made by you are subject to the terms of any Customer or other
Agreement between you and ETC or your broker, the constitution, rules, regulations,
customs, rulings and interpretations of the Federal Reserve Board, the exchange or
market and its clearing agency, if any, where executed, and any association whose rules
and regulations govern transactions in said market, and all applicable laws.
Securities held on your behalf at ETC or a central clearing facility but not registered in
your name are commingled with identical securities held for other customers. In the
event that securities so held are called by the issuer, the securities to be called will be
determined by an impartial and random selection system. If your security is selected, it
will be presented for redemption and your account credited with the proceeds. You
have the right to withdraw uncalled, fully paid securities at any time prior to a partial
call and also to withdraw excess margin securities not subject to restriction.
The responsibility to cancel an existing open order rests with you. Any transaction that
results from the execution of any orders that you have not instructed us to cancel, prior
to execution, will be recorded in your account. Market orders are subject to immediate
execution and are difficult to cancel.
If required payment or delivery of securities is not made by the settlement date, ETC or
your broker may, at its option and without further notice, charge interest on the amount
shown on the face hereof or cancel, sell out, or buy in the subject securities and charge
your account for any expenses, losses, or other costs incurred.
Investments in securities are not guaranteed by ETC or your broker or by a bank, are
not insured by the FDIC, and will fluctuate with changes in market conditions. When
selling a security, you may receive more or less than your original investment.
The principal amount or commission described on the face hereof may include a fee for
special services rendered. Other charges may include commissions paid to affiliates of
ETC, local taxes, transaction fees, and exchange fees, among others. For customers
who choose to convert from the currency in which the security or payment thereon is
denominated, information provided with respect to principal, interest, dividend and/or
yield is subject to fluctuation at applicable foreign currency exchange rates and costs
including a markup charged by ETC. Further details are available upon written request.
The name of the party with whom this transaction was made and time of execution of
the transaction will be furnished upon written request.
Securities purchased by you or held by ETC may be hypothecated and/or commingled
with securities carried for other customers. Title to securities sold by you, where we
have acted as agent for your broker-dealer acting as principal, shall remain with such
broker-dealer until the entire purchase price is received or until settlement date,
whichever is later. Where ETC processes security transactions as clearing agent for
your broker, we do so without duty of inquiry or investigation to determine your
broker's compliance with applicable laws, rules, by-laws, regulations and your
instructions.
Call features for municipal bonds may exist that could affect the yield, complete
information will be provided upon request. With respect to a zero coupon issue, you
will not receive periodic payments, and the securities may be callable at a price below
maturity value. Furthermore, a zero coupon issue that is callable and in bearer form
may be called without notice by mail to you unless this issue is registered.
For an asset-backed security (e.g., CMO, FNMA, FHLMC, or GNMA), the actual yield
may vary according to the rate at which the underlying assets or receivables are
prepaid. Information concerning factors that affect yield, including estimated yield,
weighted average life, and prepayment assumptions, are available upon request.
The ratings that appear in the description of some fixed-income securities have been
obtained from rating services that we believe to be reliable, however, we cannot
guarantee their accuracy. Securities for which a rating is not available will be marked
"Not Rated."
*Additional Fees may include a broker assist fee, an order handling fee and/or market
center charges. ETC will charge a fee if you request to have certificates issued in your
name and mailed to you.

**CRISTIAN DE COLLI**
**VIA A BALABANOFF 63**
**ROME00155**
**ITALY**

**Payment for Order Flow Disclosure**
Regulations require that all broker/dealers inform their customers when a payment
is received and on an annual basis thereafter, of payment for order flow practices
(compensation received for placing orders through specialists on registered U.S.
exchanges, over-the-counter market makers, alternative trading systems, and electronic
communications networks ("ECNs") (collectively, "market centers")). Consistent with
the overriding principle of best execution, ETC routes orders to various market centers.
ETC, its affiliates or your broker receive remuneration (generally in the form of
per-share cash payments or through profit sharing arrangements) for directing orders
in particular market centers for execution. Such remuneration is considered compensation
to ETC or your broker, and the source and amount of any compensation received by the
firm in connection with your transaction will be disclosed upon written request.
E*Trade Financial Corporation has a financial interest in ISE Stock Exchange, LLC, CHX
Holdings, Inc. (owner and operator of the Chicago Stock Exchange), and a subsidiary company
(E*TRADE Capital Markets, LLC) all of which are market centers that receive orders routed by
ETC. ETC takes a number of factors into consideration in determining where to route
customers' orders. ETC regularly and rigorously reviews transactions, broker-dealers and
other market centers for execution quality. ETC is an indirect subsidiary of E*TRADE
Financial Corporation.

PLEASE REFER TO YOUR CUSTOMER AGREEMENT FOR THE COMPLETE
TERMS AND CONDITIONS GOVERNING YOUR ACCOUNT. IF YOU HAVE
ANY QUESTIONS REGARDING THIS CONFIRMATION, PLEASE CALL 201-
308-4985.
ETC, member NYSE/FINRA/SIPC, carries your account and acts as your
custodian for funds and securities deposited with us directly by you, through your
broker, or as a result of transactions we process for your account. Any inquiries
regarding your positions and balances, please contact ETC at 201-308-4985. All
other inquiries regarding your account or the activity therein should contact
Tel +44.(0)207.516.1575

Page 1 of 2

# E✱TRADE
# FINANCIAL°

## E✱TRADE Securities Limited
Investment Account

## TRADE CONFIRMATION

**Account Number: 7061-1161**
**Account Type:**

E✱TRADE Securities Limited
42nd floor, 1 Canada Square,
CanaryWharf, London E14 5AA
Tel +44.(0)207.516.1575
www.global.etrade.com

**Account Name:**
CRISTIAN DE COLLI

E*TRADE Securities Limited is authorised and regulated by the Financial Services Authority.
Introduced to and cleared by E*TRADE Clearing LLC, Member of the New York Stock
Exchange.

| TRADE DATE | SETL. DATE | MKT/ CPT. | SYMBOL/ COSIP. | BUY/ SELL | QUANTITY | PRICE | ACCT TYPE | | |
|---|---|---|---|---|---|---|---|---|---|
| 05/02/08 09:45 | 05/05/08 | 6 1 | DRSF70 | BUY | 200 | $1.05 | Margin | PRINCIPAL | $21,000.00 |
| **CALL DRS TECH    JUN 070 AMEX** | | | | | | | | COMMISSION | $259.99 |
| 06/21/2008    EXPIRATION DATE | | | | | | | | NET AMOUNT | $21,259.99 |
| OPEN CONTRACT | | | | | | | | | |
| 05/02/08 14:48 | 05/05/08 | 6 1 | DRSE70 | BUY | 76 | $.25 | Margin | PRINCIPAL | $1,900.00 |
| **CALL DRS TECH    MAY 070 AMEX** | | | | | | | | COMMISSION | $104.99 |
| 05/17/2008    EXPIRATION DATE | | | | | | | | NET AMOUNT | $2,004.99 |
| OPEN CONTRACT | | | | | | | | | |

▲  DETACH HERE

CRISTIAN DE COLLI
VIA A BALABANOFF 63
ROME00155
ITALY

DETACH HERE  ▲

### Use This Deposit Slip    Acct: 7061-1161

**Please do not send cash**

| Dollars | Cents |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |

**TOTAL DEPOSIT**

Make checks payable to E*TRADE Clearing LLC.
Mail deposits to:

ldldldllulludlludldllludldldlll

E*TRADE CLEARING LLC
P.O. Box 1542
Merrifield, VA  22116-1542

050220080001 900706111615

# E✲TRADE
## FINANCIAL®

**Terms and Conditions**

It is agreed between you, E*TRADE Securities Limited ("your broker"), and E*TRADE Clearing LLC ("ETC").

The information contained in this confirmation shall be binding upon you if you do not object in writing within two (2) days after the confirmation is first received by you. ETC is acting as agent for you in performing certain executing and clearing functions. ETC accepts no liability or responsibility for any action, recommendation or omission of your broker or its employees. However, ETC or its affiliates may be a principal in your transaction.

All transactions made by you are subject to the terms of any Customer or other Agreement between you and ETC or your broker, the constitution, rules, regulations, customs, rulings and interpretations of the Federal Reserve Board, the exchange or market and its clearing agency, if any, where executed, and any association whose rules and regulations govern transactions in said market, and all applicable laws.

Securities held on your behalf at ETC or a central clearing facility but not registered in your name are commingled with identical securities held for other customers. In the event that securities so held are called by the issuer, the securities to be called will be determined by an impartial and random selection system. If your security is selected, it will be presented for redemption and your account credited with the proceeds. You have the right to withdraw uncalled, fully paid securities at any time prior to a partial call and also to withdraw excess margin securities not subject to restriction.

The responsibility to cancel an existing open order rests with you. Any transaction that results from the execution of any orders that you have not instructed us to cancel, prior to execution, will be recorded in your account. Market orders are subject to immediate execution and are difficult to cancel.

If required payment or delivery of securities is not made by the settlement date, ETC or your broker may, at its option and without further notice, charge interest on the amount shown on the face hereof or cancel, sell out, or buy in the subject securities and charge your account for any expenses, losses, or other costs incurred.

Investments in securities are not guaranteed by ETC or your broker or by a bank, are not insured by the FDIC, and will fluctuate with changes in market conditions. When selling a security, you may receive more or less than your original investment.

The principal amount or commission described on the face hereof may include a fee for special services rendered. Other charges may include commissions paid to affiliates of ETC, local taxes, transaction fees, and exchange fees, among others. For customers who choose to convert from the currency in which the security or payment thereon is denominated, information provided with respect to principal, interest, dividend and/or yield is subject to fluctuation or applicable foreign currency exchange rates and costs including a markup charged by ETC. Further details are available upon written request. The name of the party with whom this transaction was made and time of execution of the transaction will be furnished upon written request.

Securities purchased by you or held by ETC may be hypothecated and/or commingled with securities carried for other customers. Title to securities sold by you, where we have acted as agent for your broker-dealer acting as principal, shall remain with such broker-dealer until the entire purchase price is received or until settlement date, whichever is later. Where ETC processes security transactions as clearing agent for your broker, we do so without duty of inquiry or investigation to determine your broker's compliance with applicable laws, rules, by-laws, regulations and your instructions.

Call features for municipal bonds may exist that could affect the yield; complete information will be provided upon request. With respect to a zero coupon issue, you will not receive periodic payments, and the securities may be callable at a price below maturity value. Furthermore, a zero coupon issue that is callable and in bearer form may be called without notice by mail to you unless the issue is registered.

For an asset-backed security (e.g., CMO, FNMA, FHLMC, or GNMA), the actual yield may vary according to the rate at which the underlying assets or receivables are prepaid. Information concerning factors that affect yield, including estimated yield, weighted average life, and prepayment assumptions, are available upon request.

The ratings that appear in the description of some fixed-income securities have been obtained from rating services that we believe to be reliable, however, we cannot guarantee their accuracy. Securities for which a rating is not available will be marked "Not Rated."

*Additional Fees may include a broker assist fee, an order handling fee and/or market center charges. ETC will charge a fee if you request to have certificates issued in your name and mailed to you.

**Type of Transaction**
**(Capacity in which ETC is acting)**
1,2,3,4,5,8 As agent
6 As agent for both buyer and seller. The commission charged to the party on the other side of the transaction will be furnished upon request.
7 As principal
**(Market)**
1. New York Stock Exchange
2. American Stock Exchange
3. Other U.S. Registered Exchanges
4. Mutual Funds
5. Chicago Board Options Exchange
6. Over-the-Counter, Pacific Exchange options
7. Underwriting
8. Foreign Exchange or Other

If the symbol (*) appears in the security description on the face hereof, the offering of the described security has been made solely by means of the prospectus relating thereto, a copy of which has been or will be delivered to you, the receipt of which is acknowledged by payment hereof.

Trades executed on a foreign exchange will be effected by one or more affiliates of ETC, which may be compensated for their services.

If the symbol (T) appears in the security description, an officer or employee of ETC is a director of the issuer of the securities involved in this transaction. A control relationship may therefore exist between the issuer and ETC.

Please retain this confirmation for income tax purposes. Federal regulations require brokers to report proceeds from all transactions to the Internal Revenue Service.

**CRISTIAN DE COLLI**
**VIA A BALABANOFF 63**
**ROME00155**
**ITALY**

**Payment for Order Flow Disclosure**

Regulations require that all broker/dealers inform their customers when a new account is opened and on an annual basis thereafter, of payment for order flow practices (compensation received for placing orders through specialists on registered U.S. exchanges, over-the-counter market makers, alternative trading systems, and electronic communications networks ("ECNs") (collectively, "market centers")). Consistent with the overriding principle of best execution, ETC routes orders to various market centers. ETC, its affiliates or your broker receives remuneration (generally in the form of per-share cash payments or through profit sharing arrangements) for directing orders to particular market centers for execution. Such remuneration is considered compensation to ETC or your broker, and the source and amount of any compensation received by this firm in connection with your transaction will be disclosed upon written request. E*Trade Financial Corporation has a financial interest in ISE Stock Exchange, LLC, CHX Holdings, Inc. (owner and operator of the Chicago Stock Exchange), and a subsidiary company (E*TRADE Capital Markets, LLC) all of which are market centers that receive orders routed by ETC. ETC takes a number of factors into consideration in determining where to route customers' orders. ETC regularly and rigorously reviews transactions, broker-dealers and other market centers for execution quality. ETC is an indirect subsidiary of E*TRADE Financial Corporation.

PLEASE REFER TO YOUR CUSTOMER AGREEMENT FOR THE COMPLETE TERMS AND CONDITIONS GOVERNING YOUR ACCOUNT. IF YOU HAVE ANY QUESTIONS REGARDING THIS CONFIRMATION, PLEASE CALL 201-308-4985.

ETC, member NYSE/FINRA/SIPC, carries your account and acts as your custodian for funds and securities deposited with us directly by you, through your broker, or as a result of transactions we process for your account. Any inquiries regarding your positions and balances, please contact ETC at 201-308-4985. All other inquiries regarding your account or the activity therein should contact Tel +44.(0)207.516.1575



Page 1 of 4

**E*TRADE Securities Limited**

Investment Account

# TRADE CONFIRMATION

**Account Number:** 7061-1161
**Account Type:**

E*TRADE Securities Limited
42nd floor, 1 Canada Square,
Canary Wharf, London E14 5AA
Tel +44.(0)207.518.1575
www.global.etrade.com

**Account Name:**
CRISTIAN DE COLLI

> E*TRADE Securities Limited is authorised and regulated by the Financial Services Authority.
> Introduced to and cleared by E*TRADE Clearing LLC, Member of the New York Stock
> Exchange.

| TRADE DATE | SELL DATE | MKT/CPT | SYMBOL/CUSIP | BUY/SELL | QUANTITY | PRICE | ACCT TYPE | | |
|---|---|---|---|---|---|---|---|---|---|
| 05/06/08 09:34 | 05/09/08 | 6 1 | DRS | SELL | 400 | $63.7932 | Margin | PRINCIPAL | $25,517.28 |
| DRS TECHNOLOGIES INC | | | | | | | | COMMISSION | $9.99 |
| | | | | | | | | FEE | $0.15 |
| | | | | | | | | NET AMOUNT | $25,507.14 |
| 05/06/08 10:59 | 05/09/08 | 6 1 | DRS | SELL | 200 | $63.432 | Margin | PRINCIPAL | $12,686.40 |
| DRS TECHNOLOGIES INC | | | | | | | | COMMISSION | $9.99 |
| | | | | | | | | FEE | $0.08 |
| | | | | | | | | NET AMOUNT | $12,676.33 |
| 05/06/08 15:20 | 05/09/08 | 6 1 | DRS | SELL | 2,100 | $62.9104 | Margin | PRINCIPAL | $132,112.01 |
| DRS TECHNOLOGIES INC | | | | | | | | COMMISSION | $9.99 |
| | | | | | | | | FEE | $0.74 |
| | | | | | | | | NET AMOUNT | $132,101.28 |
| 05/06/08 15:51 | 05/09/08 | 6 1 | DRS | SELL | 3,000 | $63.0743 | Margin | PRINCIPAL | $189,222.99 |
| DRS TECHNOLOGIES INC | | | | | | | | COMMISSION | $9.99 |
| | | | | | | | | FEE | $1.06 |
| | | | | | | | | NET AMOUNT | $189,211.94 |
| 05/06/08 10:15 | 05/07/08 | 6 1 | DRSF65 | BUY | 100 | $2.60 | Margin | PRINCIPAL | $26,000.00 |
| CALL DRS TECH  JUN 065 AMEX | | | | | | | | COMMISSION | $134.99 |
| 06/21/2008  EXPIRATION DATE | | | | | | | | NET AMOUNT | $26,134.99 |
| OPEN CONTRACT | | | | | | | | | |

▲ DETACH HERE

CRISTIAN DE COLLI
VIA A BALABANOFF 63
ROMB00155
ITALY

Make checks payable to E*TRADE Clearing LLC.
Mail deposits to:

E*TRADE CLEARING LLC
P.O. Box 1542
Merrifield, VA 22116-1542

**Use This Deposit Slip  Acct: 7061-1161**    DETACH HERE ▲

Please do not send cash

| | Dollars | Cents |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| **TOTAL DEPOSIT** | | |

050620080001 900706111615



Page 2 of 4

**E✳TRADE Securities  Limited**

Investment Account

# TRADE CONFIRMATION

**Account Number: 7061-1161**
**Account Type:**

| TRADE DATE | SETL DATE | MKT/ CPT | SYMBOL/ CUSIP | BUY/ SELL | QUANTITY | PRICE | ACCT TYPE | | |
|---|---|---|---|---|---|---|---|---|---|
| 05/06/08 15:30 | 05/07/08 | 6 1 | DRSF65 | BUY | 200 | $2.60 | Margin | PRINCIPAL | $52,000.00 |
| CALL DRS TECH   JUN 065 AMEX | | | | | | | | COMMISSION | $259.99 |
| 06/21/2008   EXPIRATION DATE | | | | | | | | NET AMOUNT | $52,259.99 |
| OPEN CONTRACT | | | | | | | | | |
| 05/06/08 15:56 | 05/07/08 | 6 1 | DRSF65 | BUY | 10 | $2.95 | Margin | PRINCIPAL | $2,950.00 |
| CALL DRS TECH   JUN 065 AMEX | | | | | | | | COMMISSION | $22.49 |
| 06/21/2008   EXPIRATION DATE | | | | | | | | NET AMOUNT | $2,972.49 |
| OPEN CONTRACT | | | | | | | | | |
| 05/06/08 11:00 | 05/07/08 | 6 1 | DRSE65 | BUY | 120 | $1.05 | Margin | PRINCIPAL | $12,600.00 |
| CALL DRS TECH   MAY 065 AMEX | | | | | | | | COMMISSION | $159.99 |
| 05/17/2008   EXPIRATION DATE | | | | | | | | NET AMOUNT | $12,759.99 |
| OPEN CONTRACT | | | | | | | | | |
| 05/06/08 15:22 | 05/07/08 | 6 1 | DRSE65 | BUY | 500 | $.85 | Margin | PRINCIPAL | $42,500.00 |
| CALL DRS TECH   MAY 065 AMEX | | | | | | | | COMMISSION | $634.99 |
| 05/17/2008   EXPIRATION DATE | | | | | | | | NET AMOUNT | $43,134.99 |
| OPEN CONTRACT | | | | | | | | | |
| 05/06/08 15:33 | 05/07/08 | 6 1 | DRSE65 | BUY | 4 | $.95 | Margin | PRINCIPAL | $380.00 |
| CALL DRS TECH   MAY 065 AMEX | | | | | | | | COMMISSION | $14.99 |
| 05/17/2008   EXPIRATION DATE | | | | | | | | NET AMOUNT | $394.99 |
| OPEN CONTRACT | | | | | | | | | |
| 05/06/08 15:34 | 05/07/08 | 6 1 | DRSE65 | BUY | 87 | $1.00 | Margin | PRINCIPAL | $8,700.00 |
| CALL DRS TECH   MAY 065 AMEX | | | | | | | | COMMISSION | $118.74 |
| 05/17/2008   EXPIRATION DATE | | | | | | | | NET AMOUNT | $8,818.74 |
| OPEN CONTRACT | | | | | | | | | |

# E✻TRADE
## FINANCIAL®

### E✻TRADE Securities Limited
Investment Account

## TRADE CONFIRMATION

**Account Number:** 7061-1161
**Account Type:**

| TRADE DATE | SETL. DATE | MKT/ CPT | SYMBOL/ CUSIP | BUY/ SELL | QUANTITY | PRICE | ACCT TYPE | | |
|---|---|---|---|---|---|---|---|---|---|
| 05/06/08 15:44 | 05/07/08 | 6 1 | DRSE65 | BUY | 150 | $1.15 | Margin | PRINCIPAL | $17,250.00 |
| **CALL DRS TECH    MAY 065 AMEX** | | | | | | | | COMMISSION | $197.49 |
| 05/17/2008  EXPIRATION DATE<br>OPEN CONTRACT | | | | | | | | NET AMOUNT | $17,447.49 |
| 05/06/08 15:43 | 05/07/08 | 6 1 | DRSE65 | BUY | 184 | $1.10 | Margin | PRINCIPAL | $20,240.00 |
| **CALL DRS TECH    MAY 065 AMEX** | | | | | | | | COMMISSION | $230.00 |
| 05/17/2008  EXPIRATION DATE<br>OPEN CONTRACT | | | | | | | | NET AMOUNT | $20,470.00 |
| 05/06/08 15:41 | 05/07/08 | 6 1 | DRSE65 | BUY | 25 | $1.05 | Margin | PRINCIPAL | $2,625.00 |
| **CALL DRS TECH    MAY 065 AMEX** | | | | | | | | COMMISSION | $41.24 |
| 05/17/2008  EXPIRATION DATE<br>OPEN CONTRACT | | | | | | | | NET AMOUNT | $2,666.24 |
| 05/06/08 15:53 | 05/07/08 | 6 1 | DRSE65 | BUY | 351 | $1.15 | Margin | PRINCIPAL | $40,365.00 |
| **CALL DRS TECH    MAY 065 AMEX** | | | | | | | | COMMISSION | $448.74 |
| 05/17/2008  EXPIRATION DATE<br>OPEN CONTRACT | | | | | | | | NET AMOUNT | $40,813.74 |

E✻TRADE Securities LLC    PO Box 1542, Merrifield, VA 22116    www.etrade.com    1-800-ETRADE-1 (1-800-387-2331)    Member NASD/SIPC

237 45796 PBA  2 45815        1 of 1 C EDLV AFPEDLV   07/05/08 01:06 001

Page 3 of 4

# E✱TRADE
## FINANCIAL

**Type of Transaction**
(Capacity in which ETC is acting)
1, 2, 3, 4, 5, 8   As agent
6 As agent for both buyer and seller. The commission charged to the party
  on the other side of the transaction will be furnished upon request.
7 As principal
(Market)
1. New York Stock Exchange          5. Chicago Board Options Exchange
2. American Stock Exchange          6. Over-the-Counter, Pacific Exchange options
3. Other U.S. Registered Exchanges  7. Underwriting
4. Mutual Funds                     8. Foreign Exchange or Other

If the symbol (^) appears in the security description on the face hereof, the offering of
the described security has been made solely by means of the prospectus relating
thereto, a copy of which has been or will be delivered to you, the receipt of which is
acknowledged by payment hereof.
Trades executed on a foreign exchange will be effected by one or more affiliates of ETC,
which may be compensated for their services.
If the symbol (I) appears in the security description, an officer or employee of ETC is a
director of the issuer of the securities involved in this transaction. A control
relationship may therefore exist between the issuer and ETC.
Please retain this confirmation for income tax purposes. Federal regulations require
brokers to report proceeds from all transactions to the Internal Revenue Service.

**CRISTIAN DE COLLI**
**VIA A BALABANOFF 63**
**ROME00155**
**ITALY**

## Terms and Conditions

It is agreed between you, E*TRADE Securities Limited ("your broker"), and
E*TRADE Clearing LLC ("ETC").
The information contained in this confirmation shall be binding upon you if you do not
object in writing within two (2) days after the confirmation is first received by you.
ETC is acting as agent for you, broker in performing certain executing and clearing
functions. ETC accepts no liability or responsibility for any action, recommendation or
omission of your broker or its employee. However, ETC or its affiliates may be a
principal in your transaction.
All transactions made by you are subject to the terms of any Customer or other
Agreement between you and ETC or your broker, the constitution, rules, regulations,
customs, rulings and interpretations of the Federal Reserve Board, the exchange or
market and its clearing agency, if any, where executed, and any association whose rules
and regulations govern transactions in said market, and all applicable laws.
Securities held on your behalf at ETC or a central clearing facility but not registered in
your name are commingled with identical securities held for other customers. In the
event that securities so held are called by the issuer, the securities to be called will be
determined by an impartial and random selection system. If your security is selected, it
will be presented for redemption and your account credited with the proceeds. You
have the right to withdraw uncalled, fully paid securities at any time prior to a partial
call and also to withdraw excess margin securities not subject to restriction.
The responsibility to cancel an existing open order rests with you. Any transaction that
results from the execution of any orders that you have not instructed us to cancel, prior
to execution, will be recorded in your account. Market orders are subject to immediate
execution and are difficult to cancel.
If required payment or delivery of securities is not made by the settlement date, ETC or
your broker may, at its option and without further notice, charge interest on the amount
shown on the face hereof or cancel, sell out, or buy in the subject securities and charge
your account for any expenses, losses, or other costs incurred.
Investments in securities are not guaranteed by ETC or your broker or by a bank, are
not insured by the FDIC, and will fluctuate with changes in market conditions. When
selling a security, you may receive more or less than your original investment.
The principal amount or commission described on the face hereof may include a fee for
special services rendered. Other charges may include commissions paid to affiliates of
ETC, local taxes, transaction fees, and exchange fees, among others. For customers
who choose to convert from the currency in which the security or payment thereon is
denominated, information provided with respect to principal, interest, dividend and/or
yield is subject to fluctuation or applicable foreign currency exchange rates and costs
including a marking charged by ETC. Further details are available upon written request.
The name of the party with whom this transaction was made and time of execution of
the transaction will be furnished upon written request.
Securities purchased by you or held by ETC may be hypothecated and/or commingled
with securities carried for other customers. Title to securities sold by you, where we
have acted as agent for your broker-dealer acting as principal, shall remain with such
broker-dealer until the entire purchase price is received or until settlement date,
whichever is later. When ETC processes security transactions as clearing agent for
your broker, we do so without duty of inquiry or investigation to determine your
broker's compliance with applicable laws, rules, by-laws, regulations and your
instructions.
Call features for municipal bonds may exist that could affect the yield; complete
information will be provided upon request. With respect to a zero coupon issue, you
will not receive periodic payments, and the securities may be callable at a price below
maturity value. Furthermore, a zero coupon issue that is callable and in bearer form
may be called without notice by mail to you unless the issue is registered.
For an asset-backed security (e.g., CMO, FNMA, FHLMC, or GNMA), the actual yield
may vary according to the rate at which the underlying assets or receivables are
prepaid. Information concerning factors that affect yield, including estimated yield,
weighted average life, and prepayment assumptions, are available upon request.
The ratings that appear in the description of some fixed-income securities have been
obtained from rating services that we believe to be reliable; however, we cannot
guarantee their accuracy. Securities for which a rating is not available will be marked
"Not Rated."
*Additional Fees may include a broker assist fee, an order handling fee and/or market
center charges. ETC will charge a fee if you request to have certification issued in your
name and mailed to you.

## Payment for Order Flow Disclosure

Regulations require that all broker/dealers inform their customers when a new account
is opened and on an annual basis thereafter, of payment for order flow practices
(compensation received for placing orders through specialists on registered U.S.
exchanges, over-the-counter market makers, alternative trading systems, and electronic
communications networks ("ECNs") (collectively, "market centers")). Consistent with
the overriding principle of best execution, ETC routes orders to various market centers.
ETC, its affiliates or your broker receives remuneration (generally in the form of
per-share cash payments or through profit sharing arrangements) for directing orders
to particular market centers for execution. Such remuneration is considered compensation
to ETC or your broker, and the source and amount of any compensation received by the
firm in connection with your transaction will be disclosed upon written request.
E*TRADE Financial Corporation has a financial interest in ISE Stock Exchange, LLC, CHX
Holdings, Inc. (owner and operator of the Chicago Stock Exchange), and a subsidiary company
(E*TRADE Capital Markets, LLC) all of which are market centers that receive orders routed by
ETC. ETC takes a number of factors into consideration in determining where to route
customers' orders. ETC regularly and rigorously reviews transactions, broker-dealers and
other market centers for execution quality. ETC is an indirect subsidiary of E*TRADE
Financial Corporation.

PLEASE REFER TO YOUR CUSTOMER AGREEMENT FOR THE COMPLETE
TERMS AND CONDITIONS GOVERNING YOUR ACCOUNT. IF YOU HAVE
ANY QUESTIONS REGARDING THIS CONFIRMATION, PLEASE CALL: 201-
308-4985.
ETC, member NYSE/FINRA/SIPC, carries your account and acts as your
custodian for the funds and securities deposited with us directly by you, through your
broker, or as a result of transactions we process for your account. Any inquiries
regarding your positions and balances, please contact ETC at 201-308-4985. All
other inquiries regarding your account or the activity therein should contact
Tel +44.(0)207.516.1575.

# E✱TRADE FINANCIAL®

Page 1 of 2

## E✱TRADE Securities Limited
Investment Account

## TRADE CONFIRMATION

**Account Number:** 7061-1161
**Account Type:**

E✱TRADE Securities Limited
42nd floor, 1 Canada Square,
Canary Wharf, London E14 5AA
Tel +44.(0)207.516.1575
www.global.etrade.com

**Account Name:**
CRISTIAN DE COLLI

E✱TRADE Securities Limited is authorised and regulated by the Financial Services Authority.
Introduced to and cleared by E✱TRADE Clearing LLC, Member of the New York Stock Exchange.

| TRADE DATE | SETL DATE | MKT/CPT | SYMBOL/CUSIP | BUY/SELL | QUANTITY | PRICE | ACCT TYPE | | |
|---|---|---|---|---|---|---|---|---|---|
| 05/07/08 09:39 | 05/08/08 | 6 1 | DRSE65 | BUY | 20 | $1.60 | Margin | PRINCIPAL | $3,200.00 |
| CALL DRS TECH   MAY 065 AMEX | | | | | | | | COMMISSION | $34.99 |
| 05/17/2008   EXPIRATION DATE | | | | | | | | NET AMOUNT | $3,234.99 |
| OPEN CONTRACT | | | | | | | | | |
| 05/07/08 09:49 | 05/08/08 | 6 1 | DRSE65 | BUY | 261 | $1.95 | Margin | PRINCIPAL | $50,895.00 |
| CALL DRS TECH   MAY 065 AMEX | | | | | | | | COMMISSION | $336.24 |
| 05/17/2008   EXPIRATION DATE | | | | | | | | NET AMOUNT | $51,231.24 |
| OPEN CONTRACT | | | | | | | | | |
| 05/07/08 10:25 | 05/08/08 | 6 1 | DRSE65 | BUY | 298 | $1.85 | Margin | PRINCIPAL | $55,130.00 |
| CALL DRS TECH   MAY 065 AMEX | | | | | | | | COMMISSION | $382.49 |
| 05/17/2008   EXPIRATION DATE | | | | | | | | NET AMOUNT | $55,512.49 |
| OPEN CONTRACT | | | | | | | | | |
| 05/07/08 13:53 | 05/08/08 | 6 1 | DRSE65 | BUY | 80 | $1.80 | Margin | PRINCIPAL | $14,400.00 |
| CALL DRS TECH   MAY 065 AMEX | | | | | | | | COMMISSION | $109.99 |
| 05/17/2008   EXPIRATION DATE | | | | | | | | NET AMOUNT | $14,509.99 |
| OPEN CONTRACT | | | | | | | | | |
| 05/07/08 09:43 | 05/08/08 | 6 1 | DRSE70 | BUY | 100 | $.45 | Margin | PRINCIPAL | $4,500.00 |
| CALL DRS TECH   MAY 070 AMEX | | | | | | | | COMMISSION | $134.99 |
| 05/17/2008   EXPIRATION DATE | | | | | | | | NET AMOUNT | $4,634.99 |
| OPEN CONTRACT | | | | | | | | | |

▲ DETACH HERE

CRISTIAN DE COLLI
VIA A BALABANOFF 63
ROME00155
ITALY

DETACH HERE ▲

**Use This Deposit Slip   Acct: 7061-1161**

Please do not send cash

| Dollars | Cents |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

Make checks payable to E✱TRADE Clearing LLC.
Mail deposits to:

|ıılıblılıılıllıllıllıbbılılılıllıll|

E✱TRADE CLEARING LLC
P.O. Box 1542
Merrifield, VA  22116-1542

**TOTAL DEPOSIT**

050720080001  900706111615

# E✲TRADE
# FINANCIAL

**Type of Transaction**
**(Capacity in which ETC is acting)**
1,2,3,4,5,8  As agent
6 As agent for both buyer and seller. The commission charged to the party
   on the other side of the transaction will be furnished upon request.
7 As principal
**(Market)**
1. New York Stock Exchange        5. Chicago Board Options Exchange
2. American Stock Exchange         6. Over-the-Counter, Pacific Exchange options
3. Other U.S. Registered Exchanges 7. Underwriting
4. Mutual Funds                    8. Foreign Exchange or Other

If the symbol (*) appears in the security description on the face hereof, the offering of
the described security has been made solely by means of the prospectus relating
thereto, a copy of which has been or will be delivered to you, the receipt of which is
acknowledged by payment hereof.
Trades executed on a foreign exchange will be effected by one or more affiliates of ETC,
which may be compensated for their services.
If the symbol (T) appears in the security description, an officer or employee of ETC is a
director of the issuer of the securities involved in this transaction. A control
relationship may therefore exist between the issuer and ETC.
Please retain this confirmation for income tax purposes. Federal regulations require
brokers to report proceeds from all transactions to the Internal Revenue Service.

## Terms and Conditions

It is agreed between you, E✲TRADE Securities Limited  ("your broker"), and
E✲TRADE  Clearing LLC ("ETC"):
The information contained in this confirmation shall be binding upon you if you do not
object in writing within two (2) days after the confirmation is first received by you.
ETC is acting as your broker in performing certain executing and clearing
functions. ETC accepts no liability or responsibility for any action, recommendation or
omission of your broker or its employees. However, ETC or its affiliate may be a
principal in your transaction.
All transactions made by you are subject to the terms of any Customer or other
Agreement between you and ETC or your broker, the constitution, rules, regulations,
customs, rulings and interpretations of the Federal Reserve Board, the exchange or
market and its clearing agency, if any, where executed, and any association whose rules
and regulations govern transactions in said market, and all applicable laws.
Securities held on your behalf at ETC or a central clearing facility but not registered in
your name are commingled with identical securities held for other customers. In the
event that securities so held are called by the issuer, the securities to be called will be
determined by an impartial and random selection system. If your security is selected, it
will be presented for redemption and your account credited with the proceeds. You
have the right to withdraw unsold securities, fully paid securities at any time prior to a partial
call and also to withdraw excess margin securities not subject to restriction.
The responsibility to cancel an existing open order rests with you. Any transaction that
results from the execution of any orders that you have not instructed us to cancel, prior
to execution, will be recorded in your account. Market orders are subject to immediate
execution and are difficult to cancel.
If required payment or delivery of securities is not made by the settlement date, ETC or
your broker may, at its option and without further notice, charge interest on the amount
shown on the face hereof or cancel, sell out, or buy in the subject securities and charge
your account for any expense, losses, or other costs incurred.
Investments in securities are not guaranteed by ETC or your broker or by a bank, are
not insured by the FDIC, and will fluctuate with changes in market conditions. When
selling a security, you may receive more or less than your original investment.
The principal amount of commission described on the face hereof may include a fee for
special services rendered. Other charges may include commissions paid to affiliates of
ETC, local taxes, transaction fees, and execution fees, among others. For customers
who choose to convert from the currency in which the security or payment thereon is
denominated, information provided with respect to principal, interest, dividend and/or
yield is subject to fluctuation as applicable foreign currency exchange rates and costs
including a markup charged by ETC. Further details are available upon written request.
The name of the party with whom this transaction was made and the time of execution of
the transaction will be furnished upon written request.
Securities purchased by you or held by ETC may be hypothecated and/or commingled
with securities carried for other customers. Title to securities sold by you, where we
have acted as agent for your broker-dealer acting as principal, shall remain with such
broker-dealer until the entire purchase price is received or until settlement date,
whichever is later. Where ETC processes security transactions as clearing agent for
your broker, we do so without duty of inquiry or investigation to determine your
broker's compliance with applicable laws, rules, by-laws, regulations and your
instructions.
Call features for municipal bonds may exist that could affect the yield; complete
information will be provided upon request. With respect to a zero coupon issue, you
will not receive periodic payments, and the securities may be callable at a price below
maturity value. Furthermore, a zero coupon issue that is callable and in bearer form
may be called without notice by mail to you unless the issue is registered.
For an asset-backed security (e.g., CMO, FNMA, FHLMC, or GNMA), the actual yield
may vary according to the rate at which the underlying assets or receivables are
prepaid. Information concerning factors that affect yield, including estimated yield,
weighted average life, and prepayment assumptions, are available upon request.
The ratings that appear in the description of some fixed-income securities have been
obtained from rating services that we believe to be reliable; however, we cannot
guarantee their accuracy. Securities for which a rating is not available will be marked
"Not Rated."
*Additional Fees may include a broker assist fee, an order handling fee and/or market
center charges. ETC will charge a fee if you request to have certificates issued in your
name and mailed to you.

**CRISTIAN DE COLLI**
**VIA A BALABANOFF 63**
**ROME00155**
**ITALY**

**Payment for Order Flow Disclosure**
Regulations require that all broker/dealers inform their customers when a new account
is opened and on an annual basis thereafter, of payment for order flow practices
(compensation received for placing orders through specialists on registered U.S.
exchanges, over-the-counter market makers, alternative trading systems, and electronic
communications networks ("ECNs") (collectively, "market centers")). Consistent with
the overriding principle of best execution, ETC  routes orders to various market centers.
ETC, its affiliates or your broker receives  remuneration (generally in the form of
per-share cash payments or through profit sharing arrangements) for directing orders
to particular market centers for execution. Such remuneration is considered compensation
to ETC or your broker, and the source and amount of any compensation received by the
firm in connection with  your  transaction  will be disclosed upon written request.
E✲Trade Financial Corporation  has a financial interest in ISE Stock Exchange, LLC, CHX
Holdings, Inc. (owner and operator of the Chicago Stock Exchange), and a subsidiary company
(E✲TRADE Capital Markets, LLC) all of which are market centers that receive orders routed by
ETC.  ETC takes a number of factors into consideration in determining where to route
customers' orders. ETC regularly and rigorously reviews transactions, broker-dealers and
other market centers for execution quality. ETC is an indirect subsidiary of E✲TRADE
Financial Corporation.
PLEASE REFER TO YOUR CUSTOMER AGREEMENT FOR THE COMPLETE
TERMS AND CONDITIONS GOVERNING YOUR ACCOUNT. IF YOU HAVE
ANY QUESTIONS REGARDING THIS CONFIRMATION, PLEASE CALL 201-
308-6585.
ETC, member NYSE/FINRA/SIPC, carries your account and acts as your
custodian for funds and securities deposited with us directly by you, through your
broker, or as a result of transactions we process for your account. Any inquiries
regarding your position and balances, please contact ETC at 201-308-4595. All
other inquiries regarding your account or the activity therein should contact
Tel +44.(0)207.516.1575

Page 1 of 4

# E✳TRADE
# FINANCIAL.

## E✳TRADE Securities Limited

**Investment Account**

# TRADE CONFIRMATION

**Account Number: 7061-1161**
**Account Type:**

E✳TRADE Securities Limited
42nd floor, 1 Canada Square,
Canary Wharf, London E14 5AA
Tel +44.(0)207.516.1575
www.globaletrade.com

**Account Name:**
CRISTIAN DE COLLI

E✳TRADE Securities Limited is authorised and regulated by the Financial Services Authority.
Introduced to and cleared by E✳TRADE Clearing LLC, Member of the New York Stock
Exchange.

| TRADE DATE | SETL. DATE | MKT / CPY | SYMBOL / CUSIP | BUY / SELL | QUANTITY | PRICE | ACCT TYPE | | |
|---|---|---|---|---|---|---|---|---|---|
| 05/08/08 10:28 | 05/13/08 | 6 1 | DRS | BUY | ✓ 2,500 | $72.48 | Margin | PRINCIPAL | $181,200.00 |
| DRS TECHNOLOGIES INC | | | | | | | | COMMISSION | $9.99 |
| | | | | | | | | NET AMOUNT | $181,209.99 |
| 05/08/08 11:44 | 05/13/08 | 6 1 | DRS | BUY | 1,435 | $71.85 | Margin | PRINCIPAL | $103,104.75 |
| DRS TECHNOLOGIES INC | | | | | | | | NET AMOUNT | $103,104.75 |
| 05/08/08 11:44 | 05/13/08 | 6 1 | DRS | BUY | 1,865 | $71.811 | Margin | PRINCIPAL | $133,927.65 |
| DRS TECHNOLOGIES INC | | | | | | | | COMMISSION | $9.99 |
| | | | | | | | | NET AMOUNT | $133,937.64 |
| 05/08/08 15:58 | 05/13/08 | 6 1 | DRS | BUY | 17,684 | $73.90 | Margin | PRINCIPAL | $1,306,847.60 |
| DRS TECHNOLOGIES INC | | | | | | | | NET AMOUNT | $1,306,847.60 |
| 05/08/08 15:58 | 05/13/08 | 6 1 | DRS | BUY | 500 | $73.89 | Margin | PRINCIPAL | $36,945.00 |
| DRS TECHNOLOGIES INC | | | | | | | | NET AMOUNT | $36,945.00 |
| 05/08/08 15:58 | 05/13/08 | 6 1 | DRS | BUY | 100 | $73.91 | Margin | PRINCIPAL | $7,391.00 |
| DRS TECHNOLOGIES INC | | | | | | | | NET AMOUNT | $7,391.00 |
| 05/08/08 15:57 | 05/13/08 | 6 1 | DRS | BUY | 1,616 | $73.87 | Margin | PRINCIPAL | $119,373.92 |
| DRS TECHNOLOGIES INC | | | | | | | | NET AMOUNT | $119,373.92 |

▲ DETACH HERE

CRISTIAN DE COLLI
VIA A BALABANOFF 83
ROME00155
ITALY

DETACH HERE ▲

**Use This Deposit Slip    Acct: 7061-1161**

**Please do not send cash**

Make checks payable to E✳TRADE Clearing LLC.
Mail deposits to:

|ılıllılıllıllıllıllllıllılıllıllılıllıl|

E✳TRADE CLEARING LLC
P.O. Box 1542
Merrifield, VA 22116-1542

| | Dollars | Cents |
|---|---|---|
| | | |
| | | |
| | | |
| **TOTAL DEPOSIT** | | |

050820080001 900706111615



Page 2 of 4

**E✳TRADE Securities  Limited**

Investment Account

# TRADE CONFIRMATION

**Account Number:** 7061-1161
**Account Type:**

| TRADE DATE | SETL DATE | MKT/ CPT | SYMBOL/ CUSIP | BUY/ SELL | QUANTITY | PRICE | ACCT TYPE | | |
|---|---|---|---|---|---|---|---|---|---|
| 05/08/08 15:57 | 05/13/08 | 6 1 | DRS | BUY | 100 | $73.88 | Margin | PRINCIPAL | $7,388.00 |
| DRS TECHNOLOGIES INC | | | | | | | | COMMISSION | $9.99 |
| | | | | | | | | NET AMOUNT | $7,397.99 |
| 05/08/08 10:17 | 05/09/08 | 6 1 | DRSF65 | SELL | 200 | $9.00 | Margin | PRINCIPAL | $180,000.00 |
| CALL DRS TECH    JUN 065 AMEX | | | | | | | | COMMISSION | $259.99 |
| 06/21/2008    EXPIRATION DATE | | | | | | | | FEE | $1.01 |
| CLOSING CONTRACT | | | | | | | | NET AMOUNT | $179,739.00 |
| 05/08/08 15:32 | 05/09/08 | 6 1 | DRSF65 | SELL | 285 | $10.00 | Margin | PRINCIPAL | $285,000.00 |
| CALL DRS TECH    JUN 065 AMEX | | | | | | | | COMMISSION | $366.24 |
| 06/21/2008    EXPIRATION DATE | | | | | | | | FEE | $1.60 |
| CLOSING CONTRACT | | | | | | | | NET AMOUNT | $284,632.16 |
| 05/08/08 15:40 | 05/09/08 | 6 1 | DRSF65 | SELL | 50 | $10.00 | Margin | PRINCIPAL | $50,000.00 |
| CALL DRS TECH    JUN 065 AMEX | | | | | | | | COMMISSION | $72.49 |
| 06/21/2008    EXPIRATION DATE | | | | | | | | FEE | $0.28 |
| CLOSING CONTRACT | | | | | | | | NET AMOUNT | $49,927.23 |
| 05/08/08 10:22 | 05/09/08 | 5 1 | DRSF70 | SELL | 200 | $6.00 | Margin | PRINCIPAL | $120,000.00 |
| CALL DRS TECH    JUN 070 AMEX | | | | | | | | COMMISSION | $259.99 |
| 06/21/2008    EXPIRATION DATE | | | | | | | | FEE | $0.68 |
| CLOSING CONTRACT | | | | | | | | NET AMOUNT | $119,739.33 |
| 05/08/08 10:44 | 05/09/08 | 6 1 | DRSE65 | SELL | 260 | $7.50 | Margin | PRINCIPAL | $195,000.00 |
| CALL DRS TECH    MAY 065 AMEX | | | | | | | | COMMISSION | $334.99 |
| 05/17/2008    EXPIRATION DATE | | | | | | | | FEE | $1.10 |
| CLOSING CONTRACT | | | | | | | | NET AMOUNT | $194,663.91 |
| 05/08/08 12:35 | 05/09/08 | 6 1 | DRSE65 | SELL | 320 | $7.50 | Margin | PRINCIPAL | $240,000.00 |
| CALL DRS TECH    MAY 065 AMEX | | | | | | | | COMMISSION | $409.99 |
| 05/17/2008    EXPIRATION DATE | | | | | | | | FEE | $1.35 |
| CLOSING CONTRACT | | | | | | | | NET AMOUNT | $239,588.66 |

# E✳TRADE
# FINANCIAL®

### E✳TRADE Securities Limited
Investment Account

## TRADE CONFIRMATION

**Account Number:** 7061-1161
**Account Type:**

| TRADE DATE | SETL DATE | MKT/ CPT | SYMBOL/ CUSIP | BUY/ SELL | QUANTITY | PRICE | ACCT TYPE | | |
|---|---|---|---|---|---|---|---|---|---|
| 05/08/08 15:23 | 05/09/08 | 6 1 | DRSE65 | SELL | 379 | $8.20 | Margin | PRINCIPAL | $310,780.00 |
| CALL DRS TECH   MAY 065 AMEX | | | | | | | | COMMISSION | $473.75 |
| 05/17/2008   EXPIRATION DATE | | | | | | | | FEE | $1.75 |
| CLOSING CONTRACT | | | | | | | | NET AMOUNT | $310,304.50 |
| 05/08/08 15:23 | 05/09/08 | 6 1 | DRSE65 | SELL | 121 | $8.30 | Margin | PRINCIPAL | $100,430.00 |
| CALL DRS TECH   MAY 065 AMEX | | | | | | | | COMMISSION | $161.24 |
| 05/17/2008   EXPIRATION DATE | | | | | | | | FEE | $0.57 |
| CLOSING CONTRACT | | | | | | | | NET AMOUNT | $100,268.19 |
| 05/08/08 15:37 | 05/09/08 | 6 1 | DRSE65 | SELL | 200 | $9.00 | Margin | PRINCIPAL | $180,000.00 |
| CALL DRS TECH   MAY 065 AMEX | | | | | | | | COMMISSION | $259.99 |
| 05/17/2008   EXPIRATION DATE | | | | | | | | FEE | $1.01 |
| CLOSING CONTRACT | | | | | | | | NET AMOUNT | $179,739.00 |
| 05/08/08 15:41 | 05/09/08 | 6 1 | DRSE65 | SELL | 300 | $9.00 | Margin | PRINCIPAL | $270,000.00 |
| CALL DRS TECH   MAY 065 AMEX | | | | | | | | COMMISSION | $384.99 |
| 05/17/2008   EXPIRATION DATE | | | | | | | | FEE | $1.52 |
| CLOSING CONTRACT | | | | | | | | NET AMOUNT | $269,613.49 |
| 05/08/08 10:26 | 05/09/08 | 6 1 | DRSE70 | SELL | 176 | $4.00 | Margin | PRINCIPAL | $70,400.00 |
| CALL DRS TECH   MAY 070 AMEX | | | | | | | | COMMISSION | $229.99 |
| 05/17/2008   EXPIRATION DATE | | | | | | | | FEE | $0.40 |
| CLOSING CONTRACT | | | | | | | | NET AMOUNT | $70,169.61 |

E✳TRADE Securities LLC     PO Box 1542, Merrifield, VA 22116     www.etrade.com     1-800-ETRADE-1 (1-800-387-2331)     Member NASD/SIPC

237 40025 PBA  2 40655          1 of 1 C EDLV AFPEDLV   09/05/08 02:13  001

Page 3 of 4

# E✱TRADE
# FINANCIAL®

**Type of Transaction**
(Capacity in which ETC is acting)
1,2,3,4,5,8  As agent
6 As agent for both buyer and seller. The commission charged to the party on the other side of the transaction will be furnished upon request.
7 As principal
(Market)
1. New York Stock Exchange          5. Chicago Board Options Exchange
2. American Stock Exchange          6. Over-the-Counter, Pacific Exchange options
3. Other U.S. Registered Exchanges  7. Underwriting
4. Mutual Funds                     8. Foreign Exchange or Other

If the symbol (*) appears in the security description on the face hereof, the offering of the described security has been made solely by means of the prospectus relating thereto, a copy of which has been or will be delivered to you, the receipt of which is acknowledged by payment hereof.
Trades executed on a foreign exchange will be effected by one or more affiliates of ETC, which may be compensated for their services.
If the symbol (T) appears in the security description, an officer or employee of ETC is a director of the issuer of the securities involved in this transaction. A control relationship may therefore exist between the issuer and ETC.
Please retain this confirmation for income tax purposes. Federal regulations require brokers to report proceeds from all transactions to the Internal Revenue Service.

## Terms and Conditions

It is agreed between you, E✱TRADE Securities Limited ("your broker"), and E✱TRADE Clearing LLC ("ETC"):
The information contained in this confirmation shall be binding upon you if you do not object in writing within two (2) days after the confirmation is first received by you. ETC is acting as agent for your broker in performing certain executing and clearing functions. ETC accepts no liability or responsibility for any action, recommendation or omission of your broker or its employees. However, ETC or its affiliates may be a principal in your transaction.
All transactions made by you are subject to the terms of any Customer or other Agreement between you and ETC or your broker, the constitution, rules, regulations, customs, rulings and interpretations of the Federal Reserve Board, the exchange or market and its clearing agency, if any, where executed, and any association whose rules and regulations govern transactions in said market, and all applicable laws.
Securities held on your behalf at ETC or a central clearing facility that not registered in your name are commingled with identical securities held for other customers. In the event that securities so held are called by the issuer, the securities to be called will be determined by an impartial and random selection system. If your security is selected, it will be presented for redemption and your account credited with the proceeds. You have the right to withdraw uncalled, fully paid securities at any time prior to a partial call and also to withdraw excess margin securities not subject to restriction.
The responsibility to cancel an existing open order rests with you. Any transaction that results from the execution of any orders that you have not instructed us to cancel, prior to execution, will be recorded in your account. Market orders are subject to immediate execution and are difficult to cancel.
If required payment or delivery of securities is not made by the settlement date, ETC or your broker may, at its option and without further notice, charge interest on the amount shown on the face hereof or cancel, sell out, or buy in the subject securities and charge your account for any expense, losses, or other costs incurred.
Investments in securities are not guaranteed by ETC or your broker or by a bank, are not insured by the FDIC, and will fluctuate with changes in market conditions. When selling a security, you may receive more or less than your original investment.
The principal amount or commission described on the face hereof may include a fee for special services rendered. Other charges may include commissions paid to affiliates of ETC, local taxes, transaction fees, and exchange fees, among others. For customers who choose to convert from the currency in which the security or payment thereon is denominated, information provided with respect to principal, interest, dividend and/or yield is subject to fluctuation or applicable foreign currency exchange rates and costs including a markup charged by ETC. Further details are available upon written request.
The name of the party with whom this transaction was made and time of execution of the transaction will be furnished upon written request.
Securities purchased by you or held by ETC may be hypothecated and/or commingled with securities carried for other customers. Title to securities sold by you, where we have acted as agent for your broker-dealer acting as principal, shall remain with such broker-dealer until the entire purchase price is received or until settlement date, whichever is later. Where ETC processes security transactions as clearing agent for your broker, we do so without duty of inquiry or investigation to determine your broker's compliance with applicable laws, rules, by-laws, regulations and your instructions.
Call features for municipal bonds may exist that could affect the yield; complete information will be provided upon request. With respect to a zero coupon issue, you will not receive periodic payments, and the securities may be callable at a price below maturity value. Furthermore, a zero coupon issue that is callable and at (lesser form may be called without notice by mail to you unless the issue is registered.
For an asset-backed security (e.g., CMO, FNMA, FHLMC, or GNMA), the actual yield may vary according to the rate at which the underlying assets or receivables are prepaid. Information concerning factors that affect yield, including estimated yield, weighted average life, and prepayment assumptions, are available upon request.
The ratings that appear in the description of some fixed-income securities have been obtained from rating services that we believe to be reliable; however, we cannot guarantee their accuracy. Securities for which a rating is not available will be marked "Not Rated."
*Additional Fees may include a broker assist fee, an order handling fee and/or market order charges. ETC will charge a fee if you request to have certificates issued in your name and mailed to you.

**CRISTIAN DE COLLI**
**VIA A BALABANOFF 63**
**ROME00155**
**ITALY**

**Payment for Order Flow Disclosure**
Regulations require that all brokers/dealers inform their customers when a new account is opened and on an annual basis thereafter, of payment for order flow practices (compensation received for placing orders through specialists on registered U.S. exchanges, over-the-counter market makers, alternative trading systems, and electronic communications networks ("ECNs") (collectively, "market centers")). Consistent with the overriding principle of best execution, ETC routes orders to various market centers. ETC, its affiliates or your broker receives remuneration (generally in the form of per-share cash payments or through profit sharing arrangements) for directing orders to particular market centers for execution. Such remuneration is considered compensation to ETC or your broker, and the source and amount of any compensation received by the firm in connection with your transaction will be disclosed upon written request.
E✱Trade Financial Corporation has a financial interest in ISE Stock Exchange, LLC, CHX Holdings, Inc. (owner and operator of the Chicago Stock Exchange), and a subsidiary company (E✱TRADE Capital Markets, LLC) all of which are market centers that receive orders routed by ETC. ETC takes a number of factors into consideration in determining where to route customers' orders. ETC regularly and rigorously reviews transactions, broker-dealers and other market centers for execution quality. ETC is an indirect subsidiary of E✱TRADE Financial Corporation.

PLEASE REFER TO YOUR CUSTOMER AGREEMENT FOR THE COMPLETE TERMS AND CONDITIONS GOVERNING YOUR ACCOUNT. IF YOU HAVE ANY QUESTIONS REGARDING THIS CONFIRMATION, PLEASE CALL 201-308-4985.

ETC, member NYSE/FINRA/SIPC, carries your account and acts as your custodian for the funds and securities deposited with us directly by you, through your broker, or as a result of transactions we process for your account. Any inquiries regarding your positions and balances, please contact ETC at 201-308-4985. All other inquiries regarding your account or the activity therein should contact Tel +44.(0)207.516.1575

Login: NTY90900   Account: 70611161   CRISTIAN DE COLLI   SSN/TID:   Tier: Tin   ✉ : 0

## Account Activity

View: **Service View**  |  CMA Customer View

Printer-friendly version

Account Type: INDIVIDUAL

From: 2/8/2008   To: 5/9/2008   Type: (All)   Symbol:
Calendar         Calendar

| Date | Action | Qty | Symbol | Description | Price | Trans Type | Amount | Comsn |
|------|--------|-----|--------|-------------|-------|------------|--------|-------|
| 05/09/2008 3:05 PM | SLD | -125 | DRSFM | CALL DRS TECH JUN 065 AMEX 06/21/2008 EXPIRATION DATE CLOSING CONTRACT | $ 10.00 | Sold | $ 124,833.06 | $ 166.24 |
| 05/09/2008 3:01 PM | SLD | -8,692 | DRS | DRS TECHNOLOGIES INC | $ 73.95 | Sold | $ 642,769.80 | $ 0.00 |
| 05/09/2008 3:01 PM | SLD | -2,683 | DRS | DRS TECHNOLOGIES INC | $ 73.96 | Sold | $ 198,423.57 | $ 9.99 |
| 05/09/2008 11:24 AM | SLD | -14,425 | DRS | DRS TECHNOLOGIES INC | $ 73.99 | Sold | $ 1,067,289.78 | $ 9.99 |
| 05/09/2008 11:22 AM | SLD | -500 | DRSEM | CALL DRS TECH MAY 065 AMEX 05/17/2008 EXPIRATION DATE CLOSING CONTRACT | $ 9.00 | Sold | $ 449,362.49 | $ 634.99 |
| 05/08/2008 3:00 AM | BOT | 17,684 | DRS | DRS TECHNOLOGIES INC | $ 73.90 | Bought | $ -1,306,847.60 | $ 0.00 |
| 05/08/2008 3:00 AM | BOT | 2,500 | DRS | DRS TECHNOLOGIES INC | $ 72.48 | Bought | $ -181,209.99 | $ 9.99 |
| 05/08/2008 3:00 AM | BOT | 1,865 | DRS | DRS TECHNOLOGIES INC | $ 71.8111 | Bought | $ -133,937.64 | $ 9.99 |
| 05/08/2008 3:00 AM | BOT | 1,616 | DRS | DRS TECHNOLOGIES INC | $ 73.87 | Bought | $ -119,373.92 | $ 0.00 |
| 05/08/2008 3:00 AM | BOT | 1,435 | DRS | DRS TECHNOLOGIES INC | $ 71.85 | Bought | $ -103,104.75 | $ 0.00 |
| 05/08/2008 3:00 AM | BOT | 500 | DRS | DRS TECHNOLOGIES INC | $ 73.89 | Bought | $ -36,945.00 | $ 0.00 |
| 05/08/2008 3:00 AM | BOT | 100 | DRS | DRS TECHNOLOGIES INC | $ 73.88 | Bought | $ -7,397.99 | $ 9.99 |
| 05/08/2008 3:00 AM | BOT | 100 | DRS | DRS TECHNOLOGIES INC | $ 73.91 | Bought | $ -7,391.00 | $ 0.00 |
| 05/08/2008 3:00 AM | SCL | -176 | DRSEN | 176 DRS MAY-08 $70 CALLS (DRSEN) DRS TECHNOLOGIES INC COM MAY-08 $70 CALL | $ 4.00 | Sold To Close | $ 70,169.61 | $ 229.99 |
| 05/08/2008 3:00 AM | SCL | -379 | DRSEM | 379 DRS MAY-08 $65 CALLS (DRSEM) DRS TECHNOLOGIES INC COM MAY-08 $65 CALL | $ 8.20 | Sold To Close | $ 310,304.50 | $ 473.75 |
| 05/08/2008 3:00 AM | SCL | -320 | DRSEM | 320 DRS MAY-08 $65 CALLS (DRSEM) DRS TECHNOLOGIES INC COM MAY-08 $65 CALL | $ 7.50 | Sold To Close | $ 239,588.66 | $ 409.99 |
| 05/08/2008 3:00 AM | SCL | -300 | DRSEM | 300 DRS MAY-08 $65 CALLS (DRSEM) DRS TECHNOLOGIES INC COM MAY-08 $65 CALL | $ 9.00 | Sold To Close | $ 269,613.49 | $ 384.99 |

| 05/08/2008<br>3:00 AM | SCL | -260 | DRSEM | 260 DRS MAY-08 $65 CALLS<br>(DRSEM) DRS TECHNOLOGIES<br>INC COM MAY-08 $65 CALL | $ 7.50 | Sold To<br>Close | $ 194,663.91 | $<br>334.99 |
| 05/08/2008<br>3:00 AM | SCL | -200 | DRSEM | 200 DRS MAY-08 $65 CALLS<br>(DRSEM) DRS TECHNOLOGIES<br>INC COM MAY-08 $65 CALL | $ 9.00 | Sold To<br>Close | $ 179,739.00 | $<br>259.99 |
| 05/08/2008<br>3:00 AM | SCL | -121 | DRSEM | 121 DRS MAY-08 $65 CALLS<br>(DRSEM) DRS TECHNOLOGIES<br>INC COM MAY-08 $65 CALL | $ 8.30 | Sold To<br>Close | $ 100,268.19 | $<br>161.24 |

Next

web51w6m3

Login: NTY90900    Account: 70611161    CRISTIAN DE COLLI    SSN/TID:    Tier: Tin    ✉ : 0

## Account Activity

View: Service View  |  CMA Customer View                           Printer-friendly version

Account Type: INDIVIDUAL

From: 2/8/2008    To: 5/9/2008    Type: (All)    Symbol:
    Calendar          Calendar

| Date | Action | Qty | Symbol | Description | Price | Trans Type | Amount | Comsn |
|------|--------|-----|--------|-------------|-------|-----------|--------|-------|
| 05/08/2008 3:00 AM | SCL | -200 | DRSFN | 200 DRS JUN-08 $70 CALLS (DRSFN) DRS TECHNOLOGIES INC COM JUN-08 $70 CALL | $ 6.00 | Sold To Close | $ 119,739.33 | $ 259.99 |
| 05/08/2008 3:00 AM | SCL | -285 | DRSFM | 285 DRS JUN-08 $65 CALLS (DRSFM) DRS TECHNOLOGIES INC COM JUN-08 $65 CALL | $ 10.00 | Sold To Close | $ 284,632.16 | $ 366.24 |
| 05/08/2008 3:00 AM | SCL | -200 | DRSFM | 200 DRS JUN-08 $65 CALLS (DRSFM) DRS TECHNOLOGIES INC COM JUN-08 $65 CALL | $ 9.00 | Sold To Close | $ 179,739.00 | $ 259.99 |
| 05/08/2008 3:00 AM | SCL | -50 | DRSFM | 50 DRS JUN-08 $65 CALLS (DRSFM) DRS TECHNOLOGIES INC COM JUN-08 $65 CALL | $ 10.00 | Sold To Close | $ 49,927.23 | $ 72.49 |
| 05/07/2008 3:00 AM | BCL | 100 | DRSEN | 100 DRS MAY-08 $70 CALLS (DRSEN) DRS TECHNOLOGIES INC COM MAY-08 $70 CALL | $ 0.45 | Bought To Open | $ -4,634.99 | $ 134.99 |
| 05/07/2008 3:00 AM | BCL | 298 | DRSEM | 298 DRS MAY-08 $65 CALLS (DRSEM) DRS TECHNOLOGIES INC COM MAY-08 $65 CALL | $ 1.85 | Bought To Open | $ -55,512.49 | $ 382.49 |
| 05/07/2008 3:00 AM | BCL | 261 | DRSEM | 261 DRS MAY-08 $65 CALLS (DRSEM) DRS TECHNOLOGIES INC COM MAY-08 $65 CALL | $ 1.95 | Bought To Open | $ -51,231.24 | $ 336.24 |
| 05/07/2008 3:00 AM | BCL | 80 | DRSEM | 80 DRS MAY-08 $65 CALLS (DRSEM) DRS TECHNOLOGIES INC COM MAY-08 $65 CALL | $ 1.80 | Bought To Open | $ -14,509.99 | $ 109.99 |
| 05/07/2008 3:00 AM | BCL | 20 | DRSEM | 20 DRS MAY-08 $65 CALLS (DRSEM) DRS TECHNOLOGIES INC COM MAY-08 $65 CALL | $ 1.60 | Bought To Open | $ -3,234.99 | $ 34.99 |
| 05/06/2008 3:00 AM | SLD | 3,000 | DRS | DRS TECHNOLOGIES INC | $ 63.0743 | Sold | $ 189,211.94 | $ 9.99 |
| 05/06/2008 3:00 AM | SLD | 2,100 | DRS | DRS TECHNOLOGIES INC | $ 62.9105 | Sold | $ 132,101.28 | $ 9.99 |
| 05/06/2008 3:00 AM | SLD | -400 | DRS | DRS TECHNOLOGIES INC | $ 63.7932 | Sold | $ 25,507.14 | $ 9.99 |
| 05/06/2008 3:00 AM | SLD | -200 | DRS | DRS TECHNOLOGIES INC | $ 63.432 | Sold | $ 12,676.33 | $ 9.99 |
| 05/06/2008 3:00 AM | BCL | 500 | DRSEM | 500 DRS MAY-08 $65 CALLS (DRSEM) DRS TECHNOLOGIES INC COM MAY-08 $65 CALL | $ 0.85 | Bought To Open | $ -43,134.99 | $ 634.99 |
| 05/06/2008 3:00 AM | BCL | 351 | DRSEM | 351 DRS MAY-08 $65 CALLS (DRSEM) DRS TECHNOLOGIES INC COM MAY-08 $65 CALL | $ 1.15 | Bought To Open | $ -40,813.74 | $ 448.74 |

| 05/06/2008<br>3:00 AM | BCL | 184 | DRSEM | 184 DRS MAY-08 $65 CALLS<br>(DRSEM) DRS TECHNOLOGIES INC<br>COM MAY-08 $65 CALL | $ 1.10 | Bought<br>To Open | $ -20,470.00 | $<br>230.00 |
|---|---|---|---|---|---|---|---|---|
| 05/06/2008<br>3:00 AM | BCL | 150 | DRSEM | 150 DRS MAY-08 $65 CALLS<br>(DRSEM) DRS TECHNOLOGIES INC<br>COM MAY-08 $65 CALL | $ 1.15 | Bought<br>To Open | $ -17,447.49 | $<br>197.49 |
| 05/06/2008<br>3:00 AM | BCL | 120 | DRSEM | 120 DRS MAY-08 $65 CALLS<br>(DRSEM) DRS TECHNOLOGIES INC<br>COM MAY-08 $65 CALL | $ 1.05 | Bought<br>To Open | $ -12,759.99 | $<br>159.99 |
| 05/06/2008<br>3:00 AM | BCL | 87 | DRSEM | 87 DRS MAY-08 $65 CALLS<br>(DRSEM) DRS TECHNOLOGIES INC<br>COM MAY-08 $65 CALL | $ 1.00 | Bought<br>To Open | $ -8,818.74 | $<br>118.74 |
| 05/06/2008<br>3:00 AM | BCL | 25 | DRSEM | 25 DRS MAY-08 $65 CALLS<br>(DRSEM) DRS TECHNOLOGIES INC<br>COM MAY-08 $65 CALL | $ 1.05 | Bought<br>To Open | $ -2,666.24 | $ 41.24 |

Prev   Next

web51w6m3

Login: NTY90900    Account: 70611161    CRISTIAN DE COLLI    SSN/TID:    Tier: Tin    ✉ : 0

## Account Activity

Printer-friendly version

View: **Service View**  |  CMA Customer View

Account Type: INDIVIDUAL

From: 2/8/2008   To: 5/9/2008   Type: (All)   Symbol: 
Calendar          Calendar

| Date | Action | Qty | Symbol | Description | Price | Trans Type | Amount | Comsn |
|------|--------|-----|--------|-------------|-------|-----------|--------|-------|
| 05/06/2008 3:00 AM | BCL | 4 | DRSEM | 4 DRS MAY-08 $65 CALLS (DRSEM) DRS TECHNOLOGIES INC COM MAY-08 $65 CALL | $ 0.95 | Bought To Open | $ -394.99 | $ 14.99 |
| 05/06/2008 3:00 AM | BCL | 200 | DRSFM | 200 DRS JUN-08 $65 CALLS (DRSFM) DRS TECHNOLOGIES INC COM JUN-08 $65 CALL | $ 2.60 | Bought To Open | $ -52,259.99 | $ 259.99 |
| 05/06/2008 3:00 AM | BCL | 100 | DRSFM | 100 DRS JUN-08 $65 CALLS (DRSFM) DRS TECHNOLOGIES INC COM JUN-08 $65 CALL | $ 2.60 | Bought To Open | $ -26,134.99 | $ 134.99 |
| 05/06/2008 3:00 AM | BCL | 10 | DRSFM | 10 DRS JUN-08 $65 CALLS (DRSFM) DRS TECHNOLOGIES INC COM JUN-08 $65 CALL | $ 2.95 | Bought To Open | $ -2,972.49 | $ 22.49 |
| 05/02/2008 12:00 AM | BCL | 76 | DRSEN | 76 DRS MAY-08 $70 CALLS (DRSEN) DRS TECHNOLOGIES INC COM MAY-08 $70 CALL | $ 0.25 | Bought To Open | $ -2,004.99 | $ 104.99 |
| 05/02/2008 12:00 AM | BCL | 200 | DRSFN | 200 DRS JUN-08 $70 CALLS (DRSFN) DRS TECHNOLOGIES INC COM JUN-08 $70 CALL | $ 1.05 | Bought To Open | $ -21,259.99 | $ 259.99 |
| 04/29/2008 3:00 AM | MS-JNL | 0 | | TRANSFER BAL TO MARGIN | $ 0.00 | Other | $ 55.43 | $ 0.00 |
| 04/29/2008 3:00 AM | MS-JNL | 0 | | TRANSFER BAL FROM CASH | $ 0.00 | Other | $ -55.43 | $ 0.00 |
| 04/29/2008 3:00 AM | BOT | 1,500 | DRS | DRS TECHNOLOGIES INC | $ 61.90 | Bought | $ -92,859.99 | $ 9.99 |
| 04/29/2008 3:00 AM | BCL | 66 | DRSFM | 66 DRS JUN-08 $65 CALLS (DRSFM) DRS TECHNOLOGIES INC COM JUN-08 $65 CALL | $ 1.80 | Bought To Open | $ -11,972.49 | $ 92.49 |
| 04/29/2008 3:00 AM | BCL | 65 | DRSFM | 65 DRS JUN-08 $65 CALLS (DRSFM) DRS TECHNOLOGIES INC COM JUN-08 $65 CALL | $ 1.75 | Bought To Open | $ -11,466.24 | $ 91.24 |
| 04/29/2008 3:00 AM | BCL | 60 | DRSFM | 60 DRS JUN-08 $65 CALLS (DRSFM) DRS TECHNOLOGIES INC COM JUN-08 $65 CALL | $ 1.80 | Bought To Open | $ -10,884.99 | $ 84.99 |
| 04/29/2008 3:00 AM | BCL | 59 | DRSFM | 59 DRS JUN-08 $65 CALLS (DRSFM) DRS TECHNOLOGIES INC COM JUN-08 $65 CALL | $ 1.75 | Bought To Open | $ -10,408.74 | $ 83.74 |
| 04/28/2008 3:00 AM | XC-INT | 0 | 00099A109 | INTEREST ON CASH BALANCE AT 0.498% 04/16 THRU 04/25 APY 0.4999% | $ 0.00 | Interest | $ 31.15 | $ 0.00 |
| 04/28/2008 | XC- | 0 | 00099A109 | INTEREST ON CASH BALANCE AT 0.647% 04/10 THRU 04/15 APY | $ 0.00 | Interest | $ 24.28 | $ 0.00 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 3:00 AM | INT | | | 0.6499% | | | | |
| 04/28/2008 3:00 AM | SLD | 1,000 | GFF | GRIFFON CORP | $ 9.19 | Sold | $ 9,179.95 | $ 9.99 |
| 04/28/2008 3:00 AM | SLD | 4,800 | ENTU | ENTRUST INC | $ 2.40 | Sold | $ 11,509.94 | $ 9.99 |
| 04/28/2008 3:00 AM | SLD | -200 | ENTU | ENTRUST INC | $ 2.4001 | Sold | $ 480.01 | $ 0.00 |
| 04/24/2008 3:00 AM | BOT | 200 | DRS | DRS TECHNOLOGIES INC | $ 59.86 | Bought | $ -11,981.99 | $ 9.99 |
| 04/22/2008 3:00 AM | BOT | 1,000 | GFF | GRIFFON CORP | $ 9.17 | Bought | $ -9,179.99 | $ 9.99 |

Prev   Next

web51w6m3

Login: NTY90900    Account: 70611161 ☑    CRISTIAN DE COLLI ☑    SSN/TID:        Tier: Tin      ☒ : 0

## Account Activity
View: Service View | CMA Customer View      Printer-friendly version

Account Type: INDIVIDUAL

From: 2/8/2008    To: 5/9/2008    Type: (All)                    ☑  Symbol: _____  ☑
      Calendar        Calendar

| Date | Action | Qty | Symbol | Description | Price | Trans Type | Amount | Comsn |
|------|--------|-----|--------|-------------|-------|-----------|--------|-------|
| 04/22/2008 3:00 AM | BOT | 5,000 | ENTU | ENTRUST INC | $ 2.36 | Bought | $ -11,809.99 | $ 9.99 |
| 04/22/2008 3:00 AM | BOT | 1,500 | DRS | DRS TECHNOLOGIES INC | $ 59.80 | Bought | $ -89,709.99 | $ 9.99 |
| 04/21/2008 3:00 AM | MS-JNL | 0 | | TRANSFER BAL TO MARGIN | $ 0.00 | Other | $ 101,963.00 | $ 0.00 |
| 04/21/2008 3:00 AM | MS-JNL | 0 | | TRANSFER BAL FROM CASH | $ 0.00 | Other | $ -101,963.00 | $ 0.00 |
| 04/21/2008 3:00 AM | BOT | 1,000 | DRS | DRS TECHNOLOGIES INC | $ 60.00 | Bought | $ -60,009.99 | $ 9.99 |
| 04/18/2008 3:00 AM | WI-IWR | 0 | | INWIRE - FTS0804169144400 | $ 0.00 | Deposit | $ 101,963.00 | $ 0.00 |
| 04/17/2008 3:00 AM | MS-JNL | 0 | | TRANSFER BAL TO MARGIN | $ 0.00 | Other | $ 240,963.00 | $ 0.00 |
| 04/17/2008 3:00 AM | MS-JNL | 0 | | TRANSFER BAL FROM CASH | $ 0.00 | Other | $ -240,963.00 | $ 0.00 |
| 04/17/2008 3:00 AM | BOT | 1,000 | DRS | DRS TECHNOLOGIES INC | $ 59.50 | Bought | $ -59,509.99 | $ 9.99 |
| 04/16/2008 3:00 AM | WI-IWR | 0 | | INWIRE - FTS0804141008800 | $ 0.00 | Deposit | $ 240,963.00 | $ 0.00 |
| 04/15/2008 3:00 AM | BCL | 100 | DRSFM | 100 DRS JUN-08 $65 CALLS (DRSFM) DRS TECHNOLOGIES INC COM JUN-08 $65 CALL | $ 1.00 | Bought To Open | $ -10,134.99 | $ 134.99 |
| 04/11/2008 3:00 AM | MS-JNL | 0 | | TRANSFER BAL TO MARGIN | $ 0.00 | Other | $ 78,963.00 | $ 0.00 |
| 04/11/2008 3:00 AM | MS-JNL | 0 | | TRANSFER BAL FROM CASH | $ 0.00 | Other | $ -78,963.00 | $ 0.00 |
| 04/10/2008 3:00 AM | WI-IWR | 0 | | INWIRE - FTS0804086190900 | $ 0.00 | Deposit | $ 78,963.00 | $ 0.00 |
| 04/10/2008 3:00 AM | BOT | 500 | DRS | DRS TECHNOLOGIES INC | $ 58.39 | Bought | $ -29,204.99 | $ 9.99 |

Prev

web51w6m3



**THE BANK OF NEW YORK MELLON**

```
A-C:-ET6575-9626
EXPANDED DETAIL (FT):
FRM:  ABA/121137522 COMERICA BANK SAN JOSE, CALIFORNIA
A/C:  /ET6575-9626 ZACCARDO
O/B:  /1891733162 AUBURN, CA 95603
B/O:  PLACER TITLE
DTLS: E TRADE, BOX 1542 MERRYFIELD, VA22116 JOSEPH AND DAWNZACCARDO-1504-310
      0, TW,530-268-2850
TIME: 12:45


FDC0804100657500    SWF OF 08-04-10         145,745.92       SAME DAY
B-O:BIW BANK FUER INVESTMENTS UND
EXPANDED DETAIL (FT):
FRM:  MBR/0002 JP MORGAN CHASE BANK NA BROOKLYN, N.Y. 11245
B/O:  BIW BANK FUER INVESTMENTS UND WERTPAPIERE AG BAHNSTR 33 47877 WILLICH
O/B:  DRESDNER BANK AG FRANKFURT FRANKFURT GERMANY D-60301
DTLS: SETTLEMENT VALUE 10.04.2008
BKBK: E TRADE FINANCIAL 10951 WHITE ROCK ROAD RANCHO CORDOVA, CA95670
TIME: 02:00


FTS0804101996300    ET 6093-3814           100,000.00       SAME DAY
B-O:BERKOVICH AVROKHOM YESHAYA
EXPANDED DETAIL (FT):
DBT:  ALFA BANK MOSCOW, RUSSIA 10707
B/O:  /40820840004220000283 BERKOVICH AVROKHOM YESHAYA UL 17550 JEANETTE ST.
      MICHIGAN, USA
O/B:  ABIC/ALFARUMM
DTLS: ET 6093-3814
TIME: 03:34


FTS0804101844100    ET60612339              99,975.00       SAME DAY
A-C:-ET60612339
EXPANDED DETAIL (FT):
DBT:  WESTPAC BANKING CORPORATION SYDNEY,2000 NSW AUSTRALIA
A/C:  /ET60612339 MARK KING
O/B:  ABIC/WPACAU2S
B/O:  /037133315072 4221
DTLS: FOR FURTHER CREDIT TO MARK KING ACCOUNT NO: ET6061 2339
BKBK: /ACC/E TRADE SECURITIES
TIME: 09:07


FDC0804100316500    SWF OF 08-04-09          84,409.50       SAME DAY
B-O:E TRADE CLEARING LLC
EXPANDED DETAIL (FT):
FRM:  MBR/0002 JP MORGAN CHASE BANK NA BROOKLYN, N.Y. 11245
B/O:  E TRADE CLEARING LLC 671 N GLEBE ROAD ARLINGTON U.S.A.
O/B:  FX OPERATIONS NEW YORK NY
DTLS: FFC ETRADE CLEARING LLC ACC 09801200
BKBK: /PRODUCT/FX ETRADE SECURITIES LTD
TIME: 22:48


FTS0804086190900    ET70611161              78,963.00       SAME DAY
A-C:-ET70611161
EXPANDED DETAIL (FT):
DBT:  UNICREDIT BANCA SPA I-20121 MILAN, ITALY
A/C:  /ET70611161 DE COLLI CRISTIAN
O/B:  ABIC/FEBIITM1
B/O:  /IT05W0301503200USD010031491 ROMA
DTLS: ET70611161 DE COLLI CRISTIAN 11TH FLOOR
TIME: 09:06


FDC0804101755700    ET70611956              77,900.00       SAME DAY
A-C:-ET70611956
EXPANDED DETAIL (FT):
FRM:  MBR/0959 BANK OF AMERICA N.A. NEW YORK, N.Y. 10001
A/C:  /ET70611956 BRIDE QUINN
O/B:  SWF/DABAIE2D
B/O:  DELANY QUINN SOLICITORS,MAIN STREET /IE46DABA95169691046055
```

THE BANK OF NEW YORK MELLON

TIME: 09:58

```
FDC0804161540200    ET 58600302         500,000.00        SAME DAY
B-O:MRS KATHLEEN CEDERGREN
EXPANDED DETAIL (FT):
FRM: MBR/0008 CITIBANK N.A. NEW YORK, NEW YORK 10043
B/O: MRS KATHLEEN CEDERGREN 12 CEDAR HOUSE MARLOES ROAD LONDON UNITED KINGD
     OM W8 5LA
O/B: SWF/CITIGB2L
DTLS: INVESTMENTS
BKBK: /REC/FFC ET 58600302 JONAS CEDERGRE//N BANK OF NEW YORK 1 WALL STREET
     //NEW YORK USA IRVTUS3N E TRADE SECURITIES
TIME: 07:51

FDF0804160037400    2020T08041602176    384,084.92        SAME DAY
B-O:ETRADE SECURITIES (HONG KONG)
EXPANDED DETAIL (FT):
FRM: ABA/026002561 STANDARD CHARTERED BANK NEW YORK, NY 10010-3603
B/O: /000000044710379318 ETRADE SECURITIES (HONG KONG) LTD ROOM 2401 12 TWO
     PACIFIC PLACE 88 QUEENSWAY CENTRAL HK HONG KONG
O/B: SWF/SCBLHKHH HONG KONG
BKBK: ETRADE SECURITIES INC NY US
TIME: 06:00

FDC0804163086900    SWF OF 08-04-16     264,386.05        SAME DAY
B-O:E TRADE CLEARING LLC
EXPANDED DETAIL (FT):
FRM: MBR/0002 JP MORGAN CHASE BANK NA BROOKLYN, N.Y. 11245
B/O: E TRADE CLEARING LLC 135 E 57TH STREET NEW YORK US
O/B: JPMORGAN CHASE BANK LONDON EC3, ENGLAND
DTLS: REF: STANDARD CHARTERED REC FFC: 09802000 18
BKBK: ETRADE CLEARING LLC
TIME: 16:29

FDC0804161079400    81071603939         250,000.00        SAME DAY
B-O:MR JUNEAU SAMUEL
EXPANDED DETAIL (FT):
FRM: MBR/0807 CALYON NEW YORK, N.Y. 10019
B/O: MR JUNEAU SAMUEL 24350 MENSIGNAC FRANCE
O/B: CAISSE REGIONALE DE CREDIT BERGERAC
DTLS: REGLEMENT MR JUNEAU SAMUEL
BKBK: MR JUNEAU SAMUEL 316 S 2ND STREET BANGOR PA 18013
TIME: 05:47

FTS0804141008800    ET70611161          240,963.00        SAME DAY
B-O:-IT05W0301503200USD010031491
EXPANDED DETAIL (FT):
DBT: UNICREDIT BANCA SPA I-20121 MILAN, ITALY
B/O: /IT05W0301503200USD010031491 DE COLLI CRISTIAN VIA A. BALABANOFF 63 RO
     MA
O/B: ABIC/FEBIITM1
DTLS: ET70611161 DE COLLI CRISTIAN
TIME: 09:06

FDC0804161565700    ET 62115470         200,000.00        SAME DAY
B-O:HUNG CHAO-HUNG -HUNG WANG SHU-
EXPANDED DETAIL (FT):
FRM: MBR/0799 UBS A.G. STAMFORD, CT
B/O: HUNG CHAO-HUNG /HUNG WANG SHU-NU 9F-3, NO 126, WUQUAN W. 4TH ST, WEST
     DISTRICT, TAICHUNG CITY 403 TAIWAN, ROC
O/B: SWF/UBSWSGSGXXX
DTLS: NAME : HUNG, CHAO HUNG ET 62115470 E TRADE SECURITIES
BKBK: D/107.38008.00
TIME: 08:04

FTJ0804163030844    ET61731648          149,978.00        SAME DAY
B-O:-L220105375
EXPANDED DETAIL (FT):
```

22.



THE BANK OF NEW YORK MELLON

```
FTS0804169060000    ET 6722-3613            200,000.00      SAME DAY
B-O:-CZ1603000000000182806485
EXPANDED DETAIL (FT):
DBT:  CESKOSLOVENSKA OBCHODNI BANKA A.S. 150 57 PRAGUE 5, CZECH REPUBLIC
B/O:  /CZ1603000000000182806485 KAREL BASTL TRAUBOVA 1915/3A BRNO CERNA POLE
      ,60200, CZ
DTLS: TRANSFER ET 6722-3613
TIME: 09:03
```

```
FDF0804181132100    00575420080418PW        143,651.00      SAME DAY
A-C:-ET67730519
EXPANDED DETAIL (FT):
FRM:  ABA/026007993 UBS A.G. STAMFORD, CT
A/C:  /ET67730519 J KELLEY WILLIAMS, JR.
O/B:  SWF/WEBRUS33FFT
B/O:  / GH 29810 JACKSON MS 39211-6717
BKBK: E TRADE SECURITIES, INC
TIME: 14:28
```

```
FDC0804182483600    ET64406646             119,500.00      SAME DAY
B-O:MR PHILIP JAMES KELLY
EXPANDED DETAIL (FT):
FRM:  MBR/0108 HSBC BANK USA NEW YORK, N.Y. 10005-1180
B/O:  MR PHILIP JAMES KELLY 80 LASALLE STREET APARTMENT 5E NEW YORK NY10027
      USA /10383589
O/B:  HSBC BANK PLC LONDON
DTLS: REF FFC PHILIP JAMES KELLY ET64406646 E TRADE SECURITIES
BKBK: 7X18048MM1803604
TIME: 10:57
```

```
FDC0804182484000    7X18048MM1803935       119,500.00      SAME DAY
B-O:MR DOUG MARK BEWSHER
EXPANDED DETAIL (FT):
FRM:  MBR/0108 HSBC BANK USA NEW YORK, N.Y. 10005-1180
B/O:  MR DOUG MARK BEWSHER 104 9TH AVENUE SAN FRANCISCO CA 94118 USA /447825
      34
O/B:  HSBC BANK PLC LONDON
DTLS: FFC ACC 64954563 DOUG BEWSHER REASON PERSONAL EXPENSES
BKBK: E TRADE CLEARING LLC
TIME: 10:57
```

```
FTS0804186878900    ET 70113167            118,280.00      SAME DAY
B-O:CHESTERMAN CO LTD
EXPANDED DETAIL (FT):
DBT:  BANK OF SCOTLAND PLC GLASGOW G2 5DZ, SCOTLAND
B/O:  /12202301603108 CHESTERMAN CO LTD 21ST FLOOR,ICBC TOWER,CITIBANK PLAZA
      ,CENTRAL HONG KONG,
O/B:  ABIC/BOFSJES1002
DTLS: ET 70113167 AC NAME DANIEL J O RIORDAN
TIME: 14:17
```

```
FTS0804169144400    ET70611161             101,963.00      SAME DAY
A-C:-ET70611161
EXPANDED DETAIL (FT):
DBT:  UNICREDIT BANCA SPA I-20121 MILAN, ITALY
A/C:  /ET70611161 DE COLLI CRISTIAN
O/B:  ABIC/FEBIITM1
B/O:  /IT05W0301503200USD010031491 ROMA
DTLS: ET70611161 DE COLLI CRISTIAN
TIME: 09:02
```

```
FDC0804180396800    ET 62031281            80,000.00       SAME DAY
B-O:YAP TONG CHING
EXPANDED DETAIL (FT):
FRM:  MBR/0959 BANK OF AMERICA N.A. NEW YORK, N.Y. 10001
B/O:  YAP TONG CHING ADDRESS - NO.403 HOE GUAN FLAT BRUNEI DARUSSALAM /60007
      06316599
```

# Exhibit 5



REGISTRATI | PUBBLICA TESI | MASTER | PREMI LAUREA | CONTATTACI | DOCENTI | HOME PAGE | INTL VERSION

**L'UNICO SITO DEDICATO ALLA CONSERVAZIONE E ALLA DIVULGAZIONE DELLE TESI DI LAUREA, MASTER, DOTTORATO E SPECIALIZZAZIONE**

# Lettera di presentazione

## Gianluca De Colli

Roma, 10 Ottobre 2006

Buongiorno,
mi chiamo Gianluca De Colli, ho 29 anni e mi sono laureato in Ingegneria Chimica nell'ottobre 2002.
Nel marzo 2003 sono stato assunto presso una industria metalmeccanica del Friuli (la Mangiarotti S.p.A.), produttrice di apparecchiature a pressione per impianti chimici, petrolchimici e farmaceutici, dove ho potuto continuare ad occuparmi, con grande interesse e soddisfazione, della parte materiali. Successivamente a tale esperienza ho fatto ritorno nella mia città, passando attraverso un'assunzione in Finmeccanica e successivamente in Eni, dove a tutt'oggi lavoro.
La tesi da me pubblicata, composta da 12 capitoli, approfondisce gli aspetti metallurgici ed i comportamenti di tutte le tipologie di acciai esistenti, nell'ambito delle applicazioni industriali ed in particolare dell'impiantistica energetica. La parte teorica, che introduce allo studio sperimentale, risulta quindi molto complessa ed articolata e può essere di grande utilità per chiunque si dovesse trovare ad affrontare temi in cui le caratteristiche meccaniche degli acciai, in relazione a diverse condizioni ambientali, siano la parte fondamentale dello studio da affrontare.
Spero che il mio lavoro di tesi sia utile al maggior numero di persone possibile.
Cordiali saluti.
Gianluca De Colli

**Visita la tesi di Gianluca De Colli:**
**Studio della interazione acciaio-idrogeno nell'ambito di impianti energetici avanzati**

Ringraziamo le aziende che hanno scelto di sostenere il progetto Tesionline:

| comit energy pharma s.r.l. | fest - formazione emergenza sanitaria torino | gidue s.p.a. | wmldesign | ergon studio associato | Tutte le aziende |

> SEGNALA QUESTA PAGINA <

| Scrivici | Cerca tesi | Pubblica tesi | FAQ | Ultime tesi pubblicate | Registrati | Elenco tesi | Borse di studio | Approfondimenti | Libri usati | Parole chiave | Tesi del giorno | Aforismi | Biografie | Glossario | Personaggi | Cronologia | Formazione | Database dei master | Babele | Cinema | Economia | Fotografia | Geo | Sociologia | Traduzioni | Home personale | Largo agli autori | Docenti | Aree disciplinari | Premi | Tesi in libreria | Consultazioni tesi dall'estero | Amref e Tesionline | Tesionline.ro | Tesionline.com

La redazione è a tua disposizione dalle ore 9:00 alle ore 18:30 (dal lunedì al venerdì) - tel. 039 6188014        Tesionline Srl P.IVA 01096380116   |   Pubblicità   |   Privacy



DIVISION
EXHIBIT
5

Google™

This page was automatically translated from Italian.
View original web page or mouse over text to view original language.

Back to search results
Remove frame

# Tesionline
S H A R E   Y O U R   K N O W L E D G E

RICERCA
FAQ

> RICERCA TESI <

REGISTER   PUBLIC VIEW   MASTER   PR user   NTACT   TEACHERS   HOME PAGE   INTL VERSION

| L'UNICO SITO DEDICATO ALLA CONSERVAZIONE E ALLA DIVULGAZIONE DELLE TESI DI LAUREA, MASTER, DOTTORATO E SPECIALIZZAZIONE |

## Letter of submission

### Gianluca De Colli

Rome, 10 October 2006

Hello,
My name is Gianluca De Colli, I have 29 years and I graduated in Chemical Engineering in 2002.
In March 2003 I was hired at a metalworking industry del Friuli (Mangiarotti SpA), a manufacturer of pressure equipment for chemical plants, petrochemical and pharmaceutical where I could continue to deal with great interest and satisfaction of part materials. After that experience I did back in my city, passing through an appointment for Finmeccanica and then in Eni, where still working.
The thesis that I published, composed of 12 chapters, deeper aspects metallurgical and behaviour of all types of steel existing framework of industrial applications and in particular dell'impiantistica energy. The theoretical part, which introduces the experimental study, is very complex and articulated and can be very helpful for anyone who can be found to address issues in which the mechanical properties of steels, in relation to different environmental conditions, are the key part of study to be addressed.
I hope that my thesis work is useful to as many people as possible.
Sincerely.
Gianluca De Colli

### Visit the thesis Gianluca De Colli:
### Study of interaction steel-hydrogen in advanced energy plants

We thank the companies that have chosen to support the thesis project:

| Comit energy pharma Ltd. | fest - training health emergency torino | gidue spa | wmldesign | ergon study associated | All firms |

> SEGNALA QUESTA PAGINA <

| Mail | Search thesis | Post thesis | FAQ | What thesis published | Register | List thesis | Scholarships | Focus | Used books | Keywords | Thesis of the day |
Aforismi | Biographies | Glossary | Celebrities | History | Education | Database master | Babel | Film | Economy | Photography | Geo | Sociology | Translation |
Home | Largo to authors | Teachers | Areas disciplinary | Press | Thesis in library | Consultations thesis from abroad | Amref and thesis | Tesionline.ro | thesis. com

The wording is at your disposal from 9:00 hours to 18:30 hours (Monday to Friday) - tel. 039 6188014

Thesis Srl VAT 01096380116 | Advertising | Privacy

 

| REGISTRATI | PUBBLICA TESI | MASTER | PREMI LAUREA | CONTATTACI | DOCENTI | HOME PAGE | INTL VERSION |

| L'UNICO SITO DEDICATO ALLA CONSERVAZIONE E ALLA DIVULGAZIONE DELLE TESI DI LAUREA, MASTER, DOTTORATO E SPECIALIZZAZIONE |

# Curriculum vitae

## Gianluca De Colli





» **Visita la tesi di Gianluca De Colli**
» **Manda un messaggio**

### Studi

- Laurea in **Ingegneria Chimica**
  conseguita presso: Università degli Studi di Roma La Sapienza
  nell'anno 2001-02
  con una votazione di 109 su 110
- Diploma di maturità conseguito presso il Liceo scientifico
  con votazione 58/60°

### Esperienze lavorative

- Dal 2005 lavora nel settore Chimica - Petrolchimica - Gomma e Materie Plastiche
  con mansione: Direzione Aprovvigionamenti
  presso ENI S.p.A.
  Mi accupo di acquistare apparecchiature industriali e appaltare lavori e servizi nell'area raffinazione di ENI
  (Raffinerie)

- Dal 2004 ha lavorato nel settore Informatica - Telecomunicazioni con mansione: Ufficio acuisti di Gruppo presso Finmeccanica S.p.A.
- Dal 2003 ha lavorato nel settore Metallurgia - Siderurgia - Meccanica con mansione: Controllo qualità - Progettazione
  presso Mangiarotti S.p.A.

**Lingue straniere**

- Inglese parlato e scritto: buono
- Spagnolo parlato e scritto: discreto
- Francese parlato e scritto: discreto

**Conoscenze informatiche: buon livello**

Ringraziamo le aziende che hanno scelto di sostenere il progetto Tesionline:

| comit energy pharma s.r.l. | fest - formazione emergenza sanitaria torino | gidue s.p.a. | wmldesign | ergon studio associato | Tutte le aziende |

> SEGNALA QUESTA PAGINA <

| Scrivici | Cerca tesi | Pubblica tesi | FAQ | Ultime tesi pubblicate | Registrati | Elenco tesi | Borse di studio | Approfondimenti | Libri usati | Parole chiave | Tesi del giorno | Aforismi | Biografie | Glossario | Personaggi | Cronologia | Formazione | Database dei master | Babele | Cinema | Economia | Fotografia | Geo | Sociologia | Traduzioni | Home personale | Largo agli autori | Docenti | Aree disciplinari | Premi | Tesi in libreria | Consultazioni tesi dall'estero | Amref e Tesionline | Tesionline.ro | Tesionline.com

La redazione è a tua disposizione dalle ore 9:00 alle ore 18:30 (dal lunedì al venerdì) - tel. 039 6188014          Tesionline Srl P.IVA 01096380116   |   Pubblicità   |   Privacy

http://www.tesionline.it/autori/curriculum.jsp?userId=260307 (2 of 2)5/14/2008 6:54:00 PM



*La vita e' bella*

**Tesionline**
SHARE YOUR KNOWLEDGE

RICERCA | COME PUBBLICARE | COME CONSULTARE | CHI SIAMO | FAQ

user [        ] | Password?

**22.500 euro**

> RICERCA TESI <

REGISTER    PUBLIC VIEW    MASTER    PRIZES DEGREE    CONTACT    TEACHERS    HOME PAGE    INTL VERSION

| L'UNICO SITO DEDICATO ALLA CONSERVAZIONE E ALLA DIVULGAZIONE DELLE TESI DI LAUREA, MASTER, DOTTORATO E SPECIALIZZAZIONE |

---

## Curriculum vitae

### Gianluca De Colli



"Visit the thesis Gianluca De Colli
"Send a message

**Università di Siena - CGT**
Il Centro di eccellenza per le Scienze della Terra
www.geotecnologie.unisi.it

**Massimo Paolo Gentili**
Consulenza Sicav Fondi SIM SGR Banche Intermediari
finanziari
www.gentili.co.uk

**Goldoni luca**
Cerca nel nostro Catalogo! più di 2.5 milioni disponibili
www.libreriauniversitaria.it

**Economia politica**
Laurea specialistica - Master Università della Svizzera
italiana
www.master.unisi.ch

Annunci Google

### Studies

- Degree in **Chemical Engineering**
  obtained at: University of Rome La Sapienza
  in 2001-02
  with a vote of 109 to 110
- Diploma of maturity achieved at Liceo Scientific
  with vote 58/60 °

### Work experience

- Since 2005 working in the field Chemistry - Petrochemicals - Rubber and Plastics
  with occupation: Directorate Aprovvigionamenti
  at ENI SpA
  I accupo to buy industrial equipment and contract works and services in the refining of ENI (Refineries)
- Since 2004 he has worked in Information Technology - Telecommunications with occupation: Office acuisti Group
  at Finmeccanica SpA
- Since 2003 he has worked in Metallurgy - Steel - Mechanics with occupation: Quality Control - Design
  at Mangiarotti SpA

### Foreign languages

- English spoken and written: good
- Spanish spoken and written: discreet
- French spoken and written: discreet

### Computer skills: good level

We thank the companies that have chosen to support the thesis project:

| Comit energy pharma Ltd. | fest - training health emergency torino | gidue spa | wmldesign | **ergon study associated** | All firms |

**Goldoni luca**
Cerca nel nostro Catalogo! più di
2.5 milioni disponibili
www.libreriauniversitaria.it

**Economia politica**
Laurea specialistica - Master
Università della Svizzera italiana
www.master.unisi.ch

**Hotel Village Eden**
Calabria camere a 30mt da
spiaggia a Capo Vaticano 10
minuti da Tropea
www.edenvillage.it

**Libri, Libro, Libreria**
La Grande Libreria Online
HOEPLI.it sconti su 500.000 libri
www.hoepli.it

Annunci Google

> SEGNALA QUESTA PAGINA <

| Mail | Search thesis | Post thesis | FAQ | What thesis published | Register | List thesis | Scholarships | Focus | Used books | Keywords | Thesis of the day |
Aforismi | Biographies | Glossary | Celebrities | History | Education | Database master | Babel | Film | Economy | Photography | Geo | Sociology | Translation |
Home | Largo to authors | Teachers | Areas disciplinary | Press | Thesis in library | Consultations thesis from abroad | Amref and thesis | Tesionline.ro | thesis. com

The wording is at your disposal from 9:00 hours to 18:30 hours (Monday to Friday) - Thesis Srl VAT 01096380116 | Advertising
tel. 039 6188014

| Privacy

# Exhibit 6

3                                                        Equity**HP**

## Comp/CLOSE/PRICE

| | | | | | | | | Page | 1 / 3 |

DRS TECHNOLOGIES INC        (DRS    US)        PRICE 73.87        N    $    DELAYED

HI 73.89        ON    5/ 8/08

Range 11/ 9/07   to  5/ 9/08        Period D Daily        AVE 56.7934        VL        547913

USD        Market T Trade        LOW 49.80        ON    1/ 8/08

| | DATE | PRICE | VOLUME | | DATE | PRICE | VOLUME | | DATE | PRICE | VOLUME |
|---|---|---|---|---|---|---|---|---|---|---|---|
| F | 5/ 9 | 73.87 | 1556268 | F | 4/18 | 60.50 | 383315 | F | 3/28 | 58.32 | 907337 |
| T | 5/ 8 | H73.89 | 8572725 | T | 4/17 | 59.31 | 295655 | T | 3/27 | 57.01 | 641350 |
| W | 5/ 7 | 63.74 | 1111722 | W | 4/16 | 60.08 | 485641 | W | 3/26 | 55.97 | 353132 |
| T | 5/ 6 | 63.07 | 726899 | T | 4/15 | 58.29 | 492106 | T | 3/25 | 55.75 | 358800 |
| M | 5/ 5 | 63.73 | 602887 | M | 4/14 | 58.84 | 406721 | M | 3/24 | 55.79 | 321300 |
| | | | | | | | | | | | |
| F | 5/ 2 | 64.72 | 856132 | F | 4/11 | 58.69 | 278400 | F | 3/21 | | |
| T | 5/ 1 | 63.49 | 869668 | T | 4/10 | 58.81 | 591775 | T | 3/20 | 55.11 | 295400 |
| W | 4/30 | 62.44 | 1436349 | W | 4/ 9 | 58.89 | 266450 | W | 3/19 | 55.16 | 410310 |
| T | 4/29 | 61.70 | 682869 | T | 4/ 8 | 60.00 | 289022 | T | 3/18 | 56.34 | 342769 |
| M | 4/28 | 61.84 | 571854 | M | 4/ 7 | 59.48 | 292300 | M | 3/17 | 55.70 | 434500 |
| | | | | | | | | | | | |
| F | 4/25 | 60.79 | 366756 | F | 4/ 4 | 58.94 | 211800 | F | 3/14 | 56.38 | 418047 |
| T | 4/24 | 60.04 | 232257 | T | 4/ 3 | 59.00 | 293695 | T | 3/13 | 57.50 | 588136 |
| W | 4/23 | 60.17 | 330534 | W | 4/ 2 | 58.79 | 486550 | W | 3/12 | 57.55 | 663224 |
| T | 4/22 | 59.56 | 335605 | T | 4/ 1 | 58.41 | 647970 | T | 3/11 | 57.07 | 394770 |
| M | 4/21 | 60.17 | 191972 | M | 3/31 | 58.28 | 577525 | M | 3/10 | 56.02 | 504600 |

**DIVISION EXHIBIT** 6

<HELP> for explanation.                                    Equity**HP**

```
Comp/CLOSE/PRICE                                          Page  2 / 3
DRS TECHNOLOGIES INC        (DRS     US)      PRICE 73.87       N    $    DELAYED
                                                       HI 73.89    ON   5/ 8/08
Range 11/ 9/07  to  5/ 9/08      Period D Daily        AVE 56.7934  VL   547913
                           USD   Market T Trade        LOW 49.80    ON   1/ 8/08
    DATE   PRICE    VOLUME       DATE   PRICE    VOLUME      DATE   PRICE    VOLUME
```

| | DATE | PRICE | VOLUME | | DATE | PRICE | VOLUME | | DATE | PRICE | VOLUME |
|---|---|---|---|---|---|---|---|---|---|---|---|
| F | 3/ 7 | 56.79 | 622100 | F | 2/15 | 52.21 | 395995 | F | 1/25 | 50.80 | 370382 |
| T | 3/ 6 | 58.49 | 973164 | T | 2/14 | 52.89 | 511100 | T | 1/24 | 51.54 | 620600 |
| W | 3/ 5 | 57.85 | 735700 | W | 2/13 | 54.33 | 605390 | W | 1/23 | 51.35 | 443951 |
| T | 3/ 4 | 56.86 | 459100 | T | 2/12 | 52.86 | 573100 | T | 1/22 | 50.20 | 400135 |
| M | 3/ 3 | 57.28 | 662100 | M | 2/11 | 52.91 | 867008 | M | 1/21 | | |
| | | | | | | | | | | | |
| F | 2/29 | 56.09 | 610525 | F | 2/ 8 | 53.34 | 2097623 | F | 1/18 | 50.32 | 260200 |
| T | 2/28 | 57.54 | 546200 | T | 2/ 7 | 52.07 | 460114 | T | 1/17 | 51.18 | 409600 |
| W | 2/27 | 57.32 | 535900 | W | 2/ 6 | 51.90 | 438900 | W | 1/16 | 52.21 | 412176 |
| T | 2/26 | 56.69 | 593500 | T | 2/ 5 | 53.44 | 276025 | T | 1/15 | 51.63 | 736300 |
| M | 2/25 | 56.56 | 734000 | M | 2/ 4 | 54.15 | 160600 | M | 1/14 | 53.25 | 453211 |
| | | | | | | | | | | | |
| F | 2/22 | 54.48 | 558700 | F | 2/ 1 | 54.52 | 463207 | F | 1/11 | 52.88 | 894102 |
| T | 2/21 | 53.49 | 587166 | T | 1/31 | 53.62 | 384400 | T | 1/10 | 50.36 | 302235 |
| W | 2/20 | 53.08 | 656590 | W | 1/30 | 52.44 | 345400 | W | 1/ 9 | 50.65 | 538700 |
| T | 2/19 | 52.83 | 697968 | T | 1/29 | 52.44 | 259856 | T | 1/ 8 | L49.80 | 406000 |
| M | 2/18 | | | M | 1/28 | 51.88 | 322800 | M | 1/ 7 | 50.93 | 414375 |

Australia 61 2 9777 8600 Brazil 5511 3048 4500 Europe 44 20 7330 7500 Germany 49 69 9204 1210 Hong Kong 852 2977 6000
Japan 81 3 3201 8900        Singapore 65 6212 1000      U.S. 1 212 318 2000        Copyright 2008 Bloomberg Finance L.P.
                                                                                   G623-669-0 09-May-2008 11:41:54

\<HELP\> for explanation.                                    Equity**HP**

## Comp/CLOSE/PRICE                                    Page   3 / 3
DRS TECHNOLOGIES INC        (DRS      US)         PRICE 73.87        N    $    DELAYED
                                                              HI 73.89      ON    5/ 8/08
Range 11/ 9/07   to  5/ 9/08         Period D Daily          AVE 56.7934    VL     547913
                            USD      Market T Trade          LOW 49.80      ON    1/ 8/08

| | DATE | PRICE | VOLUME | | DATE | PRICE | VOLUME | | DATE | PRICE | VOLUME |
|---|---|---|---|---|---|---|---|---|---|---|---|
| F | 1/ 4 | 51.49 | 440978 | F | 12/14 | 56.26 | 556500 | F | 11/23 | 57.43 | 141644 |
| T | 1/ 3 | 54.65 | 435000 | T | 12/13 | 57.88 | 570500 | T | 11/22 | | |
| W | 1/ 2 | 53.31 | 389770 | W | 12/12 | 59.48 | 465900 | W | 11/21 | 56.68 | 267900 |
| T | 1/ 1 | | | T | 12/11 | 59.30 | 460511 | T | 11/20 | 56.01 | 402300 |
| M | 12/31 | 54.27 | 221900 | M | 12/10 | 60.36 | 261801 | M | 11/19 | 56.07 | 267300 |
| | | | | | | | | | | | |
| F | 12/28 | 53.92 | 210181 | F | 12/ 7 | 60.46 | 247438 | F | 11/16 | 56.99 | 400800 |
| T | 12/27 | 54.59 | 291061 | T | 12/ 6 | 61.24 | 231000 | T | 11/15 | 57.49 | 396772 |
| W | 12/26 | 55.25 | 344023 | W | 12/ 5 | 60.03 | 352553 | W | 11/14 | 58.28 | 488300 |
| T | 12/25 | | | T | 12/ 4 | 59.83 | 331300 | T | 11/13 | 59.00 | 518600 |
| M | 12/24 | 55.13 | 84100 | M | 12/ 3 | 59.66 | 492600 | M | 11/12 | 58.00 | 534308 |
| | | | | | | | | | | | |
| F | 12/21 | 54.89 | 356950 | F | 11/30 | 59.21 | 498209 | F | 11/ 9 | 57.52 | 635800 |
| T | 12/20 | 55.21 | 318600 | T | 11/29 | 60.07 | 385200 | | | | |
| W | 12/19 | 55.15 | 489900 | W | 11/28 | 60.18 | 313500 | | | | |
| T | 12/18 | 54.84 | 571939 | T | 11/27 | 59.19 | 472582 | | | | |
| M | 12/17 | 55.31 | 356239 | M | 11/26 | 57.89 | 420204 | | | | |

Australia 61 2 9777 8600 Brazil 5511 3048 4500 Europe 44 20 7330 7500 Germany 49 69 9204 1210 Hong Kong 852 2977 6000
Japan 81 3 3201 8900        Singapore 65 6212 1000        U.S. 1 212 318 2000        Copyright 2008 Bloomberg Finance L.P.
                                                                            G623-669-0 09-May-2008 11:41:54