AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern District of New York

Securities And Exchange Commission,
Plaintiff

V.

Cristian De Colli
Defendant

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 08 CIV 4520

TO: (Name and address of Defendant)

Cristian De Colli
Via A. Balabanoff, 63
Rome, 00155
Italy

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

A. David Williams
Securities and Exchange Commission
100 F Street NE
Washington, DC 20549-4010

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

CLERK

DATE  MAY 15 2008

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me[1] | DATE | May 19, 2008 |
| NAME OF SERVER (PRINT)  David Williams | TITLE | Assistant Chief Litigation Counsel |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify):  Via Federal Express to address reflected on summons as provided by May 15, 2008 Order of this Court

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   May 28, 2008
              *Date*   *Signature of Server*

100 F St, NE  Washington, DC 20549
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.