UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SECURITIES AND EXCHANGE
COMMISSION,

              Plaintiff,

    v.

CRISTIAN DE COLLI,

             Defendant.

---

No. 08 CIV 4520 (PAC)

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2-5 MAR 2009
```

## ▓▓▓▓▓▓▓▓ ORDER TO DISBURSE FUNDS TO PAY TAX OBLIGATIONS

The Court, having reviewed the Securities and Exchange Commission's Motion to Disburse Funds to Pay Tax Obligations, and the supporting Declaration of the Tax Administrator (the "Declaration"), and for good cause shown,

**IT IS HEREBY ORDERED:**

1.    The Clerk of the Court shall issue a check on the Court Registry Investment System ("CRIS") account number 08-CIV-4520, under the case name designation "SEC v. Cristian De Colli" for the amount of $484, payable to "Damasco & Associates, Trust Account" for the payment of tax obligations as provided in the Declaration. The check shall contain the notation of the case name "SEC v. Cristian De Colli," case number 08-CV-04520-PAC, the Federal Employer Identification Number 26-4450911, and payment identification "2008 Taxes."

2.    The Clerk shall send the check by overnight mail to:

    Damasco & Associates LLP
    700 Monte Vista Lane
    Half Moon Bay, CA 94019
    Phone: 650-726-4100

3. The Commission's counsel shall provide the CRIS with the necessary overnight shipping information and the SEC's billing number.

Dated: 25 MAR 2009
New York, New York

PAUL A. CROTTY
UNITED STATES DISTRICT JUDGE