UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | : |
| Plaintiff, | : |
| v. | : Case No. 1:08-cv-06609-PAC |
| GIANLUCA DI NARDO, CORRALERO HOLDINGS, INC., OSCAR RONZONI, PAOLO BUSARDO, TATUS CORP., and A-R OUND INVESTMENT, SA | : Related Case: 08-cv-4520-PAC |
| Defendants. | : |

## ORDER TO DISBURSE FUNDS TO PAY TAX OBLIGATIONS

The Court, having reviewed the Securities and Exchange Commission's Motion to Disburse Funds to Pay Tax Obligations for the second quarter of 2019 and the supporting Declaration of Jude P. Damasco In Support of Request to Make Tax Payment ("Declaration"), and for good cause shown,

**IT IS HEREBY ORDERED:**

1. The Clerk of the Court shall issue a check on the Court Registry Investment System ("CRIS") Account Number 08-cv-6609 under the case name designation "SEC v. Gianluca Di Nardo, et al.," for the amount of $6,500.00 payable to "Damasco & Associates, Trust Account" for the payment of federal tax obligations for second quarter of 2019 as provided in the Declaration. The check shall contain the notation "SEC v. Di Nardo, et al.," case number 1:08-cv-06609-PAC, EIN XX-XXX2381, Q2 2019 Federal Estimated Tax Liabilities.

2. The Clerk shall send the check by certified mail to:

> Miller Kaplan Arase LLP
> Two Embarcadero Center, Suite 2280
> San Francisco, CA 94111

The Commission's counsel shall provide to the Court Registry the necessary overnight shipping information and the SEC's billing number.

Dated: 5/30, 2019

_____
UNITED STATES DISTRICT JUDGE