**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | : : : | |
| Plaintiff, | : : | |
| v. | : : | Case No. 1:08-cv-06609-PAC |
| GIANLUCA DI NARDO, CORRALERO HOLDINGS, INC., OSCAR RONZONI, PAOLO BUSARDO, TATUS CORP., and A-R OUND INVESTMENT, SA | : : : : : : : | Related Case:  08-cv-4520-PAC |
| Defendants. | : : | |

## ORDER TO DISBURSE FUNDS TO PAY TAX OBLIGATIONS

The Court, having reviewed the Securities and Exchange Commission's Motion to

Disburse Funds to Pay Tax Obligations for the third quarter of 2020 and the supporting

Declaration of Jude P. Damasco In Support of Request to Make Tax Payment ("Declaration"),

and for good cause shown,

**IT IS HEREBY ORDERED:**

1. The Clerk of the Court shall issue a check on the Court Registry Investment System ("CRIS")

   Account Number 08-cv-6609 under the case name designation "SEC v. Gianluca Di Nardo, et al.,"

   for the amount of $1,000.00 payable to "Miller Kaplan Arase LLP SEC Trust Account" for the

   payment of federal tax obligations for the third quarter of 2020 as provided in the Declaration. The

   check shall contain the notation "SEC v. Di Nardo, et al.," case number 1:08-cv-06609-PAC, EIN

   XX-XXX2381, Third Quarter FY 2020 Federal Estimated Tax Liabilities.

2.  The Clerk shall send the check by certified mail to:

        Miller Kaplan Arase LLP
        275 Battery Street, Suite 1800
        San Francisco, CA 94111

The Commission's counsel shall provide to the Court Registry the necessary overnight

shipping information and the SEC's billing number.


Dated:_____August 31_____, 2020


_____

UNITED STATES DISTRICT JUDGE