UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | |
| Plaintiff, | |
| v. | Case No. 08-cv-06609-PAC |
| GIANLUCA DI NARDO, et al., | Related Case: 08-cv-4520-PAC |
| Defendants. | |

**[PROPOSED] ORDER TO DISBURSE FUNDS TO PAY FEES
AND EXPENSES OF TAX ADMINISTRATOR**

The Court, having reviewed the Securities and Exchange Commission's ("SEC" or "Commission") Motion to Disburse Funds to Pay Fees and Expenses of Tax Administrator and the supporting Declaration of Nicholas A. Sanchez in Support of Fee Request (the "Declaration"), and for good cause shown,

**IT IS HEREBY ORDERED** that:

1.      The Clerk of the Court shall issue payment on Court Registry Investment System ("CRIS") account number 08-cv-6609 under the case name designation "SEC v. Gianluca Di Nardo, et al.," for the amount of $1,819.52 payable to "Miller Kaplan Arase LLP," for the payment of the fees and expenses of the Tax Administrator as provided in the Declaration.

1

2.      The Clerk shall send payment to the Miller Kaplan Arase LLP SEC Trust Account using the EFT instructions already on file with the Clerk for City National Bank account ending -8990.

Dated: 2/22/2024

_____
HONORABLE PAUL A. CROTTY
UNITED STATES DISTRICT JUDGE